UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> - against - <br><br> ALPINE SECURITIES CORPORATION, <br><br> Defendant. | Case No.: 17-CV-04179 <br><br> **MOTION FOR ADMISSION PRO HAC VICE** <br><br> ECF CASE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Terry R. Miller, move this Court for an Order for Admission to Practice *Pro Hac Vice* to appear as counsel for the Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bar of the state of Colorado and have never been convicted of a felony, never been censured, suspended, disbarred or denied admission or readmission by any court, and there are no disciplinary actions pending against me in any state or federal court. A Certificate of Good Standing is attached

Respectfully submitted this 5th day of June, 2017.

Terry R. Miller, Esq.
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
Ph. (303) 844-1000; Fax (303) 297-3529
Email: millerte@sec.gov