UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION  :
                                                                  :   CASE NO.: 17cv4179 (DLC)
                    Plaintiff,     :
                                     :   CERTIFICATE OF SERVICE
v.                                  :   OF NOTICE OF INITIAL
                                   :   PRETRIAL CONFERENCE
ALPINE SECURITIES CORPORATION,   :   AND THE COURT'S
                                 :   INDIVIDUAL PRACTICES
                 Defendant.    :

---

On July 5, 2017, Counsel for Plaintiff Securities and Exchange Commission served the Court's Notice of Initial Pretrial Conference (Dkt. 10) and the Court's Individual Practices by email on counsel for Defendant:

    Mark Smith, Esq.
    SMITH CORRELLLLP
    Utah, Nevada & California
    50 West Broadway, Suite 1010
    Salt Lake City, UT 84101
    Tel: (801) 436-5550
    Fax: (877) 730-5910
    msmith@smithcorrell.com

Dated:   July 7, 2017

                                        Respectfully submitted,

                                        */s/ Zachary T. Carlyle*
                                        Gregory A. Kasper (NY2735404; SDNY GK6596)
                                        Zachary T. Carlyle (*pro hac vice*)
                                        Terry E. Miller (*pro hac vice*)
                                        *Attorneys for Plaintiff*
                                        UNITED STATES SECURITIES AND
                                        EXCHANGE COMMISSION
                                        1961 Stout Street, 17th Floor
                                        Denver, Colorado 80294
                                        (303) 844-1000

CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2017 I served a true and correct copy of the foregoing by email to the following:

Mark Smith, Esq.
SMITH CORRELLLLP
Utah, Nevada & California
50 West Broadway, Suite 1010
Salt Lake City, UT 84101
Tel: (801) 436-5550
Fax: (877) 730-5910
msmith@smithcorrell.com

                                        /s/ Marla J. Pinkston
                                        Marla J. Pinkston