UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION,<br><br>    Defendant. | Civil No. 1:17-CV-04179-DLC<br><br>Honorable Judge Denise L. Cote<br>Magistrate Judge Ronald L. Ellis<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Brent R. Baker of Clyde Snow & Sessions hereby enters his appearance as counsel in the above-referenced action for Defendant Alpine Securities Corporation. I hereby certify that I am admitted to practice in the United States District Court for the Southern District of New York.

DATED this 3rd day of August 2017.

/s/ *Brent R. Baker*
Brent R. Baker (BB 8285)
Aaron D. Lebenta (*Pro Hac Vice Pending*)
Jonathan D. Bletzacker (*Pro Hac Vice Pending*)
**CLYDE SNOW & SESSIONS**
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111-2216
Telephone 801.322.2516
Facsimile 801.521.6280
Email: brb@clydesnow.com
       adl@clydesnow.com
       jdb@clydesnow.com

*Counsel for Alpine Securities Corporation*