UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION,<br><br>　　　Defendant. | Civil No. 1:17-CV-04179-DLC<br><br>Honorable Judge Denise L. Cote<br>Magistrate Judge Ronald L. Ellis<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

　　　Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Aaron D. Lebenta, move this Court for an Order for Admission to Practice *Pro Hac Vice* to appear as counsel for Defendant Alpine Securities Corporation in the above-captioned matter.

　　　I am a member in good standing of the bar of the State of Utah and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony, never been censured, suspended, disbarred, or denied admission or readmission by any state or federal court. A Declaration in Support of Motion for Admission *Pro Hac Vice,* Certificate of Good Standing, and proposed Order are attached hereto.

　　　DATED this 3rd day of August 2017.

　　　　　　　　　　　　　　　　　　　　/s/ *Aaron D. Lebenta*
　　　　　　　　　　　　　　　　　　　　Aaron D. Lebenta (*Pro Hac Vice Pending*)
　　　　　　　　　　　　　　　　　　　　**CLYDE SNOW & SESSIONS**
　　　　　　　　　　　　　　　　　　　　One Utah Center, 13th Floor
　　　　　　　　　　　　　　　　　　　　201 South Main Street
　　　　　　　　　　　　　　　　　　　　Salt Lake City, Utah 84111-2216
　　　　　　　　　　　　　　　　　　　　Telephone 801.322.2516
　　　　　　　　　　　　　　　　　　　　Facsimile 801.521.6280
　　　　　　　　　　　　　　　　　　　　Email: adl@clydesnow.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Alpine Securities Corporation*

**Exhibits**

**Exhibit A:**   Declaration in Support of Motion for Admission *Pro Hac Vice*

**Exhibit B:**   Certificate of Good Standing

**Exhibit C:**   [Proposed] Order for Admission *Pro Hac Vice*