UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

ALPINE SECURITIES CORPORATION,

      Defendant.

Civil No. 1:17-CV-04179-DLC

Honorable Judge Denise L. Cote
Magistrate Judge Ronald L. Ellis

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that Defendant Alpine Securities Corporation ("**Alpine**"), by and through undersigned counsel appearing for the limited purpose of contesting jurisdiction and venue, pursuant to Rule 12(b)(2) and Rule 12(b)(3) of the Federal Rules of Civil Procedure, moves this Court to Dismiss Plaintiff United States Securities and Exchange Commission's Complaint for Lack of Personal Jurisdiction and Improper Venue.  Alpine has filed concurrently herewith a Memorandum of Law and a Declaration in support of its Motion.

      Alpine intends to request oral argument before the Honorable Judge Denise Cote, pursuant to Section 3(F) of the Court's Individual Practices in Civil Cases, to take place at 500 Pearl Street, Courtroom 15B, New York, New York 10007, at the Court's first convenience.

      In accordance with the Southern District Court's Local Rule 6.1(b), any answering memorandum and opposing affidavits shall be served on or before August 17, 2017, and any reply papers shall be served on or before August 24, 2017.

DATED this 3rd day of August, 2017.

/s/ *Brent R. Baker*
Brent R. Baker (BB 8285)
Aaron D. Lebenta (*Pro Hac Vice Pending*)
Jonathan D. Bletzacker (*Pro Hac Vice Pending*)
**CLYDE SNOW & SESSIONS**
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111-2216
Telephone 801.322.2516
Facsimile 801.521.6280
Email: brb@clydesnow.com
        adl@clydesnow.com
        jdb@clydesnow.com

*Counsel for Alpine Securities Corporation*