

CLARK W. SESSIONS‡
RODNEY G. SNOW
STEVEN E. CLYDE
EDWIN C. BARNES
NEIL A. KAPLAN*
D. BRENT ROSE
J. SCOTT HUNTER
PERRIN R. LOVE
DEAN C. ANDREASEN
ANNELI R. SMITH
WALTER A. ROMNEY, JR.
MATTHEW A. STEWARD
T. MICKELL JIMENEZ
CHRISTOPHER B. SNOW*
BRENT R. BAKERø
AARON D. LEBENTA
WAYNE Z. BENNETT
BRIAN A. LEBRECHT¤
ROBERT D. ANDREASEN
KATHERINE E. JUDD
TIMOTHY R. PACK
JAMES W. ANDERSON
DIANA L. TELFER
SHANNON K. ZOLLINGER

JONATHAN S. CLYDE ∆
NICOLE SALAZAR-HALL
VICTORIA B. FINLINSON
EMILY E. LEWIS•
JONATHAN D. BLETZACKER
JOHN S. PENNINGTONø
PARKER B. MORRILL*∆
TRENTON L. LOWE

OF COUNSEL:
CHARLES R. BROWN
REAGAN L.B. DESMOND¤ ∆
LISA A. MARCY
EVAN B. SORENSEN¤

EDWARD W. CLYDE (1917- 1991)

‡ SENIOR COUNSEL
* ALSO ADMITTED IN DISTRICT OF COLUMBIA
ø ALSO ADMITTED IN NEW YORK
¤ ALSO ADMITTED IN CALIFORNIA
∆ ALSO ADMITTED IN OREGON
• ALSO ADMITTED IN WYOMING

ONE UTAH CENTER • THIRTEENTH FLOOR
201 SOUTH MAIN STREET
SALT LAKE CITY, UTAH 84111-2216
TEL 801.322.2516 • FAX 801.521.6280
www.clydesnow.com

August 3, 2017

<u>Via CM/ECF</u>

Honorable Denise L. Cote
Magistrate Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

    Re:    *Alpine Securities Corporation adv. United States Securities and Exchange Comm.*
            Civil No. 1:17-cv-04176-DLC-RLE; United States District Court, S.D.N.Y.
            Honorable Denise L. Cote; Magistrate Ronald L. Ellis

Dear Judge Cote:

    We write on behalf of our client, Alpine Securities Corporation, to respectfully request oral argument in connection with Alpine Securities Corporation's Motion to Dismiss For Lack of Personal Jurisdiction and Improper Venue.

                      Respectfully,

                      CLYDE SNOW & SESSIONS

                      */s/ Brent R. Baker*

                      Brent R. Baker

cc: Counsel of Record (via CM/ECF)