UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION,<br><br>　　　　Defendant. | Civil No. 1:17-CV-04179-DLC<br><br>Honorable Judge Denise L. Cote<br>Magistrate Judge Ronald L. Ellis<br><br>**RULE 7.1 STATEMENT** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Alpine Securities Corporation ("**Alpine**"), by and through undersigned counsel appearing for the limited purpose of contesting jurisdiction, states that its parent company is SCA Clearing & Holding Group and that there is no publicly held corporation owning 10% or more of Alpine.

　　　　DATED this 3rd day of August, 2017.

　　　　　　　　　　　　　　　　　　　　/s/ *Brent R. Baker*
　　　　　　　　　　　　　　　　　　　　Brent R. Baker (BB 8285)
　　　　　　　　　　　　　　　　　　　　Aaron D. Lebenta (*Pro Hac Vice Pending*)
　　　　　　　　　　　　　　　　　　　　Jonathan D. Bletzacker (*Pro Hac Vice Pending*)
　　　　　　　　　　　　　　　　　　　　**CLYDE SNOW & SESSIONS**
　　　　　　　　　　　　　　　　　　　　One Utah Center, 13th Floor
　　　　　　　　　　　　　　　　　　　　201 South Main Street
　　　　　　　　　　　　　　　　　　　　Salt Lake City, Utah 84111-2216
　　　　　　　　　　　　　　　　　　　　Telephone 801.322.2516
　　　　　　　　　　　　　　　　　　　　Facsimile 801.521.6280
　　　　　　　　　　　　　　　　　　　　Email: brb@clydesnow.com
　　　　　　　　　　　　　　　　　　　　　　　　adl@clydesnow.com
　　　　　　　　　　　　　　　　　　　　　　　　jdb@clydesnow.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Alpine Securities Corporation*