UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                 :        17cv4179 (DLC)
UNITED STATES SECURITIES AND EXCHANGE :
COMMISSION,                         :          ORDER
                    Plaintiff, :
                                   :
           -v-                   :
                                   :
ALPINE SECURITIES CORPORATION,     :
                                   :
                 Defendant. :
                                   :
------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2017

DENISE COTE, District Judge:

     On August 3, the defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(2) and Rule 12(b)(3), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

     ORDERED that the plaintiff shall file any amended complaint by August 24.  It is unlikely that the plaintiff will have a further opportunity to amend.

     IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall serve any opposition to the motion to dismiss by August 25.  The defendant's reply, if any, shall be served by September 6.  At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies

of all motion papers by mailing or delivering them to the United

States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:     New York, New York
           August 4, 2017

_____
DENISE COTE
United States District Judge