

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
DENVER REGIONAL OFFICE
BYRON G. ROGERS FEDERAL BUILDING
1961 STOUT STREET, SUITE 1700
DENVER, COLORADO 80294-1961



MEMO ENDORSED

DIVISION OF
ENFORCEMENT

(303) 844-1084
CarlyleZ@sec.gov

August 16, 2017

Honorable Denise Cote
U.S. District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/17

Re:  *SEC v. Alpine Securities Corporation, 1:17-CV-04179-DLC*

Dear Judge Cote:

The Securities and Exchange Commission ("SEC") respectfully requests the Court adjourn the initial pretrial conference scheduled for September 8, 2017. Undersigned principal trial counsel for the SEC in this case has a trial in U.S. District Court for the District of Colorado that was recently delayed and rescheduled to begin on August 22. The estimated length of trial is approximately three weeks which could mean that SEC counsel will be in trial on September 8. The SEC is requesting that the initial pretrial conference be adjourned to avoid this potential conflict.

Consistent with this Court's order regarding the initial pretrial conference, counsel for the SEC has conferred with counsel for Alpine and confirmed that Alpine consents to the proposed adjournment. Counsel for the parties are available for a rescheduled conference on the following Fridays over the next month: September 15, September 29 (before 2:00 pm), and October 6. Counsel for Alpine has expressed a preference for holding the conference on October 6. If these proposed dates are not available, counsel will gladly submit additional available dates and times on succeeding Fridays.

*The conference is adjourned to 9/15 at 2:30 pm.*
*Denise Cote*
*8/16/17*

Sincerely,

/s/ Zachary T. Carlyle

Zachary T. Carlyle
Senior Trial Counsel

Cc: All counsel of record