MARK L. SMITH – California SBN 213829
  msmith@smithcorrell.com
**SMITH CORRELL, LLP**
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
Tel: (213) 443-6222
Fax: (877) 730-5910

*Attorneys for Alpine Securities Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiffs,<br><br>vs.<br><br>ALPINE SECURITIES CORPORATION,<br><br>  Defendants. | **CORRECTED MOTION FOR ADMISSION PRO HAC VICE**<br><br><br>CASE NO: 1:17-cv-04179-DLC |
|---|---|

    Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern Districts of New York, Mark L. Smith hereby moves this Court for an order for admission to practice *pro hac vice*, and to appear as counsel for Alpine Securities Corporation in the above-captioned action.

    I am in good standing with the bars of California and Utah and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

{00032057 1 }

In accordance with Local Rule 1.3, and filed concurrently herewith are my affidavit, certificates of good standing for California[1] and Utah,[2] and proposed order.[3]

DATED: August 22, 2017

RESPECTFULLY SUBMITTED,

Mark L. Smith
**SMITH CORRELL, LLP**
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
Tel: (213) 443-6222
Fax: (877) 730-5910
msmith@smithcorrell.com

---

[1] See attached "Exhibit A"
[2] See attached "Exhibit B"
[3] See attached "Exhibit C"

{00032057 1}                          2

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2017, the foregoing **CORRECTED MOTION FOR ADMISSION PRO HAC VICE** was served upon the person(s) named below, at the address set out below by CM/ECF:

Terry Ryan Miller
millerte@sec.gov
Zachary Todd Carlyle
carlylez@sec.gov
Gregory Alan Kasper
kasperg@sec.gov
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, Suite 1700
Denver, CO 80294

Brent R. Baker
brb@clydesnow.com
Jonathan D. Bletzacker
jdb@clydesnow.com
Aaron D. Lebenta
adl@clydesnow.com
CLYDE SNOW & SESSIONS
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111
*Counsel for Alpine Securities Corporation*

                                                            S/ Melina Hernandez
                                                            Melina Hernandez
                                                            *Legal Assistant*