```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :    17cv4179 (DLC)
UNITED STATES SECURITIES AND EXCHANGE :
COMMISSION,                          :    PRETRIAL
              Plaintiff,             :    SCHEDULING ORDER
                                     :
         -v-                         :
                                     :
ALPINE SECURITIES CORPORATION,       :
                                     :
              Defendant.             :
                                     :
------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/17

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on September 15, 2017, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by **September 22, 2017**.

2. A protective order shall be submitted to the Court by **September 22, 2017**.

3. This case will be referred to mediation to occur in **February 2018**. The Clerk of Court will contact the parties when a mediator has been selected.

4. All fact discovery must be completed by **March 30, 2018**.

5. Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., by the party bearing the burden on an issue must be served by **April 20, 2018**. Identification of rebuttal experts and disclosure of their expert testimony must occur by **May 11, 2018**.

6. All discovery must be completed by **June 1, 2018**.

7. The following motion will be served by the dates indicated

below.

Any motion for summary judgment

- Motion served by **July 13, 2018**
- Opposition served by **August 3, 2018**
- Reply served by **August 17, 2018**

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

8. In the event no motion is filed, the Joint Pretrial Order must be filed by **July 13, 2018**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

    SO ORDERED:

Dated:   New York, New York
         September 15, 2017

_____
DENISE COTE
United States District Judge

2