UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
UNITED STATES SECURITIES AND EXCHANGE   :    17cv4179 (DLC)
COMMISSION,                             :
                            Plaintiff,  :    MEDIATION
                                        :    REFERRAL ORDER
              -v-                       :
                                        :
ALPINE SECURITIES CORPORATION,          :
                                        :
                            Defendant.  :
                                        :
---------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/17

DENISE COTE, District Judge:

It is hereby ORDERED that this case is referred to the Court-annexed Mediation Program for a mediation to occur in February 2018. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

Dated:   New York, New York
         September 15, 2017

                                    _____
                                            DENISE COTE
                                    United States District Judge