UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br> v.<br><br>ALPINE SECURITIES CORPORATION,<br><br>    Defendant. | Case No.: 17-cv-04179-DLC-RLE<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

  **PLEASE TAKE NOTICE** that Maranda E. Fritz, duly admitted or otherwise authorized to practice in this court, respectfully enters her appearance as counsel on behalf of defendant Alpine Securities Corporation in the above-captioned action.

Dated: New York, New York
   October 19, 2017

              Respectfully submitted,

              THOMPSON HINE LLP

            By: /s/ Maranda E. Fritz
              Maranda E. Fritz
              335 Madison Avenue, 12th Floor
              New York, New York 10017-4611
              Tel. (212) 344-5680
              Fax (212) 344-6101
              Maranda.Fritz@thompsonhine.com

              *Attorneys for Defendant*
              *Alpine Securities Corporation*