

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
DENVER REGIONAL OFFICE
BYRON G. ROGERS FEDERAL BUILDING
1961 STOUT STREET, SUITE 1700
DENVER, COLORADO 80294-1961**

DIVISION OF
ENFORCEMENT

(303) 844-1041
millerte@sec.gov



MEMO ENDORSED

October 20, 2017

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/17
```

Honorable Denise Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007

    Re:    *SEC v. Alpine Securities Corporation*
           Case No.: 1:17-CV-04179-DLC

Dear Judge Cote:

    Plaintiff the Securities and Exchange Commission ("Commission") and Defendant Alpine Securities Corporation ("Alpine") submit this stipulation for: (a) Alpine to file an Amended Answer; and (b) a 14-day extension of time for the Commission to file a motion to strike affirmative defenses under Fed. R. Civ. P. 12(f) ("Motion to Strike").

    Alpine filed its Answer to Plaintiff's Complaint on September 29, 2017 (Doc. No. 39 "Answer"). The parties have conferred regarding the Commission's objections to certain defenses pled by Alpine and Alpine intends to amend its Answer. Through this letter, the Commission provides its written consent and stipulation for Alpine to file an Amended Answer without seeking leave of court, pursuant to Fed. R. Civ. P. 15(a)(2), provided the Amended Answer is filed no later than October 27, 2017.

    Pursuant to the Court's Individual Practice 1.E: (1) the original due date for the Commission to file Motion to Strike Alpine's original Answer is October 20, 2017; (2) there are no previous requests for extension of time; and (3) Alpine consents to the requested extension. The extension will not impact any other case deadlines.

    The purpose of the stipulation is twofold: (1) it provides Alpine the opportunity to file an amended answer before the Commission moves to strike affirmative defenses; and (2) preserves the Commission's ability to file the Motion to Strike in response to the original Answer in the

event that Alpine does not file an Amended Answer. The parties agree that the sequence envisioned by the stipulation is the most efficient way to address the Motion to Strike.

In the event that Alpine files an Amended Answer on or before October 27, 2017, the Commission's deadline to respond to the Amended Answer will be governed by Rule 15(a)(3), and thus any extension would be moot. In the event Alpine elects not to file an Amended Answer on or before October 27, 2017, the stipulation would allow the Commission additional time, until November 3, 2017, to file a Motion to Strike in response to Alpine's original Answer.

Accordingly, the parties request that the Court approve the stipulated extension of time for the Commission to file a motion to strike in response to the original Answer, to and including November 3, 2017.

Sincerely,

/s/ Terry R. Miller
Zachary T. Carlyle (*pro hac vice*)
Terry R. Miller (*pro hac vice*)
Attorneys for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

/s/ Aaron D. Lebenta
Brent R. Baker (BB 8285)
Aaron D. Lebenta (*pro hac vice*)
Jonathan D. Bletzacker (*pro hac vice*)
**CLYDE SNOW & SESSIONS**
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111-2216
Telephone 801.322.2516
Facsimile 801.521.6280
Email: brb@clydesnow.com
adl@clydesnow.com
jdb@clydesnow.com

Granted.
/s/ Denise Cote
October 25, 2017

Maranda E. Fritz
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Tel. (212) 344-5680
Fax (212) 344-6101
Maranda.Fritz@thompsonhine.com

*Attorneys for Defendant
Alpine Securities Corporation*

cc: All counsel of record