UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                               :    17cv4179 (DLC)
UNITED STATES SECURITIES AND EXCHANGE :
COMMISSION,                              :    ORDER
                    Plaintiff,              :
                                               :
                -v-                         :
                                               :
ALPINE SECURITIES CORPORATION,       :
                                               :
                    Defendant.             :
                                               :
---------------------------------------- X

DENISE COTE, District Judge:

    In letters of October 19, 23, and 26, the parties raised disputes concerning the plaintiff's production of a set of tables corresponding to four sets of allegations in the complaint. In response to an October 25 Order, the plaintiff submitted Table A to the Court on October 26. It is hereby

    ORDERED that the Court will address these issues at a conference with the parties on November 2 at 5:00 p.m. in Courtroom 15B, 500 Pearl Street, New York, New York 10007.

    IT IS FURTHER ORDERED that the parties shall meet and confer in advance of the November 2 conference in an effort to resolve all outstanding disputes raised in the October 19, 23, and 26 letters.

    IT IS FURTHER ORDERED that the parties shall provide the Court by November 1 at noon with three suspicious activity reports ("SARs") identified in Table A, as well as the pages

from Table A addressing the SARs.  If the parties fail to agree on which three SARs to provide, they may each separately provide three SARs identified in Table A by November 1 at noon, as well as the pages from Table A addressing the SARs.

    SO ORDERED:

Dated:    New York, New York
           October 27, 2017

                                        _____
                                                DENISE COTE
                                    United States District Judge