ZACHARY T. CARLYLE
carlylez@sec.gov
TERRY R. MILLER
millerte@sec.gov
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>- against -<br><br>ALPINE SECURITIES CORPORATION,<br><br>Defendant. | 17-cv-4179-DLC<br><br>**NOTICE OF MOTION**<br><br>**ECF CASE** |

Please take notice that, pursuant to Fed. R. Civ. P. 12(f), Plaintiff United States Securities and Exchange Commission (the "Commission") moves this Court to strike Defendant Alpine Securities Corporation's ("Alpine") "Sixteenth Defense" and "Nineteenth Defense" asserted in Alpine's Amended Answer (Doc. No. 48). The Commission has submitted a Memorandum of Law in support of its motion to strike.

Respectfully submitted this 13th day of November, 2017.

                         */s/ Terry R. Miller*
                         Zachary T. Carlyle (*pro hac*)
                         Terry R. Miller (*pro hac*)
                         Attorneys for Plaintiff
                         UNITED STATES SECURITIES AND
                         EXCHANGE COMMISSION
                         1961 Stout Street, 17th Floor
                         Denver, Colorado 80294
                         (303) 844-1000

## CERTIFICATE OF SERVICE

I certify that on November 13, 2017, a copy of the foregoing document was served via ECF upon the following:

Brent R. Baker
Aaron D. Lebenta
Jonathan D. Bletzacker
CLYDE SNOW & SESSIONS
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111-2216

Mark Lee Smith
Smith Correll, LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, CA 90025

Maranda E. Fritz
Thompson Hine LLP (NYC)
335 Madison Avenue, 12th Floor
New York, NY 10017

*Counsel for Alpine Securities Corporation*

                                                    */s/ Marla J. Pinkston*
                                                    Marla J. Pinkston