UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    17cv4179(DLC)
UNITED STATES SECURITIES AND EXCHANGE    :
COMMISSION,                              :    ORDER
                                         :
                     Plaintiff,          :
                                         :
           -v-                           :
                                         :
ALPINE SECURITIES CORPORATION,           :
                                         :
                     Defendant.          :
---------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-14-2017

DENISE COTE, District Judge:

On November 13, the plaintiff filed a motion to strike two affirmative defenses asserted by the defendant. It is hereby

ORDERED that the defendant shall serve any opposition to the plaintiff's motion by **December 8**. The plaintiff's reply, if any, shall be served by **December 22**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         November 14, 2017

                                    _____
                                         DENISE COTE
                                    United States District Judge