## ClydeSnow
### ATTORNEYS AT LAW
CLYDE SNOW & SESSIONS
A PROFESSIONAL CORPORATION

ONE UTAH CENTER • THIRTEENTH FLOOR
201 SOUTH MAIN STREET
SALT LAKE CITY, UTAH 84111-2216
TEL 801.322.2516 • FAX 801.521.6280
www.clydesnow.com

RODNEY G. SNOW
STEVEN E. CLYDE
EDWIN C. BARNES
NEIL A. KAPLAN*
D. BRENT ROSE
J. SCOTT HUNTER
PERRIN R. LOVE
DEAN C. ANDREASEN
ANNELI R. SMITH
WALTER A. ROMNEY, JR.
MATTHEW A. STEWARD
T. MICKELL JIMENEZ
CHRISTOPHER B. SNOW*
BRENT R. BAKER◊
AARON D. LEBENTA
WAYNE Z. BENNETT
BRIAN A. LEBRECHT□
ROBERT D. ANDREASEN
TIMOTHY R. PACK
JAMES W. ANDERSON
DIANA L. TELFER
SHANNON K. ZOLLINGER
JONATHAN S. CLYDE △

VICTORIA B. FINLINSON
EMILY E. LEWIS•
JONATHAN D. BLEIZACKER
JOHN S. PENNINGTON◊
PARKER B. MORRILL△•
TRENTON L. LOWE

OF COUNSEL:
CLARK W. SESSIONS ‡
REAGAN L.B. DESMOND□ △
LISA A. MARCY
EVAN B. SORENSEN◊

EDWARD W. CLYDE (1917-1991)

‡ SENIOR COUNSEL
* ALSO ADMITTED IN DISTRICT OF COLUMBIA
◊ ALSO ADMITTED IN NEW YORK
□ ALSO ADMITTED IN CALIFORNIA
△ ALSO ADMITTED IN OREGON
• ALSO ADMITTED IN WYOMING

**MEMO ENDORSED**

November 14, 2017

Via CM/ECF



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-14-17

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

Re:   *Alpine Securities Corporation adv. United States Securities and Exchange Comm.*
      Civil No. 1:17-cv-04176-DLC-RLE

Dear Judge Cote:

Plaintiff the Securities and Exchange Commission ("SEC") and Defendant Alpine Securities Corporation ("Alpine) have conferred regarding a briefing schedule for the summary judgment practice discussed during the November 2, 2017 hearing with the Court, and hereby submit the following stipulated schedule for approval by the Court:

1. The SEC may file a Motion for Partial Summary Judgment with exemplar SARs on or before December 4, 2017.

2. Alpine may file an Opposition to SEC's Motion for Partial Summary Judgment, and any Cross-Motion for Summary Judgment, on or before January 12, 2018.

3. The SEC may file a Reply Memorandum in Support of its Motion for Partial Summary Judgment, and an Opposition to any Cross-Motion for Partial Summary Judgment filed by Alpine, on or before January 26, 2018.

4. Alpine may file a Reply Memorandum in Support of its Cross-Motion for Summary Judgment on or before February 9, 2018.

*So ordered.*

*Denise Cote*
11/14/17

Respectfully submitted,

/s/ Zachary T. Carlyle
Zachary T. Carlyle (*pro hac vice*)
Terry R. Miller (*pro hac vice*)
Attorneys for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000


/s/ Brent R. Baker
Brent R. Baker (BB 8285)
Aaron D. Lebenta (*pro hac vice*)
Jonathan D. Bletzacker (*pro hac vice*)
**CLYDE SNOW & SESSIONS**
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111-2216
Telephone 801.322.2516
Facsimile 801.521.6280
Email: brb@clydesnow.com
       adl@clydesnow.com
       jdb@clydesnow.com

Maranda E. Fritz
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Tel. (212) 344-5680
Fax (212) 344-6101
Maranda.Fritz@thompsonhine.com

*Attorneys for Defendant*
*Alpine Securities Corporation*

cc: Counsel of Record (via CM/ECF)