UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
SECURITIES AND EXCHANGE COMMISSION :
: CASE NO.: 17cv4179 (DLC)
Plaintiff, :
: DECLARATION IN SUPPORT
v. : OF MOTION TO WITHDRAW
: AS COUNSEL
ALPINE SECURITIES CORPORATION, :
:
Defendant. :
_____:

     Pursuant to Title 28 U.S.C. § 1746, I Gregory A. Kasper, do hereby declare under penalty of perjury that the following is true and correct:

     1.     I am an attorney at the Denver Regional Office of the Securities and Exchange Commission ("SEC") and an attorney of record in the above captioned matter

     2.     I submit this Declaration in support of an Order permitting me to withdraw as attorney for the Securities and Exchange Commission.

     3.     Two other SEC attorneys, Zachary Carlyle and Terry Miller, who are also attorneys of record in this matter and have appeared before the Court have principally represented the SEC in this matter.  Due to obligations on other matters, I am seeking the Court's permission to withdraw and allow Messrs. Carlyle and Miller to continue to represent the SEC in this matter.

     4.     Alpine has filed an answer to the Complaint and the parties are engaged in fact discovery, which must be completed by March 30, 2018.  Other current deadlines for the SEC include a motion for partial judgment on or before December 4, 2017, and a potential reply in support of the SEC's motion to strike on or before December 22.  My

withdrawal will not impact the SEC's ability to meet these deadlines.  There currently are no hearings or trial set in this matter.

     5.     I have no charging lien related to this matter.

Dated:   November 16, 2017

          */s/ Gregory A. Kasper*
          Gregory A. Kasper