# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : | CASE NO.: 17cv4179 (DLC) |
| Plaintiff, | : | NOTICE OF MOTION AND |
| | : | MOTION TO WITHDRAW |
| v. | : | AS COUNSEL |
| | : | |
| ALPINE SECURITIES CORPORATION, | : | |
| Defendant. | : | |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Gregory A. Kasper, counsel moves this Court for an Order granting Gregory A. Kasper leave to withdraw as attorney for Plaintiff, Securities and Exchange Commission.

Dated:   November 16, 2017

Respectfully submitted,

*/s/ Gregory A. Kasper*
Gregory A. Kasper (NY2735404; SDNY GK6596)
Zachary T. Carlyle (*pro hac vice*)
Terry E. Miller (*pro hac vice*)
*Attorneys for Plaintiff*
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

So ordered.

11/20/17

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-20-17

## CERTIFICATE OF SERVICE

I certify that on November 16, 2017, a copy of the foregoing document was served via ECF upon the following:

Brent R. Baker
Aaron D. Lebenta
Jonathan D. Bletzacker
CLYDE SNOW & SESSIONS
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111-2216

*Add Maranda*

*Counsel for Alpine Securities Corporation*

*/s/ Marla J. Pinkston*
Marla J. Pinkston