

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
DENVER REGIONAL OFFICE
BYRON G. ROGERS FEDERAL BUILDING
1961 STOUT STREET, SUITE 1700
DENVER, COLORADO 80294-1961**

DIVISION OF
ENFORCEMENT

(303) 844-1084
carlylez@sec.gov

November 30, 2017



MEMO ENDORSED

Honorable Denise Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-1-17

    Re:    *SEC v. Alpine Securities Corporation*
            Case No.: 1:17-CV-04179-DLC

Dear Judge Cote:

    The Plaintiff Securities and Exchange Commission ("SEC") hereby requests a two-day extension of time for the SEC to file a Motion for Partial Summary Judgment in this case from December 4, 2017 to December 6, 2017.

    Pursuant to the Court's Individual Practice 1.E: (1) the original due date for the SEC's Motion for Partial Summary Judgment is December 4, 2017 (*see* Dkt. 58); (2) this is the first request for extension of time; and (3) the Defendant Alpine Securities Corporation ("Alpine") consents to the requested extension. The requested extension of time would not otherwise affect the briefing schedule for summary judgment practice previously approved by the Court or any other case deadlines.

    If the extension is granted, the amended stipulated briefing schedule for summary judgment practice will be as follows:

1. The SEC may file a Motion for Partial Summary Judgment with exemplar SARs on or before December 6, 2017.

2. Alpine may file an Opposition to SEC's Motion for Partial Summary Judgment, and any Cross-Motion for Summary Judgment, on or before January 12, 2018.

3. The SEC may file a Reply Memorandum in Support of its Motion for Partial Summary Judgment, and an Opposition to any Cross-Motion for Partial Summary Judgment filed by Alpine, on or before January 26, 2018.

4. Alpine may file a Reply Memorandum in Support of its Cross-Motion for Summary Judgment on or before February 9, 2018.

Accordingly, the SEC respectfully requests that the Court approve an extension of time for the SEC to file a Motion for Partial Summary Judgment from December 4, 2017 to December 6, 2017.

Sincerely,

/s/ Zachary T. Carlyle
Zachary T. Carlyle (*pro hac vice*)
Terry R. Miller (*pro hac vice*)

cc: All counsel of record

*Granted.*
*[signature]*
*12/1/17*