ZACHARY T. CARLYLE
carlylez@sec.gov
TERRY R. MILLER
millerte@sec.gov
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    Plaintiff,<br><br>    - against -<br><br>ALPINE SECURITIES CORPORATION,<br><br>                                    Defendant. | **17-cv-4179-DLC**<br><br>**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDMENT**<br><br>**ECF CASE** |

Please take notice that, pursuant to Fed. R. Civ. P. 56, Plaintiff United States Securities and Exchange Commission (the "Commission") moves this Court for partial summary judgment that Defendant Alpine Securities Corporation ("Alpine") violated Section 17(a) of the Securities Exchange Act and Rule 17a-8 thereunder for each of the sample violations presented in the Commission's memorandum of law, which includes: (a) 21 samples of Alpine's failure to adequately describe transactions in suspicious activity reports ("SARs"); (b) 29 samples of Alpine's failure to report suspicious liquidations; (c) five samples of Alpine's failure to timely file SARs; and (d) five samples of Alpine's failure to maintain supporting documentation for SARs. For the reasons stated in the accompanying memorandum of law, the Commission

respectfully requests the Court enter summary judgment finding Defendant liable for these sample violations.

      Dated: December 6, 2017

                                    */s/ Terry R. Miller*          
                                    Zachary T. Carlyle (*pro hac*)
                                    Terry R. Miller (*pro hac*)
                                    Attorneys for Plaintiff
                                    UNITED STATES SECURITIES AND EXCHANGE COMMISSION
                                    1961 Stout Street, 17th Floor
                                    Denver, Colorado 80294
                                    (303) 844-1000

## CERTIFICATE OF SERVICE

I certify that on December 6, 2017, a copy of the foregoing document was served via

ECF upon the following:

Brent R. Baker
Aaron D. Lebenta
Jonathan D. Bletzacker
CLYDE SNOW & SESSIONS
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111-2216

Maranda E. Fritz
Thompson Hine LLP (NYC)
335 Madison Avenue, 12th Floor
New York, NY 10017

*Counsel for Alpine Securities Corporation*

*/s/ Marla J. Pinkston*