

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
DENVER REGIONAL OFFICE
BYRON G. ROGERS FEDERAL BUILDING
1961 STOUT STREET, SUITE 1700
DENVER, COLORADO 80294-1961**

**DIVISION OF
ENFORCEMENT**

**(303) 844-1041
millerte@sec.gov**

December 6, 2017

Honorable Denise Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007

       **Re:**    ***SEC v. Alpine Securities Corporation***
                 **Case No.: 1:17-CV-04179-DLC**

Dear Judge Cote:

      Pursuant to the Court's Individual Practices 3.F, Plaintiff the Securities and Exchange Commission respectfully requests oral argument on its Motion for Partial Summary Judgment (Doc. No. 68).

                     Sincerely,

                     */s/ Terry R. Miller*
                     Zachary T. Carlyle (*pro hac vice*)
                     Terry R. Miller (*pro hac vice*)

cc:     All counsel of record