```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
UNITED STATES SECURITIES AND EXCHANGE      :      17cv4179(DLC)
COMMISSION,                                :
                                           :      ORDER
                            Plaintiff,     :
                                           :
                -v-                        :
                                           :
ALPINE SECURITIES CORPORATION,             :
                                           :
                            Defendant.     :
                                           :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/17

DENISE COTE, District Judge:

On December 6, the plaintiff filed a letter seeking permission to file redacted documents and exhibits under seal in support of its motion for partial summary judgment. In accordance with this Court's individual practices, the plaintiff submitted unredacted copies of the relevant materials to chambers. Having reviewed those materials, it is hereby

ORDERED that the plaintiff may only redact information from which one could identify the subject individual or entity of a suspicious activity report ("SAR") in its memorandum of law and Rule 56.1 statement of material facts. It appears that the only proposed redactions that may identify the subject individual or entity of a SAR appear on page 13 of the plaintiff's memorandum of law and in paragraph 41 of the plaintiff's Rule 56.1 statement of material facts.

IT IS FURTHER ORDERED that the plaintiff's request to seal exhibits 4-6, 14-22, 24-35, and 37-67 in support of its motion for partial summary judgment is granted.

SO ORDERED:

Dated:   New York, New York
         December 13, 2017

                                                DENISE COTE
                                  United States District Judge