**EXHIBIT 8**

| FinCEN Form 101<br>Effective May 2004 | **Suspicious Activity Report by the Securities and Futures Industries**<br>▶ Please type or print. Always complete entire report. Items marked with an asterisk * are considered critical. (See instructions.) | <br>OMB No. 1506 - 0019 |
|---|---|---|

1 Check the box if this report corrects a prior report (See instructions) ☐

**Part I  Subject Information**   2 Check box  a ☐ if multiple subjects   box  b ☐ subject information unavailable

*3 Individual's last name or entity's full name

*4 First name

5 Middle initial

6 Also known as (AKA - individual), doing business as (DBA - entity)

7 Occupation or type of business

*8 Address

*9 City

*10 State      *11 ZIP code      *12 Country code (If not U.S.) (See instructions)      13 E-mail address (If available)

*14 SSN/ITIN (individual), or EIN (entity)

*15 Account number(s) affected, if any. Indicate if closed.
Acc't # _____ yes ☐  Acc't # _____ yes ☐
Acc't # _____ yes ☐  Acc't # _____ yes ☐

16 Date of birth  __/__/____  MM DD YYYY

17 Government issued identification (If available)
a ☐ Driver's license/state ID   b ☐ Passport   c ☐ Alien registration   d ☐ Corporate/Partnership Resolution
e ☐ Other _____
f  ID number _____    g Issuing state or country (2 digit code) _____

18 Phone number - work  (___)___-____

19 Phone number - home  (___)___-____

20 Is individual/business associated/affiliated with the reporting institution? (See instructions)
a ☐ Yes    b ☐ No

**Part II  Suspicious Activity Information**

*21 Date or date range of suspicious activity
From __/__/____ To __/__/____

*22 Total dollar amount involved in suspicious activity
$_____.00

23 Instrument type (Check all that apply)
a ☐ Bonds/Notes
b ☐ Cash or equiv.
c ☐ Commercial paper
d ☐ Commodity futures contract
e ☐ Money Market Mutual Fund
f ☐ Mutual Fund
g ☐ OTC Derivatives
h ☐ Other derivatives

i ☐ Commodity options
j ☐ Security futures products
k ☐ Stocks
l ☐ Warrants
m ☐ Other securities
n ☐ Other non-securities
o ☐ Foreign currency futures/options
p ☐ Foreign currencies

q ☐ Commodity type _____ (Please identify)
r ☐ Instrument description _____
s ☐ Market where traded ___|___|___ (Enter appropriate three or four-letter code.)
t ☐ Other (Explain in Part IV)

24 CUSIP® number

25 CUSIP® number

26 CUSIP® number

27 CUSIP® number

28 CUSIP® number

29 CUSIP® number

*30 Type of suspicious activity:
a ☐ Bribery/gratuity
b ☐ Check fraud
c ☐ Computer intrusion
d ☐ Credit/debit card fraud
e ☐ Embezzlement/theft
f ☐ Commodity futures/options fraud
g ☐ Forgery

h ☐ Identity theft
i ☐ Insider trading
j ☐ Mail fraud
k ☐ Market manipulation
l ☐ Money laundering/Structuring
m ☐ Prearranged or other non-competitive trading
n ☐ Securities fraud

o ☐ Significant wire or other transactions without economic purpose
p ☐ Suspicious documents or ID presented
q ☐ Terrorist financing
r ☐ Wash or other fictitious trading
s ☐ Wire fraud
t ☐ Other (Describe in Part VI)

Catalog No. 35349U                                                                                                       Rev. 05/22/04

| Part III | Law Enforcement or Regulatory Contact Information | 2 |

31  If a law enforcement or regulatory authority has been contacted (excluding submission of a SAR) check the appropriate box.

- a ☐ DEA
- b ☐ U.S. Attorney (**32)
- c ☐ IRS
- d ☐ FBI
- e ☐ ICE
- f ☐ Secret Service
- g ☐ CFTC
- h ☐ SEC
- i ☐ NASD
- j ☐ NFA
- k ☐ NYSE
- l ☐ Other RFA
- m ☐ Other RE-futures (CME, CBOT, NYMEX, NYBOT)
- n ☐ Other state/local
- o ☐ Other SRO-securities (PHLX, PCX, CBOE, AMEX, etc.)
- p ☐ State securities regulator
- q ☐ Foreign
- r ☐ Other (Explain in Part VI)

32  Other authority contacted (for Item 31 l through r) ** List U.S. Attorney office here.

33  Name of individual contacted (for all of Item 31)

34  Telephone number of individual contacted (Item 33)
( ___ ) ___ — ____

35  Date contacted
___/___/_____
MM  DD  YYYY

| Part IV | Reporting Financial Institution Information |

*36  Name of financial institution or sole proprietorship

*37  EIN / SSN / ITIN

*38  Addres

*39  City

*40  State

*41  ZIP code

42  Additional branch address locations handling account, activity or customer.

43 ☐  Multiple locations (See instructions)

