# EXHIBIT 14

# TO THE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

## _THIS EXHIBIT HAS BEEN FILED UNDER SEAL_