# EXHIBIT 19

# TO THE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

*THIS EXHIBIT HAS BEEN FILED UNDER SEAL*