# EXHIBIT 21

# TO THE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

*<u>THIS EXHIBIT HAS BEEN FILED UNDER SEAL</u>*