# EXHIBIT 26

# TO THE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

## _THIS EXHIBIT HAS BEEN FILED UNDER SEAL_