# EXHIBIT 27

# TO THE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

***THIS EXHIBIT HAS BEEN FILED UNDER SEAL***