# EXHIBIT 30

# TO THE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

## ___THIS EXHIBIT HAS BEEN FILED UNDER SEAL___