# EXHIBIT 32

# TO THE COMMISSION'S MOTION FOR
# PARTIAL SUMMARY JUDGMENT

## *THIS EXHIBIT HAS BEEN FILED UNDER SEAL*