# EXHIBIT 40

## TO THE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

### *THIS EXHIBIT HAS BEEN FILED UNDER SEAL*