# EXHIBIT 45

# TO THE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

*__THIS EXHIBIT HAS BEEN FILED UNDER SEAL__*