# EXHIBIT 51

# TO THE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

## ***THIS EXHIBIT HAS BEEN FILED UNDER SEAL***