# EXHIBIT 55

# TO THE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

## *THIS EXHIBIT HAS BEEN FILED UNDER SEAL*