# EXHIBIT 59

# TO THE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

# *THIS EXHIBIT HAS BEEN FILED UNDER SEAL*