# EXHIBIT 60

# TO THE COMMISSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

*** THIS EXHIBIT HAS BEEN FILED UNDER SEAL ***