# EXHIBIT 62

## TO THE COMMISSION'S MOTION FOR
## PARTIAL SUMMARY JUDGMENT

### _THIS EXHIBIT HAS BEEN FILED UNDER SEAL_