ZACHARY T. CARLYLE
carlylez@sec.gov
TERRY R. MILLER
millerte@sec.gov
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>- against -<br><br>ALPINE SECURITIES CORPORATION,<br><br>Defendant. | 17-cv-4179-DLC<br><br>ECF CASE |

**DECLARATION OF TERRY R. MILLER IN SUPPORT OF PLAINTIFF
UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Terry R. Miller, declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, and further that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated herein:

1. I am a Trial Counsel in the U.S. Securities and Exchange Commission's ("Commission") Denver Regional Office, and I am one of the attorneys representing the Commission in this matter.

2. The Commission is contemporaneously submitting a set of exhibits in support of its Motion for Partial Summary Judgment, which are listed in the Commission's Rule 56.1 Statement.

3. Exhibits 1-3, 7-13, 23, and 36 are true and correct copies of documents made publicly available on websites maintained by FinCEN, FINRA, and the Commission. Exhibit 6 is a true and correct copy of a document prepared by FINRA.

4. Exhibits 4-5, 14-22, 24-35, 37-42, 44-48, 50-54, and 56-67 are true and correct copies of documents produced by Defendant Alpine Securities Corporation in response to Commission requests. Exhibit 4 contains excerpts of a document produced by Defendant.

5. Exhibits 43, 49, and 55 contain true and correct copies of data filtered from a large set of electronic information provided by Defendant in response to Commission requests.

I declare under penalty of perjury that the foregoing statements are true and correct and that this Declaration was executed on December 6, 2017 in Denver, Colorado.

*s/ Terry R. Miller*
Terry R. Miller
Trial Counsel
Division of Enforcement