# ClydeSnow
### ATTORNEYS AT LAW
### CLYDE SNOW & SESSIONS
### A PROFESSIONAL CORPORATION

ONE UTAH CENTER • THIRTEENTH FLOOR
201 SOUTH MAIN STREET
SALT LAKE CITY, UTAH 84111-2216
TEL 801.322.2516 • FAX 801.521.6280
www.clydesnow.com

RODNEY G. SNOW
STEVEN E. CLYDE
EDWIN C. BARNES
NEIL A. KAPLAN*
D. BRENT ROSE
J. SCOTT HUNTER
PERRIN R. LOVE
DEAN C. ANDREASEN
ANNELI R. SMITH
WALTER A. ROMNEY, JR.
MATTHEW A. STEWARD
T. MICKELL JIMENEZ
CHRISTOPHER B. SNOW*
BRENT R. BAKER◊
AARON D. LEBENTA
WAYNE Z. BENNETT
BRIAN A. LEBRECHT◊
ROBERT D. ANDREASEN
TIMOTHY R. PACK
JAMES W. ANDERSON
DIANA L. TELFER
SHANNON K. ZOLLINGER
JONATHAN S. CLYDE ◊

VICTORIA B. FINLINSON
EMILY E. LEWIS•
JONATHAN D. BLETZACKER
JOHN S. PENNINGTON◊
PARKER B. MORRILL◊•
TRENTON L. LOWE

OF COUNSEL:
CLARK W. SESSIONS ‡
REAGAN L.B. DESMOND◊ ▲
LISA A. MARCY
EVAN B. SORENSEN◊

EDWARD W. CLYDE (1917-1991)

‡ SENIOR COUNSEL
* ALSO ADMITTED IN DISTRICT OF COLUMBIA
◊ ALSO ADMITTED IN NEW YORK
□ ALSO ADMITTED IN CALIFORNIA
▲ ALSO ADMITTED IN OREGON
• ALSO ADMITTED IN WYOMING



January 8, 2018

Via CM/ECF

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-9-2018

Re:   *Alpine Securities Corporation adv. United States Securities and Exchange Comm.*
      Civil No. 1:17-cv-04179-DLC

## STIPULATED LETTER MOTION REQUESTING AN EXTENSION
## TO THE BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS

Dear Judge Cote:

This letter is being jointly filed by Defendant Alpine Securities Corporation ("Alpine") and Plaintiff Securities and Exchange Commission ("SEC") to request an extension to the briefing schedule for dispositive motions. Alpine is requesting an additional week to file an opposition to the SEC's Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment. The SEC's is requesting an additional week to file its Reply Memorandum in Support of its Motion for Partial Summary Judgment and opposition to Alpine's Cross-Motion for Summary Judgment. The final deadline for Alpine's Reply Memorandum is adjusted accordingly.

Pursuant to the Court's Individual Practices 1.E:

1.  The original due date for Alpine's opposition to the SEC's Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment is January 12, 2018, and the original due date of the SEC's Reply Memorandum in Support of its Motion for Partial Summary Judgment and opposition to Alpine's Cross-Motion for Summary Judgment is January 26, 2018.

2.  This is Alpine's first request for an extension and the SEC's second request.

3. The SEC's first request for an extension to file its Motion for Partial Summary Judgment was granted.

4. Both parties stipulate to the briefing schedule below.

If the extension is granted, the briefing schedule for dispositive motions will be as follows:

1. Alpine may file an opposition to the SEC's Motion for Partial Summary Judgment and a Cross-Motion for Summary Judgment on or before January 19, 2018.

2. The SEC may file a Reply Memorandum in Support of its Motion for Partial Summary Judgment and an opposition to Alpine's Cross-Motion for Summary Judgment on or before February 9, 2018.

3. Alpine may file a Reply Memorandum in Support of its Cross-Motion for Summary Judgment on or before February 26, 2018.

A trial date has not been set in this matter and the above extensions to the briefing schedule will not affect any other scheduled dates in this case. Accordingly, the parties respectfully request that the Court approve an extension of time as requested herein.

*Granted. There shall be no further extensions.*

*[signature]*
*1/9/18*

Respectfully submitted,

/s/ Zachary T. Carlyle
Zachary T. Carlyle (*pro hac vice*)
Terry R. Miller (*pro hac vice*)
Attorneys for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

/s/ Brent R. Baker
Brent R. Baker (BB 8285)
Aaron D. Lebenta (*pro hac vice*)
Jonathan D. Bletzacker (*pro hac vice*)
**CLYDE SNOW & SESSIONS**
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111-2216
Telephone 801.322.2516
Facsimile 801.521.6280
Email: brb@clydesnow.com
        adl@clydesnow.com

jdb@clydesnow.com

Maranda E. Fritz
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Tel. (212) 344-5680
Fax (212) 344-6101
Maranda.Fritz@thompsonhine.com

*Attorneys for Alpine*

cc: Counsel of Record (via CM/ECF)