**THOMPSON HINE**   ATLANTA   CLEVELAND   DAYTON   WASHINGTON, D.C.
CINCINNATI   COLUMBUS   NEW YORK

January 17, 2018

*Via ECF*

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-17-2018

    Re:    *SEC v. Alpine Securities Corp.*, Civil No. 1:17-cv-04179-DLC-RLE

Dear Judge Cote:

    Defendant Alpine Securities Corporation ("Alpine") submits this letter-motion requesting leave to file an overlength Memorandum in Opposition to Plaintiff Securities & Exchange Commission's ("SEC") Motion for Partial Summary Judgment ("Motion"). Alpine is requesting an additional fifteen (15) pages of argument.

    The additional pages are necessary because of the complicated legal and factual issues presented in the SEC's Motion. First, the SEC has put forth and relied upon multiple lengthy FinCEN and FINRA guidance and publications in support of its Motion. Alpine requires additional pages to address and analyze the SEC's guidance and its application, or lack thereof, in this matter.

    Second, the SEC has submitted over 30 exemplary Suspicious Activity Reports ("SARs"). In order to adequately and fairly respond to a dispositive motion asserting as a matter of law and undisputed fact that the exemplary SARs are deficient, Alpine requires additional pages to address the multiple factual and legal issues in each SAR. If these exemplary SARs are to be used as a measuring stick moving forward, Alpine requests additional pages to fully address the many factual and legal issues in each SAR.

    The SEC does not oppose Alpine's request herein to seek leave to file an overlength brief and Alpine will not oppose the SEC's request, if any, to later seek leave for an overlength brief in response.

Respectfully,

/s/Maranda E. Fritz
Maranda E. Fritz

cc: Counsel of Record (via CM/ECF)

*Granted.*
*Denise Cote*
1/17/18

Maranda.Fritz@ThompsonHine.com   Fax: 212.344.6101   Phone: 212.908.3966    mf 4821-7388-0666.1

THOMPSON HINE LLP   335 Madison Avenue   www.ThompsonHine.com
ATTORNEYS AT LAW   12th Floor   O: 212.344.5680
New York, New York 10017-4611   F: 212.344.6101