UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION,<br><br>　　　　Defendant. | Civil No. 1:17-CV-04179-DLC<br><br>Honorable Judge Denise L. Cote<br>Magistrate Judge Ronald L. Ellis<br><br>**ALPINE SECURITIES CORPORATION'S NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**ECF CASE** |

　　　　PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 12(c) and 56, Defendant Alpine Securities Corporation ("**Alpine**"), by and through undersigned counsel, moves this Court for summary judgment and/or judgment on the pleadings against the Plaintiff United States Securities and Exchange Commission ("**SEC**") on the following grounds: (1) the SEC lacks authority to pursue an action for violations of the Bank Secrecy Act ("**BSA**"); (2) the authority to pursue an enforcement action alleging violations of the BSA or its implementing regulations lies with FinCEN – not the SEC; (3) the SEC has only examination authority and may not pursue violations of the BSA; (4) the SEC cannot use Rule 17a-8 to pursue alleged violations of the BSA; and (5) the SEC failed to alleged the necessary elements of willfulness or negligence.

　　　　Based on the foregoing, and for the reasons stated in the accompanying memorandum of law, Alpine respectfully requests the Court enter summary judgment and/or judgment on the pleadings against the SEC.

1

Dated: New York, New York  Respectfully submitted,
       January 19, 2018

                      By:  /s/ *Maranda E. Fritz*
                            Maranda E. Fritz
                            THOMPSON HINE LLP
                            335 Madison Avenue, 12th Floor
                            New York, New York 10017-4611
                            Tel. (212) 344-5680
                            Fax (212) 344-6101
                            Maranda.Fritz@thompsonhine.com

                            Brent R. Baker (BB 8285)
                            Aaron D. Lebenta (*Pro Hac Vice*)
                            Jonathan D. Bletzacker (*Pro Hac Vice*)
                            CLYDE SNOW & SESSIONS
                            One Utah Center
                            201 South Main Street, Suite 1300
                            Salt Lake City, Utah 84111-2216
                            Telephone 801.322.2516
                            Facsimile 801.521.6280
                            brb@clydesnow.com
                            adl@clydesnow.com
                            jdb@clydesnow.com

                            *Attorneys for Defendant Alpine Securities Corporation*