# EXHIBIT 10

Declaration of Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ALPINE SECURITIES CORPORATION,

    Defendant.

Civil No. 1:17-CV-04179-DLC

Honorable Judge Denise L. Cote
Magistrate Judge Ronald L. Ellis

---

### DECLARATION OF MARANDA FRITZ IN SUPPORT OF ALPINE'S CROSS-MOTION FOR SUMMARY JUDGMENT

I, Maranda Fritz, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. My name is Maranda Fritz and I am a resident of the State of New York, am over 18 years of age, and make the statements herein based on my personal knowledge.

2. I am legal counsel for Alpine Securities Corporation ("**Alpine**"), the above-named Defendant in its action against Plaintiff United States Securities and Exchange Commission ("**SEC**").

3. Alpine has submitted a set of exhibits in support of its Cross-Motion for Summary Judgment against the SEC, which are listed in Alpine's Rule 56.1 Statement.

4. Exhibits 1 is a true and correct copy of the SEC's response to Alpine's First Set of Requests for Production of Documents.

5. Exhibit 2 is a true and correct copy of a letter, dated December 22, 2017, from the SEC to Alpine's legal counsel.

1

6. Exhibit 4 is a true and correct copy of a publication found on Westlaw.

7. Exhibits 3, and 5 through 9 are true and correct copies of publications and speeches publicly and readily available on websites maintained by FinCEN and FINRA.

WHEREFORE, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 19th day of January, 2018.

/s / Maranda Fritz
Maranda Fritz
*[electronically signed with permission]*