

January 19, 2018


Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007


    Re:    *SEC v. Alpine Securities Corp.*
              Civil No. 1:17-cv-04176-DLC-RLE


Dear Judge Cote:


    Pursuant to the Court's Individual Practices 3.F, Defendant Alpine Securities Corporation respectfully requests oral argument on its Cross-Motion for Summary Judgment and Motion for Judgment on the Pleadings.


Respectfully,
THOMPSON HINE

/s/ Maranda Fritz
Maranda Fritz

cc:  Counsel of Record (via CM/ECF)


Maranda.Fritz@ThompsonHine.com   Fax: 212.344.6101   Phone: 212.908.3966

mf  4840-5608-3546.1

THOMPSON HINE LLP
ATTORNEYS AT LAW
335 Madison Avenue
12th Floor
New York, New York 10017-4611
www.ThompsonHine.com
O: 212.344.5680
F: 212.344.6101