

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
DENVER REGIONAL OFFICE
BYRON G. ROGERS FEDERAL BUILDING
1961 STOUT STREET, SUITE 1700
DENVER, COLORADO 80294-1961**

DIVISION OF
ENFORCEMENT

(303) 844-1014
millerte@sec.gov

February 7, 2018

Honorable Denise Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/18
```

    Re:   *SEC v. Alpine Securities Corporation*
          Case No.: 1:17-CV-04179-DLC

Dear Judge Cote:

    The Plaintiff Securities and Exchange Commission ("SEC") requests a 6-page enlargement of the page limitation for reply memoranda of law set forth in the Court's Individual Practice 3.B, to and including 16 pages for its reply memoranda of law in support of its Motion for Partial Summary Judgement (Doc. No. 68 "Motion").

    The requested enlargement is proportional to the additional pages allowed for Defendant Alpine Securities Corporation's ("Alpine") Memorandum of Law in Opposition to the Motion ("Opposition" Doc. No. 87) and is necessary for the SEC to adequately reply to the Opposition. Counsel for Alpine states that Alpine does not oppose the requested enlargement.

    Accordingly, the SEC respectfully requests that the Court approve an enlargement of the page limitation in the Court's Individual Practice 3.B to permit the SEC to file a reply memorandum of law in support of the Motion up to 16 pages in length.

Granted.
*Denise Cote*
2/7/18

Sincerely,

*/s/ Terry R. Miller*
Zachary T. Carlyle (*pro hac vice*)
Terry R. Miller (*pro hac vice*)

cc:    All counsel of record