UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

ALPINE SECURITIES CORPORATION,

      Defendant.

---

Civil No. 1:17-CV-04179-DLC

**REVISED PRETRIAL
SCHEDULING ORDER**

DENISE COTE, District Judge:

Pursuant to the parties' Stipulated Letter Motion requesting an extension of the fact discovery deadline, the following revised schedule shall govern the further conduct of pretrial proceedings in this case:

1. All fact discovery must be completed by **April 20, 2018**.

2. Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., by the party bearing the burden on an issue must be served by **May 11, 2018**.  Identification of rebuttal experts and disclosure of their expert testimony must occur by **June 1, 2018**.

3. All discovery must be completed by **June 22, 2018**.

4. The following motion will be served by the dates indicated below:

   Any motion for summary judgment:

   -   Motion served by **August 3, 2018**
   -   Opposition served by **August 24, 2018**
   -   Reply served by **September 7, 2018**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

5. In the event no motion is filed, the Joint Pretrial Order must be filed by **August 3, 2018**.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial.  Any responsive papers are due one week thereafter.  Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

SO ORDERED:

Dated:        New York, New York
              March _____, 2018

_____
DENISE COTE
United States District Judge