```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    17cv4179(DLC)
SECURITIES & EXCHANGE COMMISSION,       :
                                        :    SCHEDULING ORDER
                         Plaintiffs,    :
                                        :
               -v-                      :
                                        :
ALPINE SECURITIES CORPORATION,          :
                                        :
                         Defendant.     :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2018

DENISE COTE, District Judge:

Having received the plaintiff's March 23 letter, it is hereby

ORDERED that a telephone conference with the Court will be held on March 30, 2018 at 2:00 p.m. EST. Counsel for the plaintiff shall have all parties on the line and call chambers at 212-805-0202.

SO ORDERED:

Dated:   New York, New York
         March 29, 2018

                                   _____
                                          DENISE COTE
                                   United States District Judge