# THOMPSON HINE

| ATLANTA | CLEVELAND | DAYTON | WASHINGTON, D.C. |
| CINCINNATI | COLUMBUS | NEW YORK | |

April 9, 2018

*Via ECF*

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-10-2018
```

    Re:    *SEC v. Alpine Securities Corp.*, Civil No. 1:17-cv-04179-DLC

**STIPULATED LETTER MOTION REQUESTING ONE-WEEK EXTENSION, UNTIL APRIL 20, 2018, TO FILE A MOTION FOR RECONSIDERATION OF THIS COURT'S MARCH 30, 2018 OPINION AND ORDER**

Dear Judge Cote:

**MEMO ENDORSED**

    Defendant Alpine Securities Corporation ("Alpine") is requesting a one-week extension to file a Motion for Reconsideration of the summary judgment rulings in the Court's March 30, 2018 Opinion and Order (the "Opinion") pursuant to Local Rule 6.3. Pursuant to Local 6.3, ***"[u]nless otherwise provided by the Court*** or by statute or rule (such as Fed. R. Civ. P. 50, 52, and 59), a notice of motion for reconsideration or reargument of a court order determining a motion shall be served within fourteen (14) days after the entry of the Court's determination of the original motion . . ." S.D.N.Y. Rule 6.3 (emphasis added). Additional time is necessary as Alpine is evaluating whether to file a Motion and assessing the Opinion and applicable case law.

    Alpine has conferred with the counsel for Plaintiff Securities and Exchange Commission. The Commission states that, as a professional courtesy, it would not oppose a 7-day extension of the time allowed by Rule 6.3.

    Pursuant to the Court's Individual Practices 1.E:

1. The original due date for a Motion for Reconsideration pursuant to Local Rule 6.3 is April 13, 2018.

2. This is Alpine's first request for an extension of time in filing a Motion for Reconsideration pursuant to Local Rule 6.3.

3. The new deadline for a Motion for Reconsideration will be April 20, 2018.

4. The SEC does not object to Alpine's request.

Maranda.Fritz@ThompsonHine.com   Fax: 212.344.6101   Phone: 212.908.3966

| THOMPSON HINE LLP | 335 Madison Avenue | www.ThompsonHine.com |
| ATTORNEYS AT LAW | 12th Floor | O: 212.344.5680 |
| | New York, New York 10017-4611 | F: 212.344.6101 |

THOMPSON
HINE

Honorable Denise L. Cote
April 9, 2018
Page 2

    Alpine respectfully requests that the Court approve an extension of time to file a Motion for Reconsideration of the Court's Opinion to April 20, 2018.

Respectfully,
THOMPSON HINE

/s/ *Maranda E. Fritz*
Maranda E. Fritz

cc: Counsel of Record (via CM/ECF)

*Granted. There shall be no further extension.*

*Denise Cote*
*April 10, 2018*