UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
UNITED STATES SECURITIES AND EXCHANGE :    17cv4179 (DLC)
COMMISSION,                           :
                    Plaintiff,        :    ORDER
                                      :
            -v-                       :
                                      :
ALPINE SECURITIES CORPORATION,        :
                                      :
                    Defendant.        :
                                      :
-------------------------------------X

DENISE COTE, District Judge:

It is hereby ORDERED that the parties shall, by April 20, 2018, contact the mediator to whom they were referred by the Court-annexed Mediation Program for mediation to occur no later than June 2018. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

Dated:   New York, New York
         April 10, 2018

                                    _____
                                           DENISE COTE
                                    United States District Judge