UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
SECURITIES & EXCHANGE COMMISSION,   :     17cv4179(DLC)
                                    :
                     Plaintiffs,    :     ORDER
                                    :
          -v-                       :
                                    :
ALPINE SECURITIES CORPORATION,      :
                                    :
                     Defendant.     :
                                    :
------------------------------------X

DENISE COTE, District Judge:

On March 23, 2018, the SEC moved to quash a notice of deposition pursuant to Rule 30(b)(6), Fed. R. Civ. P., served by defendant Alpine Securities Corporation ("Alpine") and dated March 13. Alpine opposed the SEC's motion by letter filed March 27, and a telephone conference was held on March 30. Also on March 30, the Court issued an Opinion resolving the SEC's partial summary judgment motion and Alpine's motion for summary judgment and for judgment on the pleadings. Accordingly, it is hereby

ORDERED that the SEC's motion to quash the March 13 notice of deposition is granted.

IT IS FURTHER ORDERED that Alpine is directed to review the March 30 Opinion and the transcript of the March 30 conference. If Alpine believes that it is entitled to discovery from the SEC, it may confer with the SEC to discuss the scope of any such

discovery. If the parties are unable to agree on this issue, they may submit letters of no more than two pages to the Court outlining their positions and areas of dispute.

SO ORDERED:

Dated:   New York, New York
         April 11, 2018

_____
DENISE COTE
United States District Judge