# Exhibit G

to Defendant's Motion for Leave to Submit
Factual Exhibits in Support of its
Motions for Reconsideration

## THIS EXHIBIT HAS BEEN FILED UNDER SEAL