# Exhibit M

## to Defendant's Motion for Leave to Submit Factual Exhibits in Support of its Motions for Reconsideration

**THIS EXHIBIT HAS BEEN FILED UNDER SEAL**