```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SECURITIES & EXCHANGE COMMISSION,       :     17cv4179(DLC)
                                        :
                                        :          ORDER
                          Plaintiffs,   :
                                        :
              -v-                       :
                                        :
ALPINE SECURITIES CORPORATION,          :
                                        :
                          Defendant.    :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2018

DENISE COTE, District Judge:

On April 20, 2018, the defendant filed a motion for reconsideration of the Court's March 30 Opinion to the extent it granted in part the plaintiff's motion for summary judgment, and filed a separate motion for reconsideration of the March 30 Opinion to the extent it denied the defendant's cross-motion for summary judgment, or in the alternative to certify the Court's March 30 Opinion for interlocutory appeal.  The defendant also moved on April 20 for leave to file additional exhibits in support of its motions for reconsideration, which was denied on April 23.  Accordingly, it is hereby

ORDERED that the plaintiff shall file any oppositions to the defendant's two motions for reconsideration by **May 11**.  The defendant shall file any replies in support of its two motions for reconsideration by **May 25**.  At the time these papers are served the filing party shall supply two courtesy copies to

Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:  New York, New York
        April 23, 2018

_____
DENISE COTE
United States District Judge