```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   17cv4179(DLC)
SECURITIES & EXCHANGE COMMISSION,       :
                                        :       ORDER
                        Plaintiffs,     :
                                        :
            -v-                         :
                                        :
ALPINE SECURITIES CORPORATION,          :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 6/14/2018

DENISE COTE, District Judge:

On June 13, 2018, plaintiff Securities and Exchange Commission ("SEC") filed a letter seeking permission to serve a reply expert report in response to defendant Alpine Securities Corporation's ("Alpine") expert rebuttal, and seeking permission to extend expert discovery past the July 13 deadline to file any motion for summary judgment. On June 14, Alpine filed a letter opposing the SEC's request. Accordingly, it is hereby

ORDERED that the SEC's request to submit a reply expert report is granted. The SEC shall serve any reply expert report by **July 27, 2018.**

IT IS FURTHER ORDERED that expert discovery must be completed by **August 10, 2018.**

IT IS FURTHER ORDERED that any motion for summary judgment must be filed by **July 13, 2018.** Any opposition shall be filed by **August 14, 2018.** Any reply must be filed by **August 31, 2018.**

At the time any reply is filed, the moving party shall supply two courtesy copies to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:  New York, New York
        June 14, 2018

_____
DENISE COTE
United States District Judge