ZACHARY T. CARLYLE
carlylez@sec.gov
TERRY R. MILLER
millerte@sec.gov
SECURIITES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br> - against -<br><br>ALPINE SECURITIES CORPORATION,<br><br>          Defendant. | 17-cv-4179-DLC<br><br>NOTICE OF MOTION<br><br>ECF CASE |

   Please take notice that Plaintiff United States Securities and Exchange Commission moves this Court to exercise its inherent power to enjoin Defendant Alpine Securities Corporation and Scottsdale Capital Advisors from further prosecuting a recently filed suit in the United States District Court for the District of Utah, which asserts claims against the Commission under the Administrative Procedure Act that are functionally identical to those already rejected in this Court's March 30, 2018 Order denying Defendant's cross-motion for summary judgment, as well as to those raised in a mandamus petition pending before the Court of Appeals for the Second Circuit.  The Commission has submitted a Memorandum of Law in support of its motion.

Respectfully submitted this 3d day of July, 2018.

    */s/ Terry R. Miller*
    Zachary T. Carlyle (*pro hac*)
    Terry R. Miller (*pro hac*)
    Attorneys for Plaintiff
    UNITED STATES SECURITIES AND
    EXCHANGE COMMISSION
    1961 Stout Street, 17th Floor
    Denver, Colorado 80294
    (303) 844-1000

## **CERTIFICATE OF SERVICE**

I certify that on July 3, 2018, a copy of the foregoing document was served via ECF upon the following:

Brent R. Baker
Aaron D. Lebenta
Jonathan D. Bletzacker
CLYDE SNOW & SESSIONS
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111-2216

Maranda E. Fritz
Thompson Hine LLP (NYC)
335 Madison Avenue, 12th Floor
New York, NY 10017

*Counsel for Alpine Securities Corporation*

                                             */s/ Marla J. Pinkston*
                                             Marla J. Pinkston