```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    17cv4179(DLC)
SECURITIES & EXCHANGE COMMISSION,       :
                                        :         ORDER
                    Plaintiffs,         :
                                        :
          -v-                           :
                                        :
ALPINE SECURITIES CORPORATION,          :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/4/2018

DENISE COTE, District Judge:

On July 3, 2018, plaintiff Securities and Exchange Commission ("SEC") moved to enjoin a suit filed by defendant Alpine Securities Corporation ("Alpine") against the SEC in the United States District Court for the District of Utah. Accordingly, it is hereby

ORDERED that Alpine shall file any opposition to the SEC's July 3 motion by **Monday, July 9, 2018, at noon EST.**

IT IS FURTHER ORDERED that the SEC shall file any reply by **Wednesday, July 11, 2018, at noon EST.** At the time any reply is filed, the SEC shall supply two courtesy copies to Chambers by

mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         July 4, 2018

                              _____
                                    DENISE COTE
                              United States District Judge