N.Y.S.D. Case # 17-cv-4179(DLC)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of July two thousand and eighteen.

Before: Reena Raggi,
   *Circuit Judge.*

In Re: Alpine Securities Corporation,

  Petitioner.

********************************************

Alpine Securities Corporation,

  Petitioner,

v.

United States Securities and Exchange Commission,

  Respondent.

**ORDER**

Docket No. 18-1875

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 10, 2018

Petitioner moves for an emergency stay of proceedings in the district court. Alternatively, Petitioner moves for expedited review of its petition for a writ of mandamus.

IT IS HEREBY ORDERED that the motion is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/10/2018