UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   17cv4179(DLC)
SECURITIES & EXCHANGE COMMISSION,       :
                                        :   INJUNCTION
                        Plaintiffs,     :
                                        :
            -v-                         :
                                        :
ALPINE SECURITIES CORPORATION,          :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   On July 11, 2018, the Court granted the July 3 motion of plaintiff Securities and Exchange Commission to enjoin a proceeding currently pending before the United States District Court for the District of Utah.  Accordingly, it is hereby

   ORDERED that Alpine Securities Corporation and Scottsdale Capital Advisors are enjoined from litigating in the United States District Court for the District of Utah case number 18cv409(CW).  This injunction shall be dissolved after the conclusion of any appeal from the entry of final judgment in this action.

Dated:   New York, New York
         July 11, 2018

                                   _____
                                          DENISE COTE
                                   United States District Judge