```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    17cv4179(DLC)
SECURITIES & EXCHANGE COMMISSION,       :
                                        :         ORDER
                    Plaintiffs,         :
                                        :
        -v-                             :
                                        :
ALPINE SECURITIES CORPORATION,          :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 11, 2018, the Court granted the SEC's July 3 motion to enjoin a proceeding pending in the United States District Court for the District of Utah. Accordingly, it is hereby

ORDERED that the SEC shall serve the attached injunction on Scottsdale Capital Advisors forthwith.

Dated:   New York, New York
         July 11, 2018

                                     _____
                                              DENISE COTE
                                     United States District Judge