UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION,<br><br>　　　　Defendant. | Civil No. 1:17-CV-04179-DLC<br><br>Honorable Judge Denise L. Cote<br>Magistrate Judge Ronald L. Ellis<br><br>ECF CASE<br><br>**NOTICE OF APPEAL** |

　　　　PLEASE TAKE NOTICE that Defendant Alpine Securities Corporation ("Alpine") hereby appeals to the United States Court of Appeals for the Second Circuit from each and every part of the Opinion and Order of Judge Denise L. Cote (Dkt. No. 140), entered on July 11, 2018, and Injunction (Dkt. No. 141), entered on July 11, 2018, granting Plaintiff United States Securities and Exchange Commission's ("SEC") motion for an injunction enjoining Alpine and Scottsdale Capital Advisors, a non-party, from litigating in the United States District Court for the District of Utah case number 18 cv-409(CW) captioned *Alpine Securities Corporation v. United States Securities and Exchange Commission*, which action alleges that the SEC, in its interpretation and use of Rule 17a-8, 17 C.F.R. § 240 *et seq.* is acting in violation of the Administrative Procedures Act and related statutes.

Dated: New York, New York
　　　　July 11, 2018

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　/s/ *Maranda E. Fritz*
　　　　　　　　　　　　　　　　　　　Maranda E. Fritz
　　　　　　　　　　　　　　　　　　　THOMPSON HINE LLP
　　　　　　　　　　　　　　　　　　　335 Madison Avenue, 12th Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10017-4611
　　　　　　　　　　　　　　　　　　　Tel. (212) 344-5680
　　　　　　　　　　　　　　　　　　　Fax (212) 344-6101
　　　　　　　　　　　　　　　　　　　Maranda.Fritz@thompsonhine.com

        Brent R. Baker (BB 8285)
        Aaron D. Lebenta (*Pro Hac Vice*)
        Jonathan D. Bletzacker (*Pro Hac Vice*)
        CLYDE SNOW & SESSIONS
        One Utah Center
        201 South Main Street, Suite 1300
        Salt Lake City, Utah 84111-2216
        Telephone 801.322.2516
        Facsimile 801.521.6280
        brb@clydesnow.com
        adl@clydesnow.com
        jdb@clydesnow.com

        *Attorneys for Defendant*
        *Alpine Securities Corporation*

To:

CLERK OF THE COURT via ECF

and

U.S. SECURITIES & EXCHANGE COMMISSION via ECF
Zachary T. Carlyle
Terry R. Miller
1961 Stout Street, 17th Floor
Denver, CO 80294
303-844-1000
carlylez@sec.gov
millerte@sec.gov

*Attorneys for Plaintiff*
*U.S. Securities & Exchange Commission*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2018 a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

                                          */s/ Maranda E. Fritz*
                                             Maranda E. Fritz