UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :   17cv4179(DLC)
SECURITIES & EXCHANGE COMMISSION,         :
                                          :   ORDER
                            Plaintiffs,   :
                                          :
            -v-                           :
                                          :
ALPINE SECURITIES CORPORATION,            :
                                          :
                            Defendant.    :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

On July 12, 2018, the plaintiff moved for permission to filed sealed and redacted materials in connection with its summary judgment motion that is scheduled to be filed by July 13. It is hereby

ORDERED that the July 12 motion is granted.

IT IS FURTHER ORDERED that the parties may file redacted and placeholder materials in connection with the summary judgment briefing on ECF without first obtaining the approval of the Court to the extent that the materials are similar to those for which such approval has already been given in connection with the motions for partial summary judgment.

Dated:   New York, New York
         July 12, 2018

                                    _____
                                            DENISE COTE
                                    United States District Judge