ZACHARY T. CARLYLE
carlylez@sec.gov
TERRY R. MILLER
millerte@sec.gov
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>- against -<br><br>ALPINE SECURITIES CORPORATION,<br><br>           Defendant. | 17-cv-4179-DLC<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT ON LIABILITY**<br><br>**ECF CASE** |

Please take notice that, pursuant to Fed. R. Civ. P. 56, Plaintiff United States Securities and Exchange Commission (the "Commission") moves this Court for summary judgment that Defendant Alpine Securities Corporation ("Alpine") violated Section 17(a) of the Securities Exchange Act and Rule 17a-8 thereunder based on each of the following violations presented in the Commission's memorandum of law, which include: (a) 1,594 deficient suspicious activity reports ("SARs"); (b) 3,568 unreported liquidations; (c) 251 late filed SARs; and (d) 496 instances of missing supporting documentation for SARs. For the reasons stated in the accompanying memorandum of law, the Commission respectfully requests the Court enter summary judgment finding Defendant liable for these violations.

Dated: July 13, 2018

          */s/ Terry R. Miller*
          Zachary T. Carlyle (*pro hac*)
          Terry R. Miller (*pro hac*)
          Attorneys for Plaintiff
          UNITED STATES SECURITIES AND
          EXCHANGE COMMISSION
          1961 Stout Street, 17th Floor
          Denver, Colorado 80294
          (303) 844-1000

## CERTIFICATE OF SERVICE

I certify that on July 13, 2018, a copy of the foregoing document was served via ECF upon the following:

Brent R. Baker
Aaron D. Lebenta
Jonathan D. Bletzacker
CLYDE SNOW & SESSIONS
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111-2216

Maranda E. Fritz
Thompson Hine LLP (NYC)
335 Madison Avenue, 12th Floor
New York, NY 10017

*Counsel for Alpine Securities Corporation*

　　　　　　　　　　　　　　　　　　　　　　*/s/ Marla J. Pinkston*