# EXHIBIT 2

# SEALED DOCUMENT