# EXHIBIT 6

# SEALED DOCUMENT