# EXHIBIT 7

# SEALED DOCUMENT