# EXHIBIT 8

# SEALED DOCUMENT