# EXHIBIT 9

# SEALED DOCUMENT