# EXHIBIT 10

# SEALED DOCUMENT