# EXHIBIT 11

# SEALED DOCUMENT