# EXHIBIT 12

# SEALED DOCUMENT