# EXHIBIT 13

# SEALED DOCUMENT