# EXHIBIT 14

# SEALED DOCUMENT