**EXHIBIT 17**

| SAR with Missing Support File | FirstBates |
|---:|---|
| 1 | ALPINE00074985 |
| 2 | ALPINE00074120 |
| 3 | ALPINE00074534 |
| 4 | ALPINE00074242 |
| 5 | ALPINE00075675 |
| 6 | ALPINE00074386 |
| 7 | ALPINE00074421 |
| 8 | ALPINE00074948 |
| 9 | ALPINE00072444 |
| 10 | ALPINE00068187 |
| 11 | ALPINE00073791 |
| 12 | ALPINE00069803 |
| 13 | ALPINE00071315 |
| 14 | ALPINE00066145 |
| 15 | ALPINE00088717 |
| 16 | ALPINE00088715 |
| 17 | ALPINE00088713 |
| 18 | ALPINE00095610 |
| 19 | ALPINE00095074 |
| 20 | ALPINE00100040 |
| 21 | ALPINE00093831 |
| 22 | ALPINE00099334 |
| 23 | ALPINE00105686 |
| 24 | ALPINE00105508 |
| 25 | ALPINE00105469 |
| 26 | ALPINE00105612 |
| 27 | ALPINE00105688 |
| 28 | ALPINE00105581 |
| 29 | ALPINE00105404 |
| 30 | ALPINE00105708 |
| 31 | ALPINE00105452 |
| 32 | ALPINE00105684 |
| 33 | ALPINE00105574 |
| 34 | ALPINE00105712 |
| 35 | ALPINE00105498 |
| 36 | ALPINE00105373 |
| 37 | ALPINE00105769 |
| 38 | ALPINE00105447 |
| 39 | ALPINE00105669 |
| 40 | ALPINE00105470 |
| 41 | ALPINE00105381 |
| 42 | ALPINE00105624 |
| 43 | ALPINE00105709 |
| 44 | ALPINE00105744 |

| SAR with Missing Support File | FirstBates |
|---:|---|
| 45 | ALPINE00105742 |
| 46 | ALPINE00105592 |
| 47 | ALPINE00105363 |
| 48 | ALPINE00105350 |
| 49 | ALPINE00105374 |
| 50 | ALPINE00105595 |
| 51 | ALPINE00105349 |
| 52 | ALPINE00105642 |
| 53 | ALPINE00105771 |
| 54 | ALPINE00105551 |
| 55 | ALPINE00105377 |
| 56 | ALPINE00105387 |
| 57 | ALPINE00105743 |
| 58 | ALPINE00105645 |
| 59 | ALPINE00105451 |
| 60 | ALPINE00105753 |
| 61 | ALPINE00105683 |
| 62 | ALPINE00105485 |
| 63 | ALPINE00105436 |
| 64 | ALPINE00105535 |
| 65 | ALPINE00105445 |
| 66 | ALPINE00105493 |
| 67 | ALPINE00105505 |
| 68 | ALPINE00105788 |
| 69 | ALPINE00105440 |
| 70 | ALPINE00105658 |
| 71 | ALPINE00105733 |
| 72 | ALPINE00105430 |
| 73 | ALPINE00105646 |
| 74 | ALPINE00105408 |
| 75 | ALPINE00105487 |
| 76 | ALPINE00105382 |
| 77 | ALPINE00093070 |
| 78 | ALPINE00093053 |
| 79 | ALPINE00093096 |
| 80 | ALPINE00093078 |
| 81 | ALPINE00093093 |
| 82 | ALPINE00093080 |
| 83 | ALPINE00093047 |
| 84 | ALPINE00093085 |
| 85 | ALPINE00093066 |
| 86 | ALPINE00093045 |
| 87 | ALPINE00093083 |
| 88 | ALPINE00093057 |

