# EXHIBIT LIST

| EXHIBIT # | DESCRIPTION |
|---|---|
| 1 | E. Zipprich Dec. |
| 2 | E. Green Dep. |
| 3 | Alpine Dep. |
| 4 | T. Groskreutz On the Record |
| 5 | Loew Expert Decl. |
| 6 | Santangelo, Betty & Davis, Harry, *Broker Dealer Regulation* |
| 7 | Updated Small Firm Template (Jan. 1, 2010) |
| 8 | SCA Fully Disclosed Clearing Agreement, Feb. 26 2009 |
| 9 | Irving M. Einhorn, Opinion Letter |
| 10 | Angotti Dep. |
| 11 | NASD Notice 02-21 |
| 12 | Alpine WSP April 11, 2013 |
| 13 | Alpine WSP August 29, 2014 |
| 14 | Alpine WSP October 1, 2015 |
| 15 | R. Jones Dep. |
| 16 | L. Farmer Dep. |
| 17 | Navigant Rebuttal Report |
| 18 | Intentionally Omitted. |
| 19 | Intentionally Omitted. |
| 20 | FINRA's Report of Examination, dated September 28, 2012 |
| 21 | Alpine's Response to FINRA's Report of Examination, dated October 24, 2012 |
| 22 | SAR, ■■■■■■ |
| 23 | SAR, ■■■■■■ |
| 24 | SAR, ■■■■■■ |
| 25 | SAR, ■■■■■■ |
| 26 | SAR, ■■■■■■ |
| 27 | SAR, ■■■■■■ |
| 28 | SAR, ■■■■■■ |
| 29 | SAR, ■■■■■■ |
| 30 | SAR, ■■■■■■ |
| 31 | SAR, ■■■■■■ |
| 32 | SAR, ■■■■■■ |
| 33 | SAR, ■■■■■■ |
| 34 | SAR, ■■■■■■ |
| 35 | SAR, ■■■■■■ |
| 36 | SAR, ■■■■■■ |

# EXHIBIT LIST

| EXHIBIT # | DESCRIPTION |
|---|---|
| 37 | SAR, |
| 38 | SAR, |
| 39 | SAR, |
| 40 | SAR, |
| 41 | SAR, |
| 42 | SAR, |
| 43 | SAR, |
| 44 | SAR, |
| 45 | SAR, |
| 46 | SAR, |
| 47 | SAR, |
| 48 | SAR, |
| 49 | SAR, |
| 50 | SAR, |
| 51 | SAR, |
| 52 | SAR, |
| 53 | SAR, |
| 54 | SAR, |
| 55 | Exhibit A with Chart, Subcategory Quarterly |
| 56 | SAR, |
| 57 | SAR, |
| 58 | SAR, |
| 59 | SAR, |
| 60 | SAR, |
| 61 | SAR, |
| 62 | SAR, |
| 63 | SAR, |
| 64 | SEC's Expert's Table A-1 |
| 65 | OCIE's Examination Report, dated April 9, 2015 |
| 66 | Alpine's Response to OCIE's Examination Report, dated May 20, 2015 |
| 67 | R. Jones Supp. Decl. |
| 68 | Example of a Checklist |
| 69 | NASD Notice 02-47 |
| 70 | FinCEN Guidance (FIN-2006-G013), October 4, 2006 |
| 71 | FinCEN Form 111, SAR BD Form |
| 72 | Beverly E. Loew Decl. |

# EXHIBIT LIST

| EXHIBIT # | DESCRIPTION |
|---|---|
| 73 | Intentionally Omitted. |
| 74 | SAR, No. 127 |
| 75 | SAR, No. 745 |
| 76 | SAR, No. 171 |
| 77 | SAR, No. 175 |
| 78 | SAR, No. 20 |
| 79 | SAR, No. 665 |
| 80 | SAR, No. 1834 |
| 81 | SAR, No. 1823 |
| 82 | Loew Dep |
| 83 | SAR Violation No. 1847 |
| 84 | SAR Violation No. 297 |
| 85 | SAR Violation No. 294 |
| 86 | SAR Violation No. 255 |
| 87 | Violation Nos 280 |
| 88 | Violation Nos 453 |
| 89 | Violation Nos 500 |
| 90 | Violation Nos 588 |
| 91 | Violation Nos 629 |
| 92 | Violation Nos 1605 |
| 93 | Violation Nos 1606 |
| 94 | Violation Nos 1610 |
| 95 | Violation Nos 1618 |
| 96 | Violation Nos 1622 |
| 97 | Violation Nos 1630 |
| 98 | Violation Nos 1633 |
| 99 | Violation Nos 1639 |
| 100 | Violation Nos 1644 |
| 101 | Violation Nos 1674 |
| 102 | Violation Nos 1717 |
| 103 | Violation Nos 1731 |
| 104 | Violation Nos 1762 |
| 105 | Violation Nos 1763 |
| 106 | Violation Nos 1769 |
| 107 | Violation Nos 1781 |
| 108 | Violation Nos 1798 |

