# Exhibits 2-5, 10, 15-17, 20-66, 68, 72, 74-131, 133-135, 137-138, 140-201, 205-240, 242, 248, 250-587

# FILED UNDER SEAL