UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION,<br><br>   Defendant. | Civil No. 1:17-CV-04179-DLC<br><br>Honorable Judge Denise L. Cote<br>Magistrate Judge Ronald L. Ellis |

## DECLARATION OF COUNSEL

I, Jonathan D. Bletzacker, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am over the age of eighteen, a resident of Salt Lake County, Utah and am competent to make this Declaration.

2. I have personal knowledge regarding matters set forth herein, and would testify to those facts in a court of law if called upon to do so.

3. The information contained herein is true to the best of my own personal knowledge, except as to those matters stated upon information and belief, and as to those matters I believe them to be true.

4. I am one of the attorneys representing the Defendant Alpine Securities Corporation ("Alpine") in the above entitled matter.

5. I am an attorney at the law firm of Clyde Snow & Sessions.

6. The law firm of Clyde Snow & Sessions employs Andrea Sanchez as a paralegal.

7. Under my direction, Mrs. Sanchez prepared Excel spreadsheets regarding any

1

duplicates SARs involving the SEC's Tables A, C and D.

8. Mrs. Sanchez has informed me about the process she used to create the duplicate Tables, submitted with Alpine's Additional Statement of Material Facts, Exs. 206 and 242.

9. At all times the data used to create the spreadsheets was obtained from the SEC's Tables A, C, and D received from the SEC in this matter.

10. Mrs. Sanchez was asked to create three (2) spreadsheets in this matter: Table A duplicate comparison, and Table A – Table C & D duplicate comparison.

11. The Table A – C & D Tables were first combined in a new Excel spreadsheet by copying and pasting and then by using the conditional formatting setting in Excel.

12. By selecting Conditional Formatting, Highlight Cells Rules, and then Duplicate Values, Mrs. Sanchez was able to identify the duplicate values, the duplicate SARs and/or Bates numbers in the Tables.

13. The Table A duplicate comparison was created by the same Conditional Formatting as stated above and then comparing the narratives to locate duplicate narratives and/or duplicate SARs.

14. Mrs. Sanchez was able to locate 17 duplicate SARs in the Table A duplicate comparison.

15. Mrs. Sanchez was able to locate 187 duplicate SARs in the Table A – Table C & D duplicate comparison.

WHEREFORE, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 14th day of August, 2018.

/s / *Jonathan D. Bletzacker*
Jonathan D. Bletzacker
*[electronically signed with permission]*