THOMPSON HINE — ATLANTA · CLEVELAND · DAYTON · WASHINGTON, D.C. · CINCINNATI · COLUMBUS · NEW YORK

August 14, 2018

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

    Re:    *SEC v. Alpine Securities Corp.,* Civil No. 1:17-cv-04176-DLC-RLE
            Request for Oral Argument

Dear Judge Cote:

    Pursuant to the Court's Individual Practices 3.F, Defendant Alpine Securities Corporation respectfully requests oral argument on the SEC's Motion for Summary Judgment on Liability.

        Respectfully,

        s/Maranda E. Fritz

        Maranda E. Fritz

cc:  Counsel of Record (via CM/ECF)

Maranda.Fritz@ThompsonHine.com   Fax: 212.344.6101   Phone: 212.908.3966    mf

THOMPSON HINE LLP
ATTORNEYS AT LAW
335 Madison Avenue
12th Floor
New York, New York 10017-4611
www.ThompsonHine.com
O: 212.344.5680
F: 212.344.6101