

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**DENVER REGIONAL OFFICE**
**BYRON G. ROGERS FEDERAL BUILDING**
**1961 STOUT STREET, SUITE 1700**
**DENVER, COLORADO 80294-1961**

**DIVISION OF**
**ENFORCEMENT**

(303) 844-1084
carlylez@sec.gov

September 12, 2018

Honorable Denise Cote
U.S. District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007

Re:   *SEC v. Alpine Securities Corporation, 1:17-CV-04179-DLC-RLE*

Dear Judge Cote:

The Plaintiff Securities and Exchange Commission ("SEC") makes two requests concerning its reply memoranda of law ("Reply") in support of its Motion for Summary Judgement on Liability (Doc. No. 146 "Motion").

First, the Commission requests an enlargement of the page limitation for reply memoranda of law set forth in the Court's Individual Practice 3.B, to and including 35 pages for its Reply. The requested enlargement is proportional to the additional pages allowed for Defendant Alpine Securities Corporation's ("Alpine") Memorandum of Law in Opposition to the Motion (Doc. No. 158 "Opposition") and is necessary for the SEC to adequately reply to the Opposition and its supporting exhibits. Counsel for Alpine states that Alpine does not oppose the requested enlargement.

Second, the Commission seeks leave to submit courtesy copies of exhibits attached to Alpine's opposition electronically. The Court's Order dated June 14, 2018, requires the SEC to supply two courtesy copies of the Motion papers to chambers at the time it files its Reply. (Doc. No. 127). Alpine submitted 587 exhibits with its exhibits, many of which are voluminous. In lieu of printing and delivering the voluminous exhibits, the SEC requests permission to provide the exhibits electronically on a disc. The SEC will provide paper copies of all other materials. Counsel for Alpine states that Alpine does not oppose this request.

Accordingly, the SEC respectfully requests that the Court permit (1) an enlargement of the page limitation in the Court's Individual Practice 3.B to permit the SEC to file a reply

memorandum of law in support of the Motion up to 35 pages in length; and (2) the SEC to provide chambers with courtesy copies of exhibits submitted with the Opposition on a disc.

                                                    Sincerely,

                                                    */s/ Zachary T. Carlyle*
                                                    Zachary T. Carlyle (*pro hac vice*)
                                                    Terry R. Miller (*pro hac vice*)

cc: Counsel of Record