```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    17cv4179(DLC)
SECURITIES & EXCHANGE COMMISSION,       :
                                        :       ORDER
                    Plaintiffs,         :
                                        :
       -v-                              :
                                        :
ALPINE SECURITIES CORPORATION,          :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On September 12, 2018, plaintiff Securities and Exchange Commission ("SEC") requested an enlargement of the page limit for its summary judgment reply brief, and requested permission to file electronic courtesy copies of the exhibits to Alpine's opposition papers. It is hereby

ORDERED that the request for excess pages is granted. The SEC may file a reply brief of up to 35 pages.

IT IS FURTHER ORDERED that the SEC shall submit courtesy copies of all exhibits attached to Alpine's opposition papers electronically. The SEC shall also submit one paper set of courtesy copies of Alpine's exhibits, with the following exception: The SEC does not need to submit a paper courtesy

copy of any SAR support files.  Based on Alpine's exhibit list, this appears to include at least exhibits 250 through 587.

Dated:    New York, New York
          September 12, 2018

                                    _____
                                            DENISE COTE
                                    United States District Judge