

```
CLARK W. SESSIONS‡            JONATHAN S. CLYDE ∆
RODNEY G. SNOW                NICOLE SALAZAR-HALL
STEVEN E. CLYDE               VICTORIA B. FINLINSON
EDWIN C. BARNES               EMILY E. LEWIS•
NEIL A. KAPLAN*               JONATHAN D. BLETZACKER
D. BRENT ROSE                 JOHN S. PENNINGTON
J. SCOTT HUNTER               PARKER B. MORRILL µ
PERRIN R. LOVE                TRENTON L. LOWE
DEAN C. ANDREASEN
ANNELI R. SMITH
WALTER A. ROMNEY, JR.         OF COUNSEL:
MATTHEW A. STEWARD            CHARLES R. BROWN
T. MICKELL JIMENEZ            REAGAN L.B. DESMOND¤ ∆
CHRISTOPHER B. SNOW*          LISA A. MARCY
BRENT R. BAKERø
AARON D. LEBENTA              EDWARD W. CLYDE (1917-1991)
WAYNE Z. BENNETT
BRIAN A. LEBRECHT¤            ‡ SENIOR COUNSEL
ROBERT D. ANDREASEN           * ALSO ADMITTED IN DISTRICT OF COLUMBIA
KATHERINE E. JUDD             ø ALSO ADMITTED IN NEW YORK
TIMOTHY R. PACK               ¤ ALSO ADMITTED IN CALIFORNIA
JAMES W. ANDERSON             ∆ ALSO ADMITTED IN OREGON
DIANA L. TELFER               • ALSO ADMITTED IN WYOMING
SHANNON K. ZOLLINGER          µ ADMITTED IN OREGON AND DISTRICT OF
                                COLUMBIA (NOT ADMITTED IN UTAH)
```

January 18, 2018

**Via FedEx Overnight Delivery**

Zachary T. Carlyle
Terry R. Miller
United States Security & Exchange Commission
1961 Stout Street, 17th Fl.
Denver, CO 80294

  Re: *SEC v. Alpine Securities Corp.*, 1:17-cv-04179-DLC

Dear Messrs. Carlyle and Miller:

  This letter is in response to the SEC's Request for Production No. 2, wherein the SEC requests the following:

> To the extent not already produced, produce all documents maintained by Alpine that Alpine claims form all or part of the supporting documents for the SARs listed in Table E.

As Alpine previously stated in it response to the above request, Alpine believes it has already produced responsive documents to the above request pursuant to the SEC's investigative subpoenas or otherwise during the SEC's investigation in this case.

  Alpine is reproducing herewith the supporting files to the SARs listed on Table E. The documents are labeled Alpine_Lit000001 – 167366. Alpine is reproducing these documents in the manner and order in which it believes they were produced during the investigative phase of this case.

  In addition, Alpine is producing additional documents with this production of support files labeled as Alpine_Lit167367 – 169299.

**EXHIBIT 8**

January 18, 2018
Page 2 of 2

Sincerely,

**CLYDE SNOW & SESSIONS**

Aaron D. Lebenta
Brent R. Baker
Jonathan D. Bletzacker