## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 17-CV-4179

Date Filed: _____

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**Alpine Securities Corporation**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier Courier & Process Service to be served on **Scottsdale Capital Advisors, 7170 E McDonald Dr, Suite 6, Scottsdale, AZ 85253.**

I, Larry Haynes, do hereby affirm that on the **12th day of July, 2018** at **11:05 am,** I:

Served Opinion & Order; Injunction; Order with Attached Injunction personally to Tim Diblisi as Chief Compliance Officer of Scottsdale Capital Advisors. Service occurred at 7170 E McDonald Dr, Suite 6, Scottsdale, AZ 85253.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

**Larry Haynes**
Process Server

**Cavalier Courier & Process Service**
**823-C South King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2018005266
Ref: DRO-56051

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

