**MANDATE**

S.D.N.Y.-N.Y.C.
17-cv-4179
Cote, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand eighteen.

Present:
>   Robert A. Katzmann,
>        *Chief Judge,*
>   Dennis Jacobs,
>   José A. Cabranes,
>        *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 28 2018

In re Alpine Securities Corporation,                             18-1875

>        *Petitioner.*

Petitioner has filed a petition for a writ of mandamus. Upon due consideration, it is hereby ORDERED that the petition is DENIED because Petitioner has not demonstrated that it lacks an adequate, alternative means of obtaining relief or that it satisfies the other mandamus requirements. *See Linde v. Arab Bank, PLC*, 706 F.3d 92, 107-08 (2d Cir. 2013).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/28/2018