```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
SECURITIES & EXCHANGE COMMISSION,         :
                                          :
                        Plaintiffs,       :
                                          :
            -v-                           :     17cv4179(DLC)
                                          :
ALPINE SECURITIES CORPORATION,            :
                                          :
                        Defendant.        :
                                          :
------------------------------------------X
```

# Exhibit 1

| FinCEN Form 101 **Effective May 2004** | **Suspicious Activity Report by the Securities and Futures Industries** Please type or print. Always complete entire report. Items marked with an asterisk * are considered critical. (See instructions.) |  OMB No. 1506 - 0019 |
|---|---|---|

1 Check the box if this report corrects a prior report (See instructions) ☐

## Part I  Subject Information   2  Check box  a ☐ if multiple subjects   box  b ☐ subject information unavailable

| *3 Individual's last name or entity's full name | *4 First name | 5 Middle initial |
|---|---|---|
| 6 Also known as (AKA - individual), doing business as (DBA - entity) | 7 Occupation or type of business | |

| *8 Address | | | *9 City |
|---|---|---|---|
| *10 State | *11 ZIP code | *12 Country code (If not U.S.) (See instructions) | 13 E-mail address (If available) |

*14 SSN/ITIN (individual), or EIN (entity)    *15 Account number(s) affected, if any. Indicate if closed.
Acc't #_____ yes ☐   Acc't #_____ yes ☐
Acc't #_____ yes ☐   Acc't #_____ yes ☐
16 Date of birth ___/___/_____ MM DD YYYY

*17 Government issued identification (If available)
a ☐ Driver's license/state ID    b ☐ Passport    c ☐ Alien registration    d ☐ Corporate/Partnership Resolution
e ☐ Other _____
f  ID number _____    g Issuing state or country (2 digit code) _____

18 Phone number - work ( ___ ) ___ — ____    19 Phone number - home ( ___ ) ___ — ____
20 Is individual/business associated/affiliated with the reporting institution? (See instructions)  a ☐ Yes   b ☐ No

## Part II  Suspicious Activity Information

*21 Date or date range of suspicious activity   From ___/___/_____  To ___/___/_____
*22 Total dollar amount involved in suspicious activity $_____.00

23 Instrument type (Check all that apply)

| a ☐ Bonds/Notes | i ☐ Commodity options | q ☐ Commodity type _____ (Please identify) |
| b ☐ Cash or equiv. | j ☐ Security futures products | |
| c ☐ Commercial paper | k ☐ Stocks | r ☐ Instrument description _____ |
| d ☐ Commodity futures contract | l ☐ Warrants | |
| e ☐ Money Market Mutual Fund | m ☐ Other securities | s ☐ Market where traded _____ (Enter appropriate three or four-letter code.) |
| f ☐ Mutual Fund | n ☐ Other non-securities | |
| g ☐ OTC Derivatives | o ☐ Foreign currency futures/options | t ☐ Other (Explain in Part VI) |
| h ☐ Other derivatives | p ☐ Foreign currencies | |

24 CUSIP® number    25 CUSIP® number    26 CUSIP® number
27 CUSIP® number    28 CUSIP® number    29 CUSIP® number

*30 Type of suspicious activity:

| a ☐ Bribery/gratuity | h ☐ Identity theft | o ☐ Significant wire or other transactions without economic purpose |
| b ☐ Check fraud | i ☐ Insider trading | |
| c ☐ Computer intrusion | j ☐ Mail fraud | p ☐ Suspicious documents or ID presented |
| d ☐ Credit/debit card fraud | k ☐ Market manipulation | q ☐ Terrorist financing |
| e ☐ Embezzlement/theft | l ☐ Money laundering/Structuring | r ☐ Wash or other fictitious trading |
| f ☐ Commodity futures/options fraud | m ☐ Prearranged or other non-competitive trading | s ☐ Wire fraud |
| g ☐ Forgery | n ☐ Securities fraud | t ☐ Other (Describe in Part VI) |

Catalog No. 35349U                                   Rev. 05/22/04

| Part III | Law Enforcement or Regulatory Contact Information | 2 |

**31** If a law enforcement or regulatory authority has been contacted (excluding submission of a SAR) check the appropriate box.

- a ☐ DEA
- b ☐ U.S. Attorney (**32)
- c ☐ IRS
- d ☐ FBI
- e ☐ ICE
- f ☐ Secret Service
- g ☐ CFTC
- h ☐ SEC
- i ☐ NASD
- j ☐ NFA
- k ☐ NYSE
- l ☐ Other RFA
- m ☐ Other RE-futures (CME, CBOT, NYMEX, NYBOT)
- n ☐ Other state/local
- o ☐ Other SRO-securites (PHLX, PCX, CBOE, AMEX, etc.)
- p ☐ State securities regulator
- q ☐ Foreign
- r ☐ Other (Explain in Part VI)

