```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SECURITIES & EXCHANGE COMMISSION,       :      17cv4179(DLC)
                                        :
                        Plaintiffs,     :         ORDER
                                        :
              -v-                       :
                                        :
ALPINE SECURITIES CORPORATION,          :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2018

DENISE COTE, District Judge:

An Opinion was issued today that largely granted the SEC's motion for summary judgment as to liability. Accordingly, it is hereby

ORDERED that by **January 4, 2019** the parties shall submit a table listing the deficient-narrative SARs as to which summary judgment was granted by item number and SAR number.

IT IS FURTHER ORDERED that the parties immediately contact the mediator to whom they were referred by the Court-annexed Mediation Program for mediation to occur in **January 2019**. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

IT IS FURTHER ORDERED that the Joint Pretrial Order in this

case must be filed by **February 15, 2019**.

Dated:  New York, New York
        December 11, 2018

                                    _____
                                            DENISE COTE
                                    United States District Judge