

**DIVISION OF
ENFORCEMENT**

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
DENVER REGIONAL OFFICE
BYRON G. ROGERS FEDERAL BUILDING
1961 STOUT STREET, SUITE 1700
DENVER, COLORADO 80294-1961

December 28, 2018

Honorable Denise Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007

      Re:    *SEC v. Alpine Securities Corporation*
               Case No.*:* **1:17-CV-04179-DLC**

Dear Judge Cote:

      Pursuant to this Court's Individual Practices in Civil Cases 1.1.A and E, Plaintiff Securities and Exchange Commission ("SEC") hereby respectfully requests that the Court adjourn all pending deadlines in this matter, including: 1) the January 4, 2019, deadline for the parties to submit a table listing the deficient-narrative SARs as to which summary judgment was granted; 2) the deadline to complete mediation in January 2019; and, 3) the February 15, 2019, deadline to file a Joint Pretrial Order.

      As a result of the partial federal government shutdown, the SEC will have limited resources, including a very limited number of staff members available to permit it to respond to emergency situations involving market integrity and investor protection. Accordingly, the SEC

respectfully requests that the above referenced deadlines be continued until the SEC resumes normal operation. At that time, the parties will promptly propose new deadlines.

Federal Rule of Civil Procedure 6(b) provides that the Court "may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires. . . ." In light of the partial federal government shutdown, the SEC respectfully submits that good cause exists for the requested continuance.

This is the first request for adjournment or extensions of time for these deadlines. The SEC conferred with counsel for Alpine and Alpine does not object to the SEC's request for a continuance.

                                            Respectfully submitted,

                                            */s/ Terry R. Miller*  
                                            Terry R. Miller (*pro hac vice*)  
                                            Zachary T. Carlyle (*pro hac vice*)

cc:   Counsel of Record