UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :   17cv4179(DLC)
SECURITIES & EXCHANGE COMMISSION,      :
                                       :   ORDER
                        Plaintiffs,    :
                                       :
            -v-                        :
                                       :
ALPINE SECURITIES CORPORATION,         :
                                       :
                        Defendant.     :
-------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/19

DENISE COTE, District Judge:

On December 28, 2018, the Securities and Exchange Commission requested that all pending deadlines in the above-captioned case be adjourned in light of the partial federal government shutdown. This request was unopposed. It is hereby

ORDERED that all pending deadlines in this matter, including the January 4, 2019 deadline for the parties to submit a table listing the deficient-narrative SARs as to which summary judgment was granted, are adjourned sine die.

IT IS FURTHER ORDERED that the parties shall file a joint status letter on **January 11, 2019**.

Dated:   New York, New York
         January 2, 2019

                                    /s/ Denise Cote
                                    DENISE COTE
                                    United States District Judge