

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
DENVER REGIONAL OFFICE
BYRON G. ROGERS FEDERAL BUILDING
1961 STOUT STREET, SUITE 1700
DENVER, COLORADO 80294-1961

**DIVISION OF ENFORCEMENT**

January 11, 2019

Honorable Denise Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007

Re:  *SEC v. Alpine Securities Corporation*
Case No.: 1:17-CV-04179-DLC

Dear Judge Cote:

Pursuant to the Court's order dated January 2, 2019 (Doc. No. 178), Plaintiff the Securities and Exchange Commission ("SEC") submits this joint status letter on behalf of itself and Defendant Alpine Securities Corporation ("Alpine"). In the January 2 Order, the Court adjourned all pending deadlines in this matter *sine die* in light of the partial government shutdown. As of the date of this joint letter, the partial government shutdown is still in place. As a result, SEC counsel assigned to this case will be unavailable until the SEC resumes normal operations. Counsel for the SEC has conferred with counsel for Alpine, who acknowledges that the shutdown continues and all deadlines remain adjourned.

Sincerely,

*/s/ Terry R. Miller*
Zachary T. Carlyle (*pro hac vice*)
Terry R. Miller (*pro hac vice*)

cc:     All counsel of record