

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**DENVER REGIONAL OFFICE**
**BYRON G. ROGERS FEDERAL BUILDING**
**1961 STOUT STREET, SUITE 1700**
**DENVER, COLORADO 80294-1961**

**DIVISION OF ENFORCEMENT**

February 8, 2019

Honorable Denise Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007

    Re:   *SEC v. Alpine Securities Corporation*
           Case No.*:* **1:17-CV-04179-DLC**

Dear Judge Cote:

    Pursuant to the Court's orders dated January 2, 2019 (Doc. No. 178) and January 11, 2019 (Doc. No. 180), Plaintiff the Securities and Exchange Commission ("SEC") submits this joint status letter on behalf of itself and Defendant Alpine Securities Corporation ("Alpine"). In the January 2 Order, the Court adjourned all pending deadlines in this matter *sine die* in light of the partial government shutdown. In the January 11 Order, the Court ordered the parties to submit an additional status letter by February 8, 2019.

    On January 28, 2019, the SEC resumed normal business operations. On that same day, counsel for the SEC contacted counsel for Alpine to confer regarding a new proposed deadline for the parties to submit a table listing the deficient-narrative SARs as to which summary judgment was granted and available dates for mediation. On January 29, the parties conferred with the mediator assigned to this case regarding his availability. Based on these conferrals, the parties request that the Court set the following deadlines:

| | |
|---|---|
| Table Listing Deficient-Narrative SARs as to Which Summary Judgment was Granted. | **February 15, 2019** |
| Mediation | **March 4, 2019** (the date for mediation agreed to by the parties and mediator based on availability, subject to approval by the Court) |

In the event mediation is not successful, counsel for the SEC intends to seek remedies based on the SARs as to which summary judgment was granted, rather than proceed to trial on Alpine's liability for additional SARs. Accordingly, counsel for the SEC has conferred with counsel for Alpine and the parties request that the Court order the following schedule for briefing on remedies in lieu of a date for submission of a joint Proposed Pretrial Order:

| SEC's Motion for Remedies | **April 19, 2019** |
|---|---|
| Alpine's Response | **May 20, 2019** |
| SEC's Reply | **June 3, 2019** |

Counsel for Alpine maintains that there are substantial issues associated with the determination of penalties will require and warrant a hearing, and asked that we propose a date for a hearing.  The SEC takes no position on this request.

Sincerely,

*/s/ Zachary T. Carlyle*
Zachary T. Carlyle (*pro hac vice*)
Terry R. Miller (*pro hac vice*)


cc:    All counsel of record