```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SECURITIES & EXCHANGE COMMISSION,        :
                                         :      17cv4179(DLC)
                           Plaintiffs,   :
                                         :         ORDER
              -v-                        :
                                         :
ALPINE SECURITIES CORPORATION,           :
                                         :
                           Defendant.    :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-12-19

DENISE COTE, District Judge:

On February 8, 2019, plaintiff Securities and Exchange Commission ("SEC") filed a status letter on behalf of itself and defendant Alpine Securities Corporation ("Alpine") with proposed deadlines for the remainder of this litigation. Accordingly, it is hereby

ORDERED that the parties shall submit a table listing the deficient-narrative SARs as to which summary judgment was granted by **February 15, 2019.**

IT IS FURTHER ORDERED that the parties shall participate in mediation on **March 4, 2019.**

IT IS FURTHER ORDERED that, in the event mediation is not successful, the following schedule shall govern the briefing of any motion for remedies:

- Motion served by **April 19, 2019**

- Opposition served by **May 17, 2019**

- Reply served by **May 31, 2019**

SO ORDERED:

Dated:   New York, New York
         February 11, 2019

```
                    _____
                            DENISE COTE
                     United States District Judge
```