Alpine's Exhibit B-1

| Violation Number | Date SAR Filed | SAR Bates Stamp | Shell Company Involvement or Derogatory History of Stock | Court's Ruling | Shell status within one year not undisputed |
|---|---|---|---|---|---|
| 197 | 4/24/2012 | ALPINE00083273 | SEC-ALPINE-E-1690740 | Alpine was required to include information in the narrative if company was a shell company "within one year preceding the transaction."  (pp. 67-71) (emphasis added).<br><br>As a matter of law, Alpine also had a duty to include "derogatory information about the customer or issuer" in the SAR narrative, including whether a company website was not working, whether the company's SEC filings were not current, or frequent name changes. | Record is devoid of undisputed evidence that issuer is or was a shell company within one year of the transaction, or that the stock has a derogatory history. |
| 1712, 1907 | 10/9/2014 | ALPINE00092563 | Shell company - ALPINE00280661 pg 2 | Alpine was required to include information in the narrative if company was a shell company "within one year preceding the transaction."  (pp. 67-71) (emphasis added). | Record is devoid of undisputed evidence that issuer is or was a shell company within one year of the transaction. |