Alpine's Exhibit B-4

| Violation Number | Date SAR Filed | Related Criminal or regulatory history | Court's Ruling | Alpine's Explanation for not including in grant of Summary Judgment |
|---|---|---|---|---|
| 6, 9, 193, 202, 228, 232, 234-236, 238, 239, 241, 242, 244, 248, 252, 254-257, 259, 260, 262, 269, 270, 273, 274, 276, 279-281, 286, 291-295, 298-301, 303-305, 307-316, 330, 334, 337, 345, 347, 350, 351, 356-360, 362, 364, 368, 372, 376, 1585, 1586, 1591, 1599, 1601, 1611, 1613, 1618, 1619, 1621, 1627, 1633, 1635, 1639, 1652, 1653, 1660, 1664, 1674, 1700, 1705, 1714, 1717, 1723, 1724, 1746, 1750-1752, 1758, 1759, 1762, 1769, 1776, 1780-1783, 1786, 1790, 1796, 1798, 1816, 1817, 1822, 1880-1883, 1887, 1893-1895, 1897-1904, 1910, 1912-1915, 1921-1923, 1925-1931, 1940, 1944, 1946, 1947, 1956, 1960-1969, 1972, 1974, 1976, 1977, 1991, 1999 | 12/13/2011 through 3/27/2015 | Only a reference to a bates number, which actual document is not in the record. | Court's ruling stated the following as to "related" litigation: "The SEC is thus entitled to summary judgment to the extent it shows that there is no question of fact as to the (1) presence of information about the litigation in the SAR supp file, and (2) a connection between the litigation and the reported transaction. That connection is established where the litigation at issue concerns either the issuer of the securities in the transaction or the customer engaged in the transaction." (pp. 54-55).<br><br>The Court's Ruling did not address or determine whether any litigation was related to the report transaction.  These transactions are not part of Customers A, E, or D, as discussed by the Court. | Evidentiary record devoid of updisputed evidence of litigation that is related to the reported transaction. |
| 699, 778, 794, 818, 1847, 1869 | various | 3rd party listed, which is a designation used by both the SEC and its expert in Table 2. | Court's ruling stated the following as to "related" litigation: "The SEC is thus entitled to summary judgment to the extent it shows that there is no question of fact as to the (1) presence of information about the litigation in the SAR supp file, and (2) a connection between the litigation and the reported transaction. That connection is established where the litigation at issue concerns either the issuer of the securities in the transaction or the customer engaged in the transaction." (pp. 54-55). | Based on the Court's ruling regarding "related" litigation, the allegation regarding "3rd parties" unrelated. |