| Court's Ruling |
|---|
| The Court held that the SARs constituted a violation of the BSA because they failed to include particular items of information. Court also stated that summary judgment would not be appropriate where the narrative was "more fulsome." (pp. 53-54). |