Alpine's Exhibit B-6 (redacted)

| Table A Violation Number | Document Date | Narrative | Who/what/when/where/why incomplete | Criminal or Regulatory History | Shell Company Involvment or Derogatory History of Stock | Evidence of Stock Promotion History | Unverified Issuers | Low Trading Volume | Foreign Involvement |
|---|---|---|---|---|---|---|---|---|---|
| 1585 | 06/08/12 | | Who/what/when/where/why incomplete | ALPINE00216440 pg 45 | Former shell - ALPINE00216440 pg 3 | | | | Client is ▮ - ALPINE00216440 pg 9 |
| 1663 | 05/02/12 | | Who/what/when/where/why incomplete | | Former shell - ALPINE00216440 pg 3 | | | | Client is ▮ - ALPINE00216440 pg 6 |
| 1595 | 08/01/11 | | Who/what/when/where/why incomplete | | | | | ALPINE00217006 pg 6 | Client is ▮ - ALPINE00217006 pg 12 |
| 1698 | 07/19/11 | | Who/what/when/where/why incomplete | | | | | ALPINE00217006 pg 6 | Client is ▮ - ALPINE00217006 pg 12 |
| 1617 | 08/01/11 | | Who/what/when/where/why incomplete | | | | | | Client is ▮ - ALPINE00217879 pg 11 |
| 1658 | 07/19/11 | | Who/what/when/where/why incomplete | | | | | | Client is ▮ - ALPINE00217879 pg 12 |
| 1625 | 01/18/12 | | Who/what/when/where/why incomplete | | | | | | Client is ▮ - ALPINE00218177 pg 2 |
| 1659 | 02/09/12 | | Who/what/when/where/why incomplete | | Frequent name change - ALPINE00218177 pg 3 | | | | Client is ▮ - ALPINE00218177 pg 5 |
| 1682 | 01/18/12 | | Who/what/when/where/why incomplete | | | | | | Client is ▮ - ALPINE00219863 pg 6 |
| 1727 | 02/09/12 | | Who/what/when/where/why incomplete | | | | | | Client is ▮ - ALPINE00219863 pg 6 |
| 1826 | 01/17/12 | | Who/what/when/where/why incomplete | ongoing SEC action - ALPINE_LIT 071400 pg 4 | | | | | |

Alpine's Exhibit B-6 (redacted)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1827 | 01/13/12 | ▮ | Who/what/when/where/why incomplete | ongoing SEC action - ALPINE_LIT 071225 pg 4 | | | | |
| 1934 | 02/09/12 | ▮ | Who/what/when/where/why incomplete | | | | | Client is foreign broker dealer - ALPINE00217740 pg 6 |
| 1612 | 12/29/11 | ▮ | Who/what/when/where/why incomplete | | | | | Client is ▮ - ALPINE00217740 pg 6 |
| 1936 | 02/09/12 | ▮ | Who/what/when/where/why incomplete | | | | | Client is foreign broker dealer - ALPINE00221560 pg 6 |
| 1728 | 01/18/12 | ▮ | Who/what/when/where/why incomplete | | | | | Client is ▮ - ALPINE00221560 pg 6 |
| 1735 | 08/01/11 | ▮ | Who/what/when/where/why incomplete | | | | Current info not available - ALPINE00221822 pg 2 | Issuer is ▮ - ALPINE00221822 pg 3 |
| 1607 | 07/19/11 | ▮ | Who/what/when/where/why incomplete | | | | Current info not available - ALPINE00221822 pg 2 | |