Alpine's Exhibit B-7 (redacted)



| Violation Number | SAR Narrative |
|---|---|
| 4 | |
| 6 | |
| 7 | |
| 9 | |

Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)





Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



856

857

858

Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



874

878

883

884

Alpine's Exhibit B-7 (redacted)



1605

1606

1610

1618

1619

1622

1627

Alpine's Exhibit B-7 (redacted)



1630

1633

1639

1674

1717

1751

Alpine's Exhibit B-7 (redacted)



1752

1757

1762

1763

1764

Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



1783

1784

1785

1788

Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



| 1897 |
| 1898 |
| 1900 |

Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



1925

1926

1927

1928

Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



1969

1970

1971

Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)



Alpine's Exhibit B-7 (redacted)

