# SARs Objection Table filed under seal