```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SECURITIES & EXCHANGE COMMISSION,       :     17cv4179(DLC)
                                        :
                        Plaintiffs,     :        ORDER
                                        :
             -v-                        :
                                        :
ALPINE SECURITIES CORPORATION,          :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2019

DENISE COTE, District Judge:

A telephone conference was held in the above-captioned matter on April 12, 2019 to address the April 4 objections of defendant Alpine Securities Corporation ("Alpine") with respect to four categories of Suspicious Activity Reports ("SARs"). Alpine contends those SARs were not among the deficient-narrative SARs to which summary judgment was granted. As explained on the record at today's conference, each objection was addressed.

It is hereby

ORDERED that the parties shall submit by **April 26, 2019** a revised table identifying the deficient-narrative SARs to which the parties agree, given this further guidance, summary judgment was granted.

IT IS FURTHER ORDERED that the following amended schedule shall govern the briefing of any motion for remedies:

- Motion served by **May 3, 2019**
- Opposition served by **May 31, 2019**
- Reply served by **June 14, 2019**

At the time any reply is served, the moving party shall supply chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.  The moving party shall also supply chambers with two (2) courtesy copies of all documentary exhibits when they are few in number.  When documentary exhibits are voluminous, they shall be submitted to chambers in digital form on CD-rom, DVD-rom, flash drive, or external hard drive; the most critical of the exhibits may also be submitted in hard copy.

SO ORDERED:

Dated:   New York, New York
         April 15, 2019

                                      _____
                                           DENISE COTE
                                      United States District Judge