ZACHARY T. CARLYLE
carlylez@sec.gov
TERRY R. MILLER
millerte@sec.gov
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | 17-cv-4179-DLC |
| Plaintiff, | SEC'S MOTION FOR REMEDIES |
| - against - | |
| ALPINE SECURITIES CORPORATION, | |
| Defendant. | ECF CASE |

PLEASE TAKE NOTICE that, pursuant to the Court's Order dated April 15, 2019, (Doc. No. 190), and upon the accompanying Memorandum of Law, the Court's Opinion and Order dated December 11, 2018, (Doc. No. 174), and all other papers and proceedings in this matter, Plaintiff Securities and Exchange Commission hereby moves before the Honorable Denise L. Cote at the United States Courthouse, Courtroom 15B, 500 Pearl Street, New York, New York, for an order permanently restraining and enjoining Alpine Securities Corporation ("Alpine") from violating, directly or indirectly, Section 17(a) of the Securities Exchange Act of 1934 [15 U.S.C. § 78q(a)] and Rule 17a-8 thereunder [17 C.F.R. § 240.17a-8] and requiring Alpine to pay a civil money penalty of $22,736,000, in the above captioned matter.

Respectfully submitted this 3rd day of May, 2019.

/s/ *Zachary T. Carlyle*
Zachary T. Carlyle (*pro hac*)
Terry R. Miller (*pro hac*)
Attorneys for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

## **CERTIFICATE OF SERVICE**

I certify that on May 3, 2019, a copy of the foregoing document was served via ECF upon the following:

Brent R. Baker
Aaron D. Lebenta
Jonathan D. Bletzacker
CLYDE SNOW & SESSIONS
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111-2216

Maranda E. Fritz
Thompson Hine LLP (NYC)
335 Madison Avenue, 12th Floor
New York, NY 10017

*Counsel for Alpine Securities Corporation*

                                         */s/ Elinor E. Blomgren*
                                         Elinor E. Blomgren