**ClydeSnow**
ATTORNEYS AT LAW
CLYDE SNOW & SESSIONS
A PROFESSIONAL CORPORATION

ONE UTAH CENTER • THIRTEENTH FLOOR
201 SOUTH MAIN STREET
SALT LAKE CITY, UTAH 84111-2216
TEL 801.322.2516 • FAX 801.521.6280
www.clydesnow.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/19

RODNEY G. SNOW
STEVEN E. CLYDE
EDWIN C. BARNES
NEIL A. KAPLAN*
T. BRENT ROSE
J. SCOTT HUNTER
PERRIN R. LOVE
DAN C. ANDREASEN
ANNELI R. SMITH
WALTER A. ROMNEY, JR.
MATTHEW A. STEWARD
E. MICKELL JIMENEZ
CHRISTOPHER B. SNOW*
BRENT R. BAKER◊
AARON D. LEBENTA
WAYNE Z. BENNETT
BRIAN A. LEBRECHT□
ROBERT D. ANDREASEN
TIMOTHY R. PACK
JAMES W. ANDERSON
DIANA L. TELFER
SHANNON K. ZOLLINGER
LISA A. MARCY
JONATHAN D. BLETZACKER

JONATHAN S. CLYDE♦
VICTORIA B. FINLINSON
EMILY E. LEWIS•
JOHN S. PENNINGTON♦
PARKER B. MORRILLA*
SHAUNDA L. MCNEILL
LAURA D. JOHNSON
TRENTON L. LOWE

OF COUNSEL:
CLARK W. SESSIONS‡
REAGAN L.B. DESMOND◊□

EDWARD W. CLYDE (1917-1991)

‡ SENIOR COUNSEL
* ALSO ADMITTED IN DISTRICT OF COLUMBIA
♦ ALSO ADMITTED IN NEW YORK
□ ALSO ADMITTED IN CALIFORNIA
◊ ALSO ADMITTED IN OREGON
• ALSO ADMITTED IN WYOMING

May 21, 2019

Via CM/ECF

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
5/23/19

Re:   *SEC v. Aline Securities Corp.*, Civil No. 1:17-cv-04179-DLC

## STIPULATED LETTER MOTION REQUESTING AN EXTENSION TO THE BRIEFING SCHEDULING ON THE SEC'S MOTION FOR REMEDIES

Dear Judge Cote:

This letter is being jointly filed by Defendant Alpine Securities Corporation ("Alpine") and Plaintiff Securities and Exchange Commission ("SEC") to request an extension to the briefing schedule on the SEC's Motion for Remedies. The grounds for the parties' request are that additional time is necessary to address the issues presented to the court and the parties have run into time constraining conflicts with other work-related matters. Also, the attorneys for the SEC will be traveling during the month of June. Both parties require an extension of time.

Pursuant to the Court's Individual Practices 1.E:

1. The original due date for Alpine's Memorandum in Opposition to the SEC's request for remedies is May 31, 2019.

2. The original due date for the SEC's Reply Memorandum in support of its request for remedies is June 14, 2019.

3. This is the parties' first request for an extension of the briefing schedule.

4. Both parties stipulate to the briefing schedule below.

If the requested extension is granted, the proposed briefing scheduling on remedies will be as follows:

ClydeSnow

May 21, 2019
Page 2 of 2

1. Alpine will file its Memorandum in Opposition by **June 10, 2019**.

2. The SEC will file its Reply Memorandum by **July 1, 2019**.

The parties respectfully request that the Court approve an extension of the briefing schedule as stated herein.

Respectfully submitted,

*/s/ Aaron D. Lebenta*
Brent R. Baker (BB 8285)
Aaron D. Lebenta (*pro hac vice*)
Jonathan D. Bletzacker (*pro hac vice*)
**CLYDE SNOW & SESSIONS**
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111-2216
Telephone 801.322.2516
Facsimile 801.521.6280
Email: brb@clydesnow.com
adl@clydesnow.com
jdb@clydesnow.com

Maranda E. Fritz
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Tel. (212) 344-5680
Fax (212) 344-6101
Maranda.Fritz@thompsonhine.com

*Attorneys for Alpine*

*/s/ Terry R. Miller*
Zachary T. Carlyle (*pro hac vice*)
Terry R. Miller (*pro hac vice*)
Attorneys for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000
*Electronically signed with permission*

cc: Counsel of Record (via CM/ECF)