

June 10, 2019

*Via ECF*

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

      Re:    *SEC v. Alpine Securities Corp.,* Civil No. 1:17-cv-04179-DLC-RLE
             Request for Oral Argument

Dear Judge Cote:

      Pursuant to the Court's Individual Practices 3.F, Defendant Alpine Securities Corporation respectfully requests oral argument on the SEC's Motion for Remedies.

Respectfully submitted,


/s/Maranda Fritz


Maranda Fritz

cc:  Counsel of Record (via CM/ECF)

Maranda.Fritz@ThompsonHine.com  Fax: 212.344.6101  Phone: 212.908.3966    mf  4846-2091-6121.1

Thompson Hine LLP  
Attorneys at Law  
335 Madison Avenue  
12th Floor  
New York, New York 10017-4611  
www.ThompsonHine.com  
O: 212.344.5680  
F: 212.344.6101