# Exs. 1-6 Filed Under Seal