UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION,<br><br>      Defendant. | Civil No. 1:17-CV-04179-DLC<br><br>Honorable Judge Denise L. Cote<br>Magistrate Judge Ronald L. Ellis |

**DECLARATION OF MARANDA FRITZ IN SUPPORT OF ALPINE'S MEMORANDUM IN OPPOSITION TO THE SEC'S MOTION FOR REMEDIES**

I, Maranda Fritz, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. My name is Maranda Fritz and I am a resident of the State of New York, am over 18 years of age, and make the statements herein based on my personal knowledge.

2. I am legal counsel for Alpine Securities Corporation ("Alpine"), the above-named Defendant in its action against Plaintiff United States Securities and Exchange Commission ("SEC").

3. Alpine has submitted a set of exhibits along with its Memorandum in Opposition to the SEC's Motion for Remedies.

4. Exhibit 1 is a true and correct copy of Alma Angotti's deposition transcript.

5. Exhibit 2 is a true and correct copy of Alpine's Rule 30(b)(6) deposition transcript taken in this action.

6. Exhibit 3 is a true and correct copy of Randal Jones' deposition transcript.

7. Exhibit 4 is a true and correct copy of Todd Groskreutz's OTR transcript.

1

8. Exhibit 5 is a true and correct copy of Leia Farmer's deposition transcript.

9. Exhibit 6 is a true and correct copy of Erin Green's deposition transcript.

10. Exhibit 7 is a true and correct copy of a declaration executed by Erin Zipprich.

11. Exhibit 8 is a true and correct copy of a chart and graph submitted with the SEC's expert report.

12. Exhibit 9 is a true and correct copy of a supplemental declaration executed by Randal Jones.

WHEREFORE, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of June, 2019.

/s/ Maranda Fritz
Maranda Fritz