# EXHIBIT 8

Navigant SEC Expert Report

Exhibit A Subcategory Quarterly

| Date of SAR Filing | Count of Item # | Count of Who/what/when/where/why incomplete (Basic Customer and Suspiciousness Information) | Count of Criminal or regulatory history | Count of Shell Company Involvement or Derogatory History of Stock | Count of Evidence of stock promotion history | Count of Unverified Issuers | Count of Low Trading Volume | Count of Foreign Involvement |
|---|---|---|---|---|---|---|---|---|
| **2011** | | | | | | | | |
| Qtr2 | 51 | 50 | | 2 | | | 32 | 9 |
| Qtr3 | 68 | 66 | 2 | 11 | | 3 | 27 | 19 |
| Qtr4 | 81 | 80 | 6 | 6 | | | 38 | 6 |
| **2011 Total** | 200 | 196 | 8 | 19 | | 3 | 97 | 34 |
| **2012** | | | | | | | | |
| Qtr1 | 297 | 295 | 72 | 48 | | | 106 | 38 |
| Qtr2 | 356 | 346 | 113 | 67 | 5 | 2 | 119 | 78 |
| Qtr3 | 229 | 156 | 100 | 44 | 3 | | 83 | 64 |
| Qtr4 | 75 | 2 | 56 | 4 | | 1 | 40 | 11 |
| **2012 Total** | 957 | 799 | 341 | 163 | 8 | 3 | 348 | 191 |
| **2013** | | | | | | | | |
| Qtr1 | 64 | 2 | 49 | 2 | | 3 | 31 | 12 |
| Qtr2 | 97 | 1 | 72 | 5 | | 14 | 60 | 19 |
| Qtr3 | 58 | 3 | 38 | 6 | 12 | 11 | 37 | 8 |
| Qtr4 | 52 | 4 | 15 | 7 | 15 | 1 | 30 | 13 |
| **2013 Total** | 271 | 10 | 174 | 20 | 27 | 29 | 158 | 52 |
| **2014** | | | | | | | | |
| Qtr1 | 66 | 7 | 38 | 9 | 9 | | 41 | 9 |
| Qtr2 | 44 | 1 | 22 | 6 | 4 | 3 | 12 | 2 |
| Qtr3 | 37 | 2 | 18 | 10 | 3 | 1 | 18 | 3 |
| Qtr4 | 109 | | 34 | 6 | 1 | 2 | 13 | 3 |
| **2014 Total** | 256 | 10 | 112 | 31 | 17 | 6 | 84 | 17 |
| **2015** | | | | | | | | |
| Qtr1 | 98 | | 31 | 3 | 2 | 1 | 14 | 2 |
| Qtr2 | 14 | | 8 | 3 | 1 | | 5 | 2 |
| Qtr3 | 2 | | | 1 | | | 1 | |
| Qtr4 | 2 | | 1 | 1 | | | | |

| 2015 Total | 116 | | 40 | | 8 | 3 | 1 | 20 | 4 |
| Grand Total | 1800 | 1015 | 675 | | 241 | 55 | 42 | 707 | 298 |

