```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   17cv4179(DLC)
SECURITIES & EXCHANGE COMMISSION,       :
                                        :        ORDER
                         Plaintiff,     :
                                        :
              -v-                       :
                                        :
ALPINE SECURITIES CORPORATION,          :
                                        :
                         Defendant.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 3, 2019, the defendant filed a motion for reconsideration of the Court's March 30 and December 11, 2018 Opinions on the grounds that those Opinions are inconsistent with the U.S. Supreme Court's recent decision in Kisor v. Wilkie, 2019 WL 2605554 (S. Ct. June 26, 2019). Accordingly, it is hereby

ORDERED that plaintiff shall file any opposition to the motion by **July 26, 2019**. The defendant's reply, if any, shall be filed by **August 9**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies

of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         July 8, 2019

                              _____
                                     DENISE COTE
                              United States District Judge