UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> - against - <br><br> ALPINE SECURITIES CORPORATION, <br><br> Defendant. | 17-cv-4179-DLC <br><br> **ECF CASE** |

**DECLARATION OF ZACHARY T. CARLYLE**

I, Zachary T. Carlyle, do hereby declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following is true and correct, that I am over 18 years of age and I am competent to testify to the matters stated herein:

1. My name is Zachary T. Carlyle and I am a resident of the State of Colorado.

2. I am an attorney that represents the Plaintiff United States Securities and Exchange Commission ("SEC") in the above referenced enforcement action against Alpine Securities Corporation ("Alpine").

3. The SEC has submitted a set of exhibits with its Reply in Support of the SEC's Motion for Remedies.

4. Exhibit 1 is a true and correct copy transcript excerpts from the deposition of Christopher L. Frankel for Alpine Securities Corporation, on March 13, 2018.

5. Exhibit 2 is a true and correct copy of ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

1

███████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████████

      6.       Exhibit 3 is a true and correct copy of ██████████████████████████

███████████████████████████████████████████████████████████████

████████████

      7.       Exhibit 4 is a true and correct copy of an email exchange between counsel for the SEC and Alpine, with the last email dated March 8, 2018.

      8.       Exhibit 5 is a Declaration of Eric M. Turnbaugh.

      9.       Exhibit 6 is a true and correct copy of an email from counsel for the SEC to counsel for Alpine dated March 9, 2018, with an attachment.

      10.     Exhibit 7 is a true and correct copy of a March 16, 2018, email from counsel for the SEC to counsel for Alpine.

      11.     Exhibit 8 is a true and correct copy of a March 16, 2018, email from counsel for the SEC to counsel for Alpine.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2019

                                                /s/ Zachary T. Carlyle
                                                Zachary T. Carlyle