Show

                                                          Home > Page 12 - Capital Withdrawals - Recap > I4260 (Additions - Part II)

**Additions (I4260) - Part II**

Report any additions to capital in the current reporting period.

ⓘ  For example, report here any partner's capital that was contributed during the reporting period.

🗒  This line item is added to items I4240 and I4250, the sum of which is decreased by item I4270, to total line item I4290.

---

Show

                                                      Home > Page 12 - Capital Withdrawals - Recap > I4270 (Deductions - Part II)

**Deductions (I4270) - Part II**

Report any deductions to capital in the current reporting period.

ⓘ  For example, report here any partner's capital that was withdrawn during the reporting period.

🗒  This line item is subtracted from the sum of items I4240, I4250, and I4260 to total line item I4290.  You cannot input any value here.



EXHIBIT

3