| | |
|---|---|
| **From:** | Miller, Terry |
| **To:** | Brent R. Baker; Aaron Lebenta; Jonathan D. Bletzacker; maranda.fritz@thompsonhine.com |
| **Cc:** | Carlyle, Zachary T.; Pinkston, Marla J. |
| **Subject:** | SEC v. Alpine - Notice of Deposition of John Hurry |
| **Date:** | Friday, March 09, 2018 4:00:00 PM |
| **Attachments:** | 2018.03.09 Notice of Depo - J. Hurry.pdf |

Alpine counsel,

Please find attached a deposition notice for John Hurry. We selected the date and location in the attached notice because Alpine has not provided available dates. As we've stated before, we'll consider specific alternative dates and alternative locations to accommodate Mr. Hurry's schedule. Service of this notice on Alpine's counsel is sufficient to compel his testimony under Rule 30(b)(1) because Mr. Hurry is a director of Alpine.

We're happy to set up a time to confer if you are still considering a motion for protective order or would like to propose alternative dates.

Best,

Terry R. Miller

Trial Counsel, Division of Enforcement

U.S. Securities & Exchange Commission

Denver Regional Office

Byron G. Rogers Federal Building

1961 Stout Street, Suite 1700

Denver, Colorado 80294-1961

Phone: 303-844-1041

Fax: 303-295-0538

millerte@sec.gov

**EXHIBIT 6**

ZACHARY T. CARLYLE
carlylez@sec.gov
TERRY R. MILLER
millerte@sec.gov
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>- against -<br><br>ALPINE SECURITIES CORPORATION,<br><br>Defendant. | 17-cv-4179-DLC<br><br>ECF CASE |

**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE
NOTICE OF DEPOSITION OF JOHN HURRY**

PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, hereby notices the following deposition:

      Deponent:    John Hurry, Director of Alpine Securities Corporation
      Date:          March 20, 2018, beginning at 2:00 p.m.
                        and continuing from day to day until complete
      Location:     United States Securities and Exchange Commission
                        351 S. West Temple
                        Suite 6.100
                        Salt Lake City, UT 84101

The deposition will be taken before a certified shorthand reporter and videographer. The depositions will continue from day to day until completed.

Respectfully submitted this 9th day of March, 2018.

<u>/s/ Terry R. Miller</u>
Zachary T. Carlyle (*pro hac*)
Terry R. Miller (*pro hac*)
Attorneys for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

## CERTIFICATE OF SERVICE

I certify that on March 9, 2018, a copy of the foregoing document was served on the following by email:

Brent R. Baker
Aaron D. Lebenta
Jonathan D. Bletzacker
CLYDE SNOW & SESSIONS
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111-2216
brb@clydesnow.com
adl@clydesnow.com
jdb@clydesnow.com

Maranda E. Fritz
Thompson Hine LLP (NYC)
335 Madison Avenue, 12th Floor
New York, NY 10017
Maranda.fritz@thompsonhine.com

*Counsel for Alpine Securities Corporation*

                                          */s/ Terry R. Miller*