UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>ALPINE SECURITIES CORPORATION,<br><br>    Defendant. | Civil No. 1:17-CV-04179-DLC<br><br>Honorable Judge Denise L. Cote<br>Magistrate Judge Ronald L. Ellis<br><br>ECF CASE |

**DEFENDANT'S NOTICE OF MOTION TO STRIKE PORTIONS OF THE SEC'S REPLY IN SUPPORT OF ITS MOTION FOR REMEDIES OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR-REPLY**

PLEASE TAKE NOTICE that Defendant Alpine Securities Corporation ("Alpine"), by and through undersigned counsel, moves this Court to strike portions of Plaintiff United States Securities and Exchange Commission's ("SEC") Reply in Support of the SEC's Motion for Remedies on the grounds that the SEC improperly injected new assertions and arguments which are inaccurate, irrelevant and prejudicial. In the alternative, and for the reasons stated in the accompanying memorandum of law, Alpine respectfully requests that the Court grant Alpine leave to file a sur-reply memorandum in response to the SEC's Reply.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1, any opposing affidavits and answering memoranda shall be served within fourteen days after service of the moving papers and any reply affidavits and memoranda of law shall be served within seven days after service of the answering papers.

DATED this 22nd day of July, 2019.

/s/ *Maranda E. Fritz*
Maranda E. Fritz
**THOMPSON HINE**
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Tel. 212.344.5680
Fax 212.344.6101
Email: Maranda.Fritz@thompsonhine.com

Brent R. Baker (BB 8285)
Aaron D. Lebenta (*Pro Hac Vice*)
Jonathan D. Bletzacker (*Pro Hac Vice*)
**CLYDE SNOW & SESSIONS**
One Utah Center
201 South Main Street, Suite 1300
Salt Lake City, Utah 84111-2216
Telephone 801.322.2516
Facsimile 801.521.6280
Email: brb@clydesnow.com
         adl@clydesnow.com
         jdb@clydesnow.com

*Attorneys for Defendant Alpine Securities Corporation*