UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
UNITED STATES SECURITIES AND EXCHANGE   :   17cv4179(DLC)
COMMISSION,                             :
                                        :   ORDER
                    Plaintiff,          :
                                        :
        -v-                             :
                                        :
ALPINE SECURITIES CORPORATION,          :
                                        :
                    Defendant.          :
------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2019

DENISE COTE, District Judge:

On June 10, 2019, defendant Alpine Securities Corporation ("Alpine") requested permission to file under seal or in redacted form certain portions of its opposition to the motion for remedies filed by plaintiff United States Securities and Exchange Commission ("SEC"). On July 11, the SEC requested permission to file certain portions of its reply brief under seal or in redacted form. On September 6, a telephone conference was held at which issues pertaining to Alpine's June 10 application to seal were discussed. It is hereby

ORDERED that Alpine and the SEC's June 10 and July 11 applications are granted.

Dated:   New York, New York
         September 9, 2019

                                        _____
                                              DENISE COTE
                                        United States District Judge