```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   17cv4179(DLC)
UNITED STATES SECURITIES AND EXCHANGE   :
COMMISSION,                             :   ORDER
                                        :
                    Plaintiff,          :
                                        :
            -v-                         :
                                        :
ALPINE SECURITIES CORPORATION,          :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 22, 2019, defendant Alpine Securities Corp. ("Alpine") filed a motion to strike portions of the reply memorandum of law submitted by plaintiff U.S. Securities and Exchange Commission ("SEC") in support of its motion for remedies. An Opinion of September 12 granted in part the SEC's motion for remedies. The September 12 Opinion did not rely on the two issues that Alpine seeks to strike from the SEC's reply memorandum of law. Accordingly, it is hereby

ORDERED that Alpine's July 22 motion to strike is denied.

SO ORDERED:

Dated:  New York, New York
        September 12, 2019

                              _____
                                      DENISE COTE
                              United States District Judge