```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :    17cv4179(DLC)
UNITED STATES SECURITIES AND EXCHANGE     :
COMMISSION,                               :    ORDER
                                          :
                    Plaintiff,            :
                                          :
          -v-                             :
                                          :
ALPINE SECURITIES CORPORATION,            :
                                          :
                    Defendant.            :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

An Opinion of September 12, 2019 having granted in part the motion for remedies filed by the U.S. Securities and Exchange Commission ("SEC"), it is hereby

ORDERED that the SEC shall submit a proposed permanent injunction and final judgment by **September 27, 2019.**

SO ORDERED:

Dated:    New York, New York
          September 12, 2019

                                    _____
                                            DENISE COTE
                                    United States District Judge