```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    17cv4179(DLC)
UNITED STATES SECURITIES AND EXCHANGE   :
COMMISSION,                             :    ORDER
                                        :
                   Plaintiff,           :
                                        :
         -v-                            :
                                        :
ALPINE SECURITIES CORPORATION,          :
                                        :
                   Defendant.           :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/19

DENISE COTE, District Judge:

An Opinion of September 12, 2019 contained redactions of certain financial information related to defendant Alpine Securities Corp. An unredacted version of the September 12 Opinion was emailed to counsel for both parties immediately after the September 12 Opinion issued. It is hereby

ORDERED that, by **September 20, 2019**, the parties shall file a letter stating their position on whether the redacted portions of the September 12 Opinion should remain under seal.

SO ORDERED:

Dated:    New York, New York
          September 13, 2019

                                    _____
                                              DENISE COTE
                                    United States District Judge