UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :        17cv4179(DLC)
UNITED STATES SECURITIES AND EXCHANGE :
COMMISSION,                         :
                                    :        ORDER
                    Plaintiff,      :
                                    :
        -v-                         :
                                    :
ALPINE SECURITIES CORPORATION,      :
                                    :
                    Defendant.      :
                                    :
------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/29/2019
```

DENISE COTE, District Judge:

In response to an Order of September 13, 2019, defendant
Alpine Securities Corp. ("Alpine") filed a letter on September
20 that addressed whether portions of an Opinion of September 12
should remain redacted.  As indicated in the September 20
letter, Alpine objects to the public filing of, inter alia,
financial data concerning disbursements by Alpine to Alpine's
ownership.

Alpine asserts that redaction is warranted because the data
regarding these disbursements is "misleading" for reasons set
forth in its July 22, 2019 motion to strike.  In support of its
motion to strike, however, Alpine publicly filed other
disbursement data -- including that, in the current fiscal year,
Alpine disbursed $1,753,729 to its ownership.  Permitting Alpine
to publicly file information regarding some disbursements while

seeking to conceal information of other disbursements, and at the same time arguing about the misleading nature of the concealed data, would not serve the public interest.

Accordingly, it is hereby

ORDERED that the portions of the September 12 Opinion that describe Alpine's revenue and excess net capital shall remain redacted.

IT IS FURTHER ORDERED that all other portions of the September 12 Opinion shall be filed on the public docket.

IT IS FURTHER ORDERED that an Amended Redacted September 12 Opinion shall be filed to conform with this ruling.


SO ORDERED:

Dated:     New York, New York
           September 26, 2019

                                 _____
                                      DENISE COTE
                           United States District Judge

2