

**ClydeSnow**
ATTORNEYS AT LAW
CLYDE SNOW & SESSIONS
A PROFESSIONAL CORPORATION

ONE UTAH CENTER • THIRTEENTH FLOOR
201 SOUTH MAIN STREET
SALT LAKE CITY, UTAH 84111-2216
TEL 801.322.2516 • FAX 801.521.6280
www.clydesnow.com

RODNEY G. SNOW
STEVEN E. CLYDE
EDWIN C. BARNES
NEIL A. KAPLAN*
D. BRENT ROSE
J. SCOTT HUNTER
PERRIN R. LOVE
DEAN C. ANDREASEN
ANNELI R. SMITH
WALTER A. ROMNEY, JR.
MATTHEW A. STEWARD
T. MICKELL JIMENEZ
CHRISTOPHER B. SNOW*
BRENT R. BAKER◊
AARON D. LEBENTA
WAYNE Z. BENNETT
BRIAN A. LEBRECHT□
ROBERT D. ANDREASEN
TIMOTHY R. PACK
JAMES W. ANDERSON
DIANA L. TELFER
SHANNON K. ZOLLINGER
LISA A. MARCY
JONATHAN D. BLETZACKER

JONATHAN S. CLYDEΔ
VICTORIA B. FINLINSON
EMILY E. LEWIS•
JOHN S. PENNINGTON◊
PARKER B. MORRILLΔ•
SHAUNDA L. MCNEILL
LAURA D. JOHNSON
TRENTON L. LOWE

OF COUNSEL:
CLARK W. SESSIONS ‡
REAGAN L.B. DESMONDΔ□

EDWARD W. CLYDE (1917-1991)

‡ SENIOR COUNSEL
* ALSO ADMITTED IN DISTRICT OF COLUMBIA
◊ ALSO ADMITTED IN NEW YORK
□ ALSO ADMITTED IN CALIFORNIA
Δ ALSO ADMITTED IN OREGON
• ALSO ADMITTED IN WYOMING

MEMO ENDORSED

September 26, 2019

<u>Via CM/ECF</u>

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2019

Re:   *SEC v. Alpine Securities Corp.*, Civil No. 1:17-cv-04179-DLC

Request for time to review and respond to the form of the proposed permanent injunction and proposed final Judgment

Dear Judge Cote:

In the Court's September 12, 2019 Order, the Court asked the SEC to submit a proposed permanent injunction and final judgment by September 27, 2019. The Court's Order did address whether Alpine would have an opportunity to review and, if necessary, provide a response to the form of the proposed permanent injunction and final judgment before it is entered. Local Rule 77.1 contemplates that as Alpine will be given an opportunity to review and respond to form of the proposed permanent injunction and final judgment. *See* S.D.N.Y. Local Rule 77.1 (indicating, "[u]nless the form of order, judgment or decree is consented to in writing, or unless the Court otherwise directs, four (4) days notice of settlement is required.").

Alpine has contacted counsel for the SEC with respect to Local Rule 77.1, but the SEC has not provided for Alpine's review a copy of the proposed permanent injunction or final judgment, and Alpine anticipates that it will not have an opportunity to review these documents until they are filed. The SEC's counsel indicated it took no position on this issue.

Alpine respectfully requests one week to review and, if necessary, to respond to the form of the proposed permanent injunction and final judgment before the Court. Alpine requests that its due date for a response, if any, will be October 4, 2019. The SEC's counsel has stated that it takes no position on Alpine's request.

Granted.
*/s/ Denise Cote*
9/26/19



September 26, 2019
Page 2 of 2

Respectfully submitted,

*/s/ Jonathan D. Bletzacker*
Brent R. Baker (BB 8285)
Aaron D. Lebenta (*pro hac vice*)
Jonathan D. Bletzacker (*pro hac vice*)
**CLYDE SNOW & SESSIONS**
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111-2216
Telephone 801.322.2516
Facsimile 801.521.6280
Email: brb@clydesnow.com
adl@clydesnow.com
jdb@clydesnow.com

cc: Counsel of Record (via CM/ECF)