```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
                                     :      17cv4179(DLC)
UNITED STATES SECURITIES AND EXCHANGE :
COMMISSION,                          :      ORDER
                                     :
              Plaintiff,             :
                                     :
         -v-                         :
                                     :
ALPINE SECURITIES CORPORATION,       :
                                     :
              Defendant.             :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

In response to an Order of September 13, 2019, defendant Alpine Securities Corp. ("Alpine") filed a letter on September 20 that addressed whether portions of an Opinion of September 12 should remain redacted. As indicated in the September 20 letter, Alpine objects to the public filing of, inter alia, financial data concerning disbursements by Alpine to Alpine's ownership.

Alpine asserts that redaction is warranted because the data regarding these disbursements is "misleading" for reasons set forth in its July 22, 2019 motion to strike. In support of its motion to strike, however, Alpine publicly filed other disbursement data -- including that, in the current fiscal year, Alpine disbursed $1,753,729 to its ownership. Permitting Alpine to publicly file information regarding some disbursements while

seeking to conceal information of other disbursements, and at the same time arguing about the misleading nature of the concealed data, would not serve the public interest.

Accordingly, it is hereby

ORDERED that the portions of the September 12 Opinion that describe Alpine's revenue and excess net capital shall remain redacted.

IT IS FURTHER ORDERED that all other portions of the September 12 Opinion shall be filed on the public docket.

IT IS FURTHER ORDERED that an Amended Redacted September 12 Opinion shall be filed to conform with this ruling.

SO ORDERED:

Dated:   New York, New York
         September 26, 2019

_____
DENISE COTE
United States District Judge