44  City

45  State

46  ZIP code

47  Central Registration Depository number

48  SEC ID number
0 0 8 — 

49  NFA ID number

50  Has this reporting individual/entity coordinated this report with another reporting individual/entity?  Yes ☐  (Provide details in Part VI)  No ☐

51  Type of institution or individual- Check box(es) for functions that apply to this report

- a ☐ Agricultural trade option merchant
- b ☐ Affiliate of bank holding company
- c ☐ CPO
- d ☐ CTA
- e ☐ Direct participation program
- f ☐ FCM
- g ☐ Futures floor broker
- h ☐ Futures floor trader
- i ☐ IB-C
- j ☐ IA
- k ☐ Investment company - mutual fund
- l ☐ Market maker
- m ☐ Municipal securities dealer
- n ☐ NFA
- o ☐ RE-futures
- p ☐ Other RFA
- q ☐ Securities broker - clearing
- r ☐ Securities broker - introducing
- s ☐ Securities dealer
- t ☐ Securities floor broker
- u ☐ Securities options broker-dealer
- v ☐ SRO-securities
- w ☐ Specialist
- x ☐ Subsidiary of bank
- y ☐ U.S. Government broker-dealer
- z ☐ U.S. Government interdealer broker
- aa ☐ Other (Describe in Part VI)

| Part V | Contact For Assistance |

*52  Last name of individual to be contacted regarding this report

*53  First name

*54  Middle initial

*55  Title/Position

*56  Work phone number
( ___ ) ___ — ____

*57  Date report prepared
___/___/_____
MM  DD  YYYY

Send completed reports to:

Detroit Computing Center
Attn: SAR-SF
P.O. Box 33980
Detroit, MI 48232

| Part VI | Suspicious Activity Information - Narrative * | 3 |

Explanation/description of suspicious activity(ies). This section of the report is critical. The care with which it is completed may determine whether or not the described activity and its possible criminal nature are clearly understood by investigators. Provide a clear, complete and chronological description (not exceeding this page and the next page) of the activity, including what is unusual, irregular or suspicious about the transaction(s), using the checklist below as a guide, as you prepare your account.

a. Describe conduct that raised suspicion.
b. Explain whether the transaction(s) was completed or only attempted.
c. Describe supporting documentation (e.g. transaction records, new account information, tape recordings, E-mail messages, correspondence, etc.) and retain such documentation in your file for five years.
d. Explain who benefited, financially or otherwise, from the transaction(s), how much, and how (if known).
e. Describe and retain any admission or explanation of the transaction(s) provided by the subject(s) or other persons. Indicate to whom and when it was given.
f. Describe and retain any evidence of cover-up or evidence of an attempt to deceive federal or state examiners, SRO, or others.
g. Indicate where the possible violation of law(s) took place (e.g., main office, branch, other).
h. Indicate whether the suspicious activity is an isolated incident or relates to another transaction.
i. Indicate whether there is any related litigation. If so, specify the name of the litigation and the court where the action is pending.
j. Recommend any further investigation that might assist law enforcement authorities.
k. Indicate whether any information has been excluded from this report; if so, state reasons.
l. Indicate whether U.S. or foreign currency and/or U.S. or foreign negotiable instrument(s) were involved. If foreign, provide the amount, name of currency, and country of origin.

m. Indicate "Market where traded" and "Wire transfer identifier" information when appropriate.
n. Indicate whether funds or assets were recovered and, if so, enter the dollar value of the recovery in whole dollars only.
o. Indicate any additional account number(s), and any foreign bank(s) account number(s) which may be involved.
p. Indicate for a foreign national any available information on subject's passport(s), visa(s), and/or identification card(s). Include date, country, city of issue, issuing authority, and nationality.
q. Describe any suspicious activities that involve transfer of funds to or from a foreign country, or transactions in a foreign currency. Identify the country, sources and destinations of funds.
r. Describe subject(s) position if employed by the financial institution.
s. Indicate whether securities, futures, or options were involved. If so, list the type, CUSIP* number or ISID* number, and amount.
t. Indicate the type of institution filing this report, if this is not clear from Part IV. For example, an IA that is managing partner of a limited partnership that is acting as a hedge fund that detects suspicious activity tied in part to its hedge fund activities should note that it is operating as a hedge fund.
u. Indicate, in instances when the subject or entity has a CRD or NFA number, what that number is.
v. If correcting a prior report (box in Item 1 checked), complete the form in its entirety and note the corrected items here in Part VI

Information already provided in earlier parts of this form need not necessarily be repeated if the meaning is clear.
Supporting documentation should not be filed with this report. Maintain the information for your files.

Tips on SAR form preparation and filing are available in the SAR Activity Review at **www.fincen.gov/pub_reports.html**
Enter explanation/description in the space below. Continue on the next page if necessary.

**Suspicious Activity Report Narrative (continued)**    4