| SAR with Missing Support File | FirstBates |
|---:|---|
| 89 | ALPINE00093082 |
| 90 | ALPINE00093088 |
| 91 | ALPINE00093049 |
| 92 | ALPINE00093061 |
| 93 | ALPINE00093087 |
| 94 | ALPINE00093071 |
| 95 | ALPINE00093058 |
| 96 | ALPINE00093102 |
| 97 | ALPINE00093098 |
| 98 | ALPINE00093073 |
| 99 | ALPINE00093059 |
| 100 | ALPINE00093084 |
| 101 | ALPINE00093091 |
| 102 | ALPINE00093079 |
| 103 | ALPINE00093064 |
| 104 | ALPINE00093100 |
| 105 | ALPINE00093103 |
| 106 | ALPINE00093074 |
| 107 | ALPINE00093072 |
| 108 | ALPINE00093067 |
| 109 | ALPINE00093095 |
| 110 | ALPINE00093092 |
| 111 | ALPINE00093104 |
| 112 | ALPINE00093101 |
| 113 | ALPINE00093062 |
| 114 | ALPINE00093075 |
| 115 | ALPINE00093077 |
| 116 | ALPINE00093055 |
| 117 | ALPINE00093086 |
| 118 | ALPINE00093048 |
| 119 | ALPINE00093105 |
| 120 | ALPINE00093046 |
| 121 | ALPINE00093094 |
| 122 | ALPINE00093060 |
| 123 | ALPINE00093063 |
| 124 | ALPINE00093081 |
| 125 | ALPINE00093076 |
| 126 | ALPINE00093099 |
| 127 | ALPINE00093097 |
| 128 | ALPINE00093065 |
| 129 | ALPINE00093069 |
| 130 | ALPINE00093050 |
| 131 | ALPINE00093090 |
| 132 | ALPINE00093056 |

| SAR with Missing Support File | FirstBates |
|---:|---|
| 133 | ALPINE00093054 |
| 134 | ALPINE00093089 |
| 135 | ALPINE00093051 |
| 136 | ALPINE00093328 |
| 137 | ALPINE00093296 |
| 138 | ALPINE00093252 |
| 139 | ALPINE00093229 |
| 140 | ALPINE00093743 |
| 141 | ALPINE00093133 |
| 142 | ALPINE00093107 |
| 143 | ALPINE00093183 |
| 144 | ALPINE00093615 |
| 145 | ALPINE00093111 |
| 146 | ALPINE00093547 |
| 147 | ALPINE00093347 |
| 148 | ALPINE00093661 |
| 149 | ALPINE00093440 |
| 150 | ALPINE00093468 |
| 151 | ALPINE00093220 |
| 152 | ALPINE00093663 |
| 153 | ALPINE00093585 |
| 154 | ALPINE00093135 |
| 155 | ALPINE00093686 |
| 156 | ALPINE00093430 |
| 157 | ALPINE00093397 |
| 158 | ALPINE00093222 |
| 159 | ALPINE00093215 |
| 160 | ALPINE00093315 |
| 161 | ALPINE00093301 |
| 162 | ALPINE00093552 |
| 163 | ALPINE00093579 |
| 164 | ALPINE00093700 |
| 165 | ALPINE00093334 |
| 166 | ALPINE00093518 |
| 167 | ALPINE00093395 |
| 168 | ALPINE00093623 |
| 169 | ALPINE00093130 |
| 170 | ALPINE00093383 |
| 171 | ALPINE00093746 |
| 172 | ALPINE00093142 |
| 173 | ALPINE00093297 |
| 174 | ALPINE00093379 |
| 175 | ALPINE00093141 |
| 176 | ALPINE00093466 |

| SAR with Missing Support File | FirstBates |
|---|---|
| 177 | ALPINE00093606 |
| 178 | ALPINE00093333 |
| 179 | ALPINE00093563 |
| 180 | ALPINE00093235 |
| 181 | ALPINE00093801 |
| 182 | ALPINE00129082 |
| 183 | ALPINE00127829 |
| 184 | ALPINE00124474 |
| 185 | ALPINE00124476 |
| 186 | ALPINE00124477 |
| 187 | ALPINE00127778 |
| 188 | ALPINE00127683 |
| 189 | ALPINE00127678 |
| 190 | ALPINE00090708 |
| 191 | ALPINE00090711 |
| 192 | ALPINE00090712 |
| 193 | ALPINE00090718 |
| 194 | ALPINE00124570 |
| 195 | ALPINE00124573 |
| 196 | ALPINE00124546 |
| 197 | ALPINE00124539 |
| 198 | ALPINE00124550 |
| 199 | ALPINE00088719 |
| 200 | ALPINE00124508 |
| 201 | ALPINE00129849 |
| 202 | ALPINE00129855 |
| 203 | ALPINE00127589 |
| 204 | ALPINE00127580 |
| 205 | ALPINE00127568 |
| 206 | ALPINE00127574 |
| 207 | ALPINE00127560 |
| 208 | ALPINE00127581 |
| 209 | ALPINE00127570 |
| 210 | ALPINE00127600 |
| 211 | ALPINE00127588 |
| 212 | ALPINE00124594 |
| 213 | ALPINE00124648 |
| 214 | ALPINE00124634 |
| 215 | ALPINE00124610 |
| 216 | ALPINE00124616 |
| 217 | ALPINE00124625 |
| 218 | ALPINE00124608 |
| 219 | ALPINE00124633 |
| 220 | ALPINE00124588 |