# EXHIBIT LIST

| EXHIBIT # | DESCRIPTION |
|---|---|
| 109 | Violation Nos 1799 |
| 110 | Violation Nos 1805 |
| 111 | Violation Nos 703 |
| 112 | Violation No. 703 Support File |
| 113 | Violation No. 1861 Support File |
| 114 | Violation No. 515 |
| 115 | Violation No. 515 Support File |
| 116 | Violation No. 612 |
| 117 | Violation No. 612 Support File |
| 118 | Violation No. 701 |
| 119 | Violation No. 701 Support File |
| 120 | Violation No. 748 |
| 121 | Violation No. 748 Support File |
| 122 | Violation No. 1970 |
| 123 | Violation No. 1970 Support File |
| 124 | Violation No. 1971 |
| 125 | Violation No. 1971 Support File |
| 126 | Violation No. 859 |
| 127 | Violation No. 859 Support File |
| 128 | Violation No. 904 |
| 129 | Violation No. 904 Support File |
| 130 | Violation No. 1222 |
| 131 | Violation No. 1222 Support File |
| 132 | Order Instituting Administrative Proceedings |
| 133 | ▮ Memorandum |
| 134 | Legal Opinion, dated July 26, 2011, SEC-FINRA-E-00997052 |
| 135 | SAR Violation Nos. 744, 1827 |
| 136 | SEC Press Release |
| 137 | ▮ Memorandum |
| 138 | Article about ▮'s settlement |
| 139 | FIN-2006-G014, November 9, 2006 |
| 140 | Violation Nos. 197 and 329 |
| 141 | Violation No. 652 |
| 142 | Violation No. 652 Support File |
| 143 | Violation No. 462 |
| 144 | Violation No. 462 Support File |

# EXHIBIT LIST

| EXHIBIT # | DESCRIPTION |
|---|---|
| 145 | Violation No. 2001 |
| 146 | Violation No. 2001 Support File |
| 147 | Violation No. 1975 |
| 148 | Violation No. 1975 Support File |
| 149 | Violation No. 467 |
| 150 | Violation No. 467 Support File |
| 151 | Violation No. 1430 |
| 152 | Violation No. 1430 Support File |
| 153 | Violation No. 326 |
| 154 | Violation No. 326 Support File |
| 155 | Violation No. 341 |
| 156 | Violation No. 341 Support File |
| 157 | Violation No. 717 |
| 158 | Violation No. 717 Support File |
| 159 | Violation No. 1797 |
| 160 | Violation No. 1797 Support File |
| 161 | Violation No. 463 |
| 162 | Violation No. 463 Support File |
| 163 | Violation No. 1897 Support File |
| 164 | Violation No. 438 |
| 165 | Violation No. 438 Support File |
| 166 | Violation No. 385 |
| 167 | Violation No. 385 Support File |
| 168 | Violation No. 464 |
| 169 | Violation No. 464 Support File |
| 170 | Violation No. 465 |
| 171 | Violation No. 465 Support File |
| 172 | Violation No. 1941 |
| 173 | Violation No. 190 |
| 174 | Violation No. 1931 |
| 175 | Violation No. 2001 |
| 176 | Violation No. 1947 |
| 177 | Violation No. 1767 |
| 178 | Violation No. 511 |
| 179 | Violation No. 348 |
| 180 | Violation No. 1781 |