**32** Other authority contacted (for Item 31 l through r) ** List U.S. Attorney office here.

**33** Name of individual contacted (for all of Item 31)

**34** Telephone number of individual contacted (Item 33)
( ___ ___ ___ ) ___ ___ ___ — ___ ___ ___ ___

**35** Date contacted
____/____/_____
MM    DD    YYYY

| Part IV | Reporting Financial Institution Information |

***36** Name of financial institution or sole proprietorship

***37** EIN / SSN / ITIN

***38** Address

***39** City

***40** State

***41** ZIP code

**42** Additional branch address locations handling account, activity or customer.

**43** ☐ Multiple locations (See instructions)

**44** City

**45** State

**46** ZIP code

**47** Central Registration Depository number

**48** SEC ID number

**49** NFA ID number

**50** Has this reporting individual/entity coordinated this report with another reporting individual/entity?   Yes ☐ (Provide details in Part VI)   No ☐

**51** Type of institution or individual- Check box(es) for functions that apply to this report

- a ☐ Agricultural trade option merchant
- b ☐ Affiliate of bank holding company
- c ☐ CPO
- d ☐ CTA
- e ☐ Direct participation program
- f ☐ FCM
- g ☐ Futures floor broker
- h ☐ Futures floor trader
- i ☐ IB-C
- j ☐ IA
- k ☐ Investment company - mutual fund
- l ☐ Market maker
- m ☐ Municipal securities dealer
- n ☐ NFA
- o ☐ RE-futures
- p ☐ Other RFA
- q ☐ Securities broker - clearing
- r ☐ Securities broker - introducing
- s ☐ Securities dealer
- t ☐ Securities floor broker
- u ☐ Securities options broker-dealer
- v ☐ SRO-securities
- w ☐ Specialist
- x ☐ Subsidiary of bank
- y ☐ U.S. Government broker-dealer
- z ☐ U.S. Government interdealer broker
- aa ☐ Other (Describe in Part VI)

| Part V | Contact For Assistance |

***52** Last name of individual to be contacted regarding this report

***53** First name

***54** Middle initial

***55** Title/Position

***56** Work phone number
( ___ ___ ___ ) ___ ___ ___ — ___ ___ ___ ___

***57** Date report prepared
____/____/_____
MM    DD    YYYY

Send completed reports to:

Detroit Computing Center
Attn: SAR-SF
P.O. Box 33980
Detroit, MI 48232

| Part VI | Suspicious Activity Information - Narrative * | 3 |

**Explanation/description of suspicious activity(ies).** This section of the report is <u>critical</u>. <u>The care with which it is completed may determine whether or not the described activity and its possible criminal nature are clearly understood by investigators.</u> Provide a clear, complete and chronological description (**not exceeding this page and the next page**) of the activity, including what is unusual, irregular or suspicious about the transaction(s), using the checklist below as a guide, as you prepare your account.

a. **Describe** conduct that raised suspicion.
b. **Explain** whether the transaction(s) was completed or only attempted.
c. **Describe** supporting documentation (*e.g.* transaction records, new account information, tape recordings, E-mail messages, correspondence, etc.) and retain such documentation in your file for five years.
d. **Explain** who benefited, financially or otherwise, from the transaction(s), how much, and how (if known).
e. **Describe and retain** any admission or explanation of the transaction(s) provided by the subject(s) or other persons. Indicate to whom and when it was given.
f. **Describe and retain** any evidence of cover-up or evidence of an attempt to deceive federal or state examiners, SRO, or others.
g. **Indicate** where the possible violation of law(s) took place (e.g., main office, branch, other).
h. **Indicate** whether the suspicious activity is an isolated incident or relates to another transaction.
i. **Indicate** whether there is any related litigation. If so, specify the name of the litigation and the court where the action is pending.
j. **Recommend** any further investigation that might assist law enforcement authorities.
k. **Indicate** whether any information has been excluded from this report; if so, state reasons.
l. **Indicate** whether U.S. or foreign currency and/or U.S. or foreign negotiable instrument(s) were involved. If foreign, provide the amount, name of currency, and country of origin.

m. **Indicate** "<u>Market where traded</u>" and "<u>Wire transfer identifier</u>" information when appropriate.
n. **Indicate** whether funds or assets were recovered and, if so, enter the dollar value of the recovery in whole dollars only.
o. **Indicate** any additional account number(s), and any foreign bank(s) account number(s) which may be involved.
p. **Indicate** for a foreign national any available information on subject's passport(s), visa(s), and/or identification card(s). Include date, country, city of issue, issuing authority, and nationality.
q. **Describe** any suspicious activities that involve transfer of funds to or from a foreign country, or transactions in a foreign currency. Identify the country, sources and destinations of funds.
r. **Describe** subject(s) position if employed by the financial institution.
s. **Indicate** whether securities, futures, or options were involved. If so, list the type, CUSIP® number or ISID® number, and amount.
t. **Indicate** the type of institution filing this report, if this is not clear from Part IV. For example, an IA that is managing partner of a limited partnership that is acting as a hedge fund that detects suspicious activity tied in part to its hedge fund activities should note that it is operating as a hedge fund.
u. **Indicate,** in instances when the subject or entity has a CRD or NFA number, what that number is.

v. <u>**If correcting** a prior report (box in Item 1 checked), complete the form in its entirety and note the corrected items here in Part VI</u>

**Information already provided in earlier parts of this form need not necessarily be repeated if the meaning is clear.**
Supporting documentation should not be filed with this report. <u>Maintain the information for your files.</u>

Tips on SAR form preparation and filing are available in the SAR Activity Review at **www.fincen.gov/pub_reports.html**
Enter explanation/description in the space below. Do not include legal disclaimers in this narrative.