| SAR with Missing Support File | FirstBates |
|---|---|
| 221 | ALPINE00124651 |
| 222 | ALPINE00124598 |
| 223 | ALPINE00124630 |
| 224 | ALPINE00124606 |
| 225 | ALPINE00124642 |
| 226 | ALPINE00124638 |
| 227 | ALPINE00124618 |
| 228 | ALPINE00090729 |
| 229 | ALPINE00090731 |
| 230 | ALPINE00124503 |
| 231 | ALPINE00124499 |
| 232 | ALPINE00087315 |
| 233 | ALPINE00087332 |
| 234 | ALPINE00087281 |
| 235 | ALPINE00087310 |
| 236 | ALPINE00087304 |
| 237 | ALPINE00087263 |
| 238 | ALPINE00087301 |
| 239 | ALPINE00087293 |
| 240 | ALPINE00087265 |
| 241 | ALPINE00087290 |
| 242 | ALPINE00087273 |
| 243 | ALPINE00087307 |
| 244 | ALPINE00087314 |
| 245 | ALPINE00087311 |
| 246 | ALPINE00087287 |
| 247 | ALPINE00087256 |
| 248 | ALPINE00087300 |
| 249 | ALPINE00087255 |
| 250 | ALPINE00087309 |
| 251 | ALPINE00087330 |
| 252 | ALPINE00087312 |
| 253 | ALPINE00087320 |
| 254 | ALPINE00087294 |
| 255 | ALPINE00087338 |
| 256 | ALPINE00087258 |
| 257 | ALPINE00126126 |
| 258 | ALPINE00114520 |
| 259 | ALPINE00114519 |
| 260 | ALPINE00115041 |
| 261 | ALPINE00115212 |
| 262 | ALPINE00114955 |
| 263 | ALPINE00114645 |
| 264 | ALPINE00114584 |

| SAR with Missing Support File | FirstBates |
|---:|---|
| 265 | ALPINE00123700 |
| 266 | ALPINE00123761 |
| 267 | ALPINE00123762 |
| 268 | ALPINE00123840 |
| 269 | ALPINE00123922 |
| 270 | ALPINE00114511 |
| 271 | ALPINE00114509 |
| 272 | ALPINE00114516 |
| 273 | ALPINE00114514 |
| 274 | ALPINE00114517 |
| 275 | ALPINE00127699 |
| 276 | ALPINE00124051 |
| 277 | ALPINE00124049 |
| 278 | ALPINE00083241 |
| 279 | ALPINE00091673 |
| 280 | ALPINE00091670 |
| 281 | ALPINE00091686 |
| 282 | ALPINE00127685 |
| 283 | ALPINE00124410 |
| 284 | ALPINE00124520 |
| 285 | ALPINE00124521 |
| 286 | ALPINE00124526 |
| 287 | ALPINE00124528 |
| 288 | ALPINE00124527 |
| 289 | ALPINE00124525 |
| 290 | ALPINE00124524 |
| 291 | ALPINE00124516 |
| 292 | ALPINE00124513 |
| 293 | ALPINE00124515 |
| 294 | ALPINE00124534 |
| 295 | ALPINE00124533 |
| 296 | ALPINE00124532 |
| 297 | ALPINE00114162 |
| 298 | ALPINE00114231 |
| 299 | ALPINE00114176 |
| 300 | ALPINE00114242 |
| 301 | ALPINE00114129 |
| 302 | ALPINE00114109 |
| 303 | ALPINE00114140 |
| 304 | ALPINE00114212 |
| 305 | ALPINE00114119 |
| 306 | ALPINE00114243 |
| 307 | ALPINE00114100 |
| 308 | ALPINE00114239 |