# EXHIBIT LIST

| EXHIBIT # | DESCRIPTION |
|---|---|
| 181 | Violation No. 1798 |
| 182 | SEC's Table A-7 |
| 183 | Violation No. 237 |
| 184 | Violation No. 660 |
| 185 | Violation No. 250 |
| 186 | Violation No. 230 |
| 187 | Violation No. 25 |
| 188 | Violation No. 85 |
| 189 | Violation No. 134 |
| 190 | Violation No. 179 |
| 191 | Violation No. 229 |
| 192 | Violation No. 231 |
| 193 | Violation No. 240 |
| 194 | Violation No. 243 |
| 195 | Violation No. 249 |
| 196 | Violation No. 493 |
| 197 | Violation No. 881 |
| 198 | Violation No. 1905 |
| 199 | Violation No. 1906 |
| 200 | Violation No. 1924 |
| 201 | Violation No. 1932 |
| 202 | "The SAR Activity Review: Trends, Tips & Issues," Issue No. 15 |
| 203 | "The SAR Activity Review: Trends, Tips & Issues," Issue No. 1 |
| 204 | E. Green Supp. Decl. |
| 205 | R. Jones Decl. |
| 206 | Table showing duplicates between Tables C and D with Table A |
| 207 | Violation No. 94 |
| 208 | Violation No. 19 |
| 209 | Violation No. 24 |
| 210 | Violation No. 27 |
| 211 | Violation No. 33 |
| 212 | Violation No. 39 |
| 213 | Violation No. 41 |
| 214 | Violation No. 43 |
| 215 | Violation No. 46 |
| 216 | Violation No. 52 |

# EXHIBIT LIST

| EXHIBIT # | DESCRIPTION |
|---|---|
| 217 | Violation No. 59 |
| 218 | Violation No. 62 |
| 219 | Violation No. 69 |
| 220 | Violation No. 79 |
| 221 | Violation No. 82 |
| 222 | Violation No. 91 |
| 223 | Violation No. 93 |
| 224 | Violation No. 113 |
| 225 | Violation No. 114 |
| 226 | Violation No. 127 |
| 227 | Violation No. 132 |
| 228 | Violation No. 134 |
| 229 | Violation No. 136 |
| 230 | Violation No. 138 |
| 231 | Violation No. 141 |
| 232 | Violation No. 147 |
| 233 | Violation No. 197 |
| 234 | Violation No. 202 |
| 235 | Violation No. 210 |
| 236 | Violation No. 211 |
| 237 | Violation No. 15 |
| 238 | Violation No. 30 |
| 239 | Violation No. 31 |
| 240 | Violation No. 32 |
| 241 | FinCEN Guidance (Fin-2007-G003, June 13, 2007) |
| 242 | Table A Duplicates Chart |
| 243 | Intentionally Omitted. |
| 244 | Intentionally Omitted. |
| 245 | SEC's Initial Disclosures |
| 246 | Hearing Transcript |
| 247 | Rule 56(d) Declaration |
| 248 | Table E |
| 249 | Wells Notice |
| 250 | SAR 119 Support File |
| 251 | SAR 147 Support File |
| 252 | SAR 160 Support File |

# EXHIBIT LIST

| EXHIBIT # | DESCRIPTION |
|---|---|
| 253 | SAR 169 Support File |
| 254 | SAR 188 Support File |
| 255 | SAR 194 Support File |
| 256 | SAR 196 Support File |
| 257 | SAR 197 Support File |
| 258 | SAR 198 Support File |
| 259 | SAR 287 Support File |
| 260 | SAR 329 Support File |
| 261 | SAR 350 Support File |
| 262 | SAR 355 Support File |
| 263 | SAR 356 Support File |
| 264 | SAR 360 Support File |
| 265 | SAR 368 Support File |
| 266 | SAR 369 Support File |
| 267 | SAR 370 Support File |
| 268 | SAR 371 Support File |
| 269 | SAR 372 Support File |
| 270 | SAR 399 Support File |
| 271 | SAR 454 Support File |
| 272 | SAR 462 Support File |
| 273 | SAR 467 Support File |
| 274 | SAR 515 Support File |
| 275 | SAR 517 Support File |
| 276 | SAR 553 Support File |
| 277 | SAR 586 Support File |
| 278 | SAR 612 Support File |
| 279 | SAR 616 Support File |
| 280 | SAR 647 Support File |
| 281 | SAR 652 Support File |
| 282 | SAR 666 Support File |
| 283 | SAR 667 Support File |
| 284 | SAR 703 Support File |
| 285 | SAR 713 Support File |
| 286 | SAR 718 Support File |
| 287 | SAR 743 Support File |
| 288 | SAR 778 Support File |