| SAR with Missing Support File | FirstBates |
|---:|---|
| 309 | ALPINE00114152 |
| 310 | ALPINE00114173 |
| 311 | ALPINE00114112 |
| 312 | ALPINE00114071 |
| 313 | ALPINE00114149 |
| 314 | ALPINE00114085 |
| 315 | ALPINE00114128 |
| 316 | ALPINE00114157 |
| 317 | ALPINE00114138 |
| 318 | ALPINE00114222 |
| 319 | ALPINE00114158 |
| 320 | ALPINE00114110 |
| 321 | ALPINE00114246 |
| 322 | ALPINE00114142 |
| 323 | ALPINE00087179 |
| 324 | ALPINE00129889 |
| 325 | ALPINE00129894 |
| 326 | ALPINE00114493 |
| 327 | ALPINE00088720 |
| 328 | ALPINE00087419 |
| 329 | ALPINE00087467 |
| 330 | ALPINE00087456 |
| 331 | ALPINE00132294 |
| 332 | ALPINE00127365 |
| 333 | ALPINE00124168 |
| 334 | ALPINE00124182 |
| 335 | ALPINE00124202 |
| 336 | ALPINE00083243 |
| 337 | ALPINE00083242 |
| 338 | ALPINE00090625 |
| 339 | ALPINE00087402 |
| 340 | ALPINE00087400 |
| 341 | ALPINE00083265 |
| 342 | ALPINE00083269 |
| 343 | ALPINE00083274 |
| 344 | ALPINE00083267 |
| 345 | ALPINE00083273 |
| 346 | ALPINE00083271 |
| 347 | ALPINE00083266 |
| 348 | ALPINE00087754 |
| 349 | ALPINE00087755 |
| 350 | ALPINE00127740 |
| 351 | ALPINE00127738 |
| 352 | ALPINE00127736 |

| SAR with Missing Support File | FirstBates |
|---:|---|
| 353 | ALPINE00127806 |
| 354 | ALPINE00087774 |
| 355 | ALPINE00087819 |
| 356 | ALPINE00087769 |
| 357 | ALPINE00087797 |
| 358 | ALPINE00087820 |
| 359 | ALPINE00087800 |
| 360 | ALPINE00087802 |
| 361 | ALPINE00087817 |
| 362 | ALPINE00087773 |
| 363 | ALPINE00087809 |
| 364 | ALPINE00087839 |
| 365 | ALPINE00087815 |
| 366 | ALPINE00087778 |
| 367 | ALPINE00087799 |
| 368 | ALPINE00114503 |
| 369 | ALPINE00114502 |
| 370 | ALPINE00114501 |
| 371 | ALPINE00091729 |
| 372 | ALPINE00091736 |
| 373 | ALPINE00091728 |
| 374 | ALPINE00091745 |
| 375 | ALPINE00091739 |
| 376 | ALPINE00091747 |
| 377 | ALPINE00091746 |
| 378 | ALPINE00091752 |
| 379 | ALPINE00091719 |
| 380 | ALPINE00091734 |
| 381 | ALPINE00091748 |
| 382 | ALPINE00091744 |
| 383 | ALPINE00126080 |
| 384 | ALPINE00126075 |
| 385 | ALPINE00126062 |
| 386 | ALPINE00126074 |
| 387 | ALPINE00126066 |
| 388 | ALPINE00126081 |
| 389 | ALPINE00126069 |
| 390 | ALPINE00126085 |
| 391 | ALPINE00083108 |
| 392 | ALPINE00083118 |
| 393 | ALPINE00083104 |
| 394 | ALPINE00083122 |
| 395 | ALPINE00083130 |
| 396 | ALPINE00083135 |