# EXHIBIT LIST

| EXHIBIT # | DESCRIPTION |
|---|---|
| 289 | SAR 787 Support File |
| 290 | SAR 788 Support File |
| 291 | SAR 794 Support File |
| 292 | SAR 823 Support File |
| 293 | SAR 826 Support File |
| 294 | SAR 828 Support File |
| 295 | SAR 856 Support File |
| 296 | SAR 863 Support File |
| 297 | SAR 864 Support File |
| 298 | SAR 961 Support File |
| 299 | SAR 974 Support File |
| 300 | SAR 990 Support File |
| 301 | SAR 1031 Support File |
| 302 | SAR 1032 Support File |
| 303 | SAR 1041 Support File |
| 304 | SAR 1047 Support File |
| 305 | SAR 1051 Support File |
| 306 | SAR 1068 Support File |
| 307 | SAR 1093 Support File |
| 308 | SAR 1119 Support File |
| 309 | SAR 1124 Support File |
| 310 | SAR 1126 Support File |
| 311 | SAR 1132 Support File |
| 312 | SAR 1133 Support File |
| 313 | SAR 1134 Support File |
| 314 | SAR 1137 Support File |
| 315 | SAR 1138 Support File |
| 316 | SAR 1140 Support File |
| 317 | SAR 1142 Support File |
| 318 | SAR 1145 Support File |
| 319 | SAR 1150 Support File |
| 320 | SAR 1153 Support File |
| 321 | SAR 1156 Support File |
| 322 | SAR 1170 Support File |
| 323 | SAR 1175 Support File |
| 324 | SAR 1177 Support File |

# EXHIBIT LIST

| EXHIBIT # | DESCRIPTION |
|---|---|
| 325 | SAR 1189 Support File |
| 326 | SAR 1206 Support File |
| 327 | SAR 1207 Support File |
| 328 | SAR 1208 Support File |
| 329 | SAR 1211 Support File |
| 330 | SAR 1214 Support File |
| 331 | SAR 1216 Support File |
| 332 | SAR 1219 Support File |
| 333 | SAR 1220 Support File |
| 334 | SAR 1221 Support File |
| 335 | SAR 1222 Support File |
| 336 | SAR 1225 Support File |
| 337 | SAR 1226 Support File |
| 338 | SAR 1227 Support File |
| 339 | SAR 1228 Support File |
| 340 | SAR 1230 Support File |
| 341 | SAR 1236 Support File |
| 342 | SAR 1241 Support File |
| 343 | SAR 1243 Support File |
| 344 | SAR 1247 Support File |
| 345 | SAR 1248 Support File |
| 346 | SAR 1256 Support File |
| 347 | SAR 1259 Support File |
| 348 | SAR 1260 Support File |
| 349 | SAR 1261 Support File |
| 350 | SAR 1262 Support File |
| 351 | SAR 1264 Support File |
| 352 | SAR 1271 Support File |
| 353 | SAR 1283 Support File |
| 354 | SAR 1285 Support File |
| 355 | SAR 1287 Support File |
| 356 | SAR 1293 Support File |
| 357 | SAR 1295 Support File |
| 358 | SAR 1297 Support File |
| 359 | SAR 1300 Support File |
| 360 | SAR 1309 Support File |

# EXHIBIT LIST

| EXHIBIT # | DESCRIPTION |
|---|---|
| 361 | SAR 1310 Support File |
| 362 | SAR 1313 Support File |
| 363 | SAR 1315 Support File |
| 364 | SAR 1316 Support File |
| 365 | SAR 1324 Support File |
| 366 | SAR 1325 Support File |
| 367 | SAR 1326 Support File |
| 368 | SAR 1327 Support File |
| 369 | SAR 1332 Support File |
| 370 | SAR 1341 Support File |
| 371 | SAR 1346 Support File |
| 372 | SAR 1358 Support File |
| 373 | SAR 1360 Support File |
| 374 | SAR 1364 Support File |
| 375 | SAR 1366 Support File |
| 376 | SAR 1367 Support File |
| 377 | SAR 1376 Support File |
| 378 | SAR 1391 Support File |
| 379 | SAR 1392 Support File |
| 380 | SAR 1394 Support File |
| 381 | SAR 1395 Support File |
| 382 | SAR 1396 Support File |
| 383 | SAR 1397 Support File |
| 384 | SAR 1398 Support File |
| 385 | SAR 1404 Support File |
| 386 | SAR 1407 Support File |
| 387 | SAR 1408 Support File |
| 388 | SAR 1411 Support File |
| 389 | SAR 1419 Support File |
| 390 | SAR 1430 Support File |
| 391 | SAR 1431 Support File |
| 392 | SAR 1432 Support File |
| 393 | SAR 1434 Support File |
| 394 | SAR 1436 Support File |
| 395 | SAR 1440 Support File |
| 396 | SAR 1445 Support File |