| SAR with Missing Support File | FirstBates |
|---:|---|
| 397 | ALPINE00083132 |
| 398 | ALPINE00083103 |
| 399 | ALPINE00083121 |
| 400 | ALPINE00083114 |
| 401 | ALPINE00087250 |
| 402 | ALPINE00087253 |
| 403 | ALPINE00083329 |
| 404 | ALPINE00083330 |
| 405 | ALPINE00090743 |
| 406 | ALPINE00090757 |
| 407 | ALPINE00090740 |
| 408 | ALPINE00090737 |
| 409 | ALPINE00090755 |
| 410 | ALPINE00090735 |
| 411 | ALPINE00090760 |
| 412 | ALPINE00090762 |
| 413 | ALPINE00090736 |
| 414 | ALPINE00090745 |
| 415 | ALPINE00090750 |
| 416 | ALPINE00090739 |
| 417 | ALPINE00124705 |
| 418 | ALPINE00124685 |
| 419 | ALPINE00124704 |
| 420 | ALPINE00124711 |
| 421 | ALPINE00127348 |
| 422 | ALPINE00090722 |
| 423 | ALPINE00090724 |
| 424 | ALPINE00090728 |
| 425 | ALPINE00124457 |
| 426 | ALPINE00124059 |
| 427 | ALPINE00124061 |
| 428 | ALPINE00124056 |
| 429 | ALPINE00092753 |
| 430 | ALPINE00092557 |
| 431 | ALPINE00092396 |
| 432 | ALPINE00092745 |
| 433 | ALPINE00092966 |
| 434 | ALPINE00092627 |
| 435 | ALPINE00092229 |
| 436 | ALPINE00092792 |
| 437 | ALPINE00092362 |
| 438 | ALPINE00092665 |
| 439 | ALPINE0127725 |
| 440 | ALPINE00127724 |

| SAR with Missing Support File | FirstBates |
|---:|---|
| 441 | ALPINE00084648 |
| 442 | ALPINE00083779 |
| 443 | ALPINE00086424 |
| 444 | ALPINE00083389 |
| 445 | ALPINE00084753 |
| 446 | ALPINE00088757 |
| 447 | ALPINE00088776 |
| 448 | ALPINE00088747 |
| 449 | ALPINE00088796 |
| 450 | ALPINE00088787 |
| 451 | ALPINE00088780 |
| 452 | ALPINE00127525 |
| 453 | ALPINE00124028 |
| 454 | ALPINE00124030 |
| 455 | ALPINE00124029 |
| 456 | ALPINE00090830 |
| 457 | ALPINE00114396 |
| 458 | ALPINE00087345 |
| 459 | ALPINE00087379 |
| 460 | ALPINE00087364 |
| 461 | ALPINE00087387 |
| 462 | ALPINE00132173 |
| 463 | ALPINE00132174 |
| 464 | ALPINE00131254 |
| 465 | ALPINE00130554 |
| 466 | ALPINE00131498 |
| 467 | ALPINE00131461 |
| 468 | ALPINE00130636 |
| 469 | ALPINE00131607 |
| 470 | ALPINE00131633 |
| 471 | ALPINE00131899 |
| 472 | ALPINE00130533 |
| 473 | ALPINE00130490 |
| 474 | ALPINE00130014 |
| 475 | ALPINE00130637 |
| 476 | ALPINE00130400 |
| 477 | ALPINE00131092 |
| 478 | ALPINE00130516 |
| 479 | ALPINE00131286 |
| 480 | ALPINE00130068 |
| 481 | ALPINE00131900 |
| 482 | ALPINE00131562 |
| 483 | ALPINE00130603 |
| 484 | ALPINE00131634 |

| SAR with Missing Support File | FirstBates |
|---:|---|
| 485 | ALPINE00129942 |
| 486 | ALPINE00131656 |
| 487 | ALPINE00131499 |
| 488 | ALPINE00131561 |
| 489 | ALPINE00130466 |
| 490 | ALPINE00131250 |
| 491 | ALPINE00131308 |
| 492 | ALPINE00130657 |
| 493 | ALPINE00091133 |
| 494 | ALPINE00124398 |
| 495 | ALPINE00124395 |
| 496 | ALPINE00129772 |