# EXHIBIT LIST

| EXHIBIT # | DESCRIPTION |
|---|---|
| 397 | SAR 1446 Support File |
| 398 | SAR 1447 Support File |
| 399 | SAR 1448 Support File |
| 400 | SAR 1451 Support File |
| 401 | SAR 1457 Support File |
| 402 | SAR 1458 Support File |
| 403 | SAR 1459 Support File |
| 404 | SAR 1460 Support File |
| 405 | SAR 1465 Support File |
| 406 | SAR 1468 Support File |
| 407 | SAR 1478 Support File |
| 408 | SAR 1491 Support File |
| 409 | SAR 1492 Support File |
| 410 | SAR 1500 Support File |
| 411 | SAR 1501 Support File |
| 412 | SAR 1502 Support File |
| 413 | SAR 1504 Support File |
| 414 | SAR 1509 Support File |
| 415 | SAR 1518 Support File |
| 416 | SAR 1523 Support File |
| 417 | SAR 1533 Support File |
| 418 | SAR 1534 Support File |
| 419 | SAR 1539 Support File |
| 420 | SAR 1543 Support File |
| 421 | SAR 1545 Support File |
| 422 | SAR 1546 Support File |
| 423 | SAR 1551 Support File |
| 424 | SAR 1555 Support File |
| 425 | SAR 1556 Support File |
| 426 | SAR 1557 Support File |
| 427 | SAR 1564 Support File |
| 428 | SAR 1585 Support File |
| 429 | SAR 1587 Support File |
| 430 | SAR 1616 Support File |
| 431 | SAR 1620 Support File |
| 432 | SAR 1621 Support File |

# EXHIBIT LIST

| EXHIBIT # | DESCRIPTION |
|---|---|
| 433 | SAR 1627 Support File |
| 434 | SAR 1641 Support File |
| 435 | SAR 1648 Support File |
| 436 | SAR 1652 Support File |
| 437 | SAR 1659 Support File |
| 438 | SAR 1663 Support File |
| 439 | SAR 1669 Support File |
| 440 | SAR 1674 Support File |
| 441 | SAR 1675 Support File |
| 442 | SAR 1687 Support File |
| 443 | SAR 1689 Support File |
| 444 | SAR 1693 Support File |
| 445 | SAR 1701 Support File |
| 446 | SAR 1702 Support File |
| 447 | SAR 1709 Support File |
| 448 | SAR 1712 Support File |
| 449 | SAR 1713 Support File |
| 450 | SAR 1718 Support File |
| 451 | SAR 1720 Support File |
| 452 | SAR 1725 Support File |
| 453 | SAR 1726 Support File |
| 454 | SAR 1729 Support File |
| 455 | SAR 1730 Support File |
| 456 | SAR 1733 Support File |
| 457 | SAR 1734 Support File |
| 458 | SAR 1740 Support File |
| 459 | SAR 1743 Support File |
| 460 | SAR 1761 Support File |
| 461 | SAR 1780 Support File |
| 462 | SAR 1781 Support File |
| 463 | SAR 1790 Support File |
| 464 | SAR 1791 Support File |
| 465 | SAR 1794 Support File |
| 466 | SAR 1802 Support File |
| 467 | SAR 1805 Support File |
| 468 | SAR 1822 Support File |

# EXHIBIT LIST

| EXHIBIT # | DESCRIPTION |
|---|---|
| 469 | SAR 1825 Support File |
| 470 | SAR 1830 Support File |
| 471 | SAR 1841 Support File |
| 472 | SAR 1847 Support File |
| 473 | SAR 1861 Support File |
| 474 | SAR 1869 Support File |
| 475 | SAR 1872 Support File |
| 476 | SAR 1885 Support File |
| 477 | SAR 1888 Support File |
| 478 | SAR 1907 Support File |
| 479 | SAR 1908 Support File |
| 480 | SAR 1967 Support File |
| 481 | SAR 1968 Support File |
| 482 | SAR 1969 Support File |
| 483 | SAR 1970 Support File |
| 484 | SAR 1971 Support File |
| 485 | SAR 1975 Support File |
| 486 | SAR 1984 Support File |
| 487 | SAR 1987 Support File |
| 488 | SAR 1992 Support File |
| 489 | SAR 2001 Support File |
| 490 | SAR 2003 Support File |
| 491 | SAR 7 Support File |
| 492 | SAR 9 Support File |
| 493 | SAR 196 Support File |
| 494 | SAR 202 Support File |
| 495 | SAR 218 Support File |
| 496 | SAR 219 Support File |
| 497 | SAR 220 Support File |
| 498 | SAR 225 Support File |
| 499 | SAR 255 Support File |
| 500 | SAR 318 Support File |
| 501 | SAR 326 Support File |
| 502 | SAR 333 Support File |
| 503 | SAR 340 Support File |
| 504 | SAR 341 Support File |

# EXHIBIT LIST

| EXHIBIT # | DESCRIPTION |
|---|---|
| 505 | SAR 343 Support File |
| 506 | SAR 349 Support File |
| 507 | SAR 355 Support File |
| 508 | SAR 360 Support File |
| 509 | SAR 368 Support File |
| 510 | SAR 369 Support File |
| 511 | SAR 370 Support File |
| 512 | SAR 371 Support File |
| 513 | SAR 372 Support File |
| 514 | SAR 394 Support File |
| 515 | SAR 430 Support File |
| 516 | SAR 457 Support File |
| 517 | SAR 480 Support File |
| 518 | SAR 498 Support File |
| 519 | SAR 566 Support File |
| 520 | SAR 583 Support File |
| 521 | SAR 592 Support File |
| 522 | SAR 664 Support File |
| 523 | SAR 717 Support File |
| 524 | SAR 748 Support File |
| 525 | SAR 810 Support File |
| 526 | SAR 1194 Support File |
| 527 | SAR 1380 Support File |
| 528 | SAR 1409 Support File |
| 529 | SAR 1423 Support File |
| 530 | SAR 1437 Support File |
| 531 | SAR 1442 Support File |
| 532 | SAR 1624 Support File |
| 533 | SAR 1757 Support File |
| 534 | SAR 1788 Support File |
| 535 | SAR 1793 Support File |
| 536 | SAR 1805 Support File |
| 537 | SAR 1915 Support File |
| 538 | SAR 1941 Support File |
| 539 | SAR 1943 Support File |
| 540 | SAR 1948 Support File |

# EXHIBIT LIST

| EXHIBIT # | DESCRIPTION |
|---|---|
| 541 | SAR 1952 Support File |
| 542 | SAR 1953 Support File |
| 543 | SAR 1956 Support File |
| 544 | SAR 1988 Support File |
| 545 | SAR 2005 Support File |
| 546 | SAR 80 Support File |
| 547 | SAR 109 Support File |
| 548 | SAR 366 Support File |
| 549 | SAR 385 Support File |
| 550 | SAR 438 Support File |
| 551 | SAR 463 Support File |
| 552 | SAR 464 Support File |
| 553 | SAR 465 Support File |
| 554 | SAR 492 Support File |
| 555 | SAR 565 Support File |
| 556 | SAR 574 Support File |
| 557 | SAR 584 Support File |
| 558 | SAR 587 Support File |
| 559 | SAR 589 Support File |
| 560 | SAR 658 Support File |
| 561 | SAR 693 Support File |
| 562 | SAR 716 Support File |
| 563 | SAR 779 Support File |
| 564 | SAR 805 Support File |
| 565 | SAR 839 Support File |
| 566 | SAR 1607 Support File |
| 567 | SAR 1722 Support File |
| 568 | SAR 1735 Support File |
| 569 | SAR 1797 Support File |
| 570 | SAR 1828 Support File |
| 571 | SAR 1836 Support File |
| 572 | SAR 1840 Support File |
| 573 | SAR 1842 Support File |
| 574 | SAR 1856 Support File |
| 575 | SAR 1858 Support File |
| 576 | SAR 1861 Support File |

## EXHIBIT LIST

| EXHIBIT # | DESCRIPTION |
|---|---|
| 577 | SAR 1865 Support File |
| 578 | SAR 1867 Support File |
| 579 | SAR 1872 Support File |
| 580 | SAR 1874 Support File |
| 581 | SAR 1894 Support File |
| 582 | SAR 1897 Support File |
| 583 | SAR 1898 Support File |
| 584 | SAR 1899 Support File |
| 585 | SAR 1901 Support File |
| 586 | SAR 1903 Support File |
| 587 | SAR 1904 Support File |