UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>         - against -<br><br>ALPINE SECURITIES CORPORATION,<br><br>                              Defendant. | 17-cv-4179-DLC<br><br>**ECF CASE** |

**[PROPOSED] PERMANENT INJUNCTION AND FINAL JUDGMENT AGAINST ALPINE SECURITIES CORPORATION**

The Court, having entered Opinions and Orders finding that Alpine Securities Corporation ("Defendant") violated Section 17 of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78q(a)] and Rule 17a-8 thereunder [17 C.F.R. § 240.17a-8], and on September 12, 2019, having ordered that a permanent injunction will be entered against Defendant and that Defendant shall pay a civil penalty in the amount of $12,000,000:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating, directly or indirectly, Section 17(a) of the Exchange Act [15 U.S.C. § 78q(a)] by acting as a national securities exchange, member therof, broker or dealer who transacts a business in securities through the medium of any such member, registered securities association, registered broker or dealer, registered municipal securities dealer municipal advisor, registered securities information processor, registered transfer agent, nationally recognized statistical rating organization, or registered clearing agency, and failing to make and keep for prescribed periods such records, furnish such copies thereof, or make and

disseminate such reports as the Securities and Exchange Commission ("Commission"), by rule, prescribes as necessary or appropriate in the public interest, for the protection of investors, or otherwise in furtherance of the purposes of the Exchange Act.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise:  (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating Rule 17a-8 promulgated under Section 17(a) of the Exchange Act [17 C.F.R. § 240.17a-8] by acting as a registered broker or dealer who is subject to the requirements of the Currency and Foreign Transactions Reporting Act of 1970 and failing to comply with the reporting, recordkeeping and record retention requirements of chapter X of title 31 of the Code of Federal Regulations. Defendant is permanently restrained and enjoined from failing to, where chapter X of title 31 of the Code of Federal Regulations and § 240.17a-4 require the same records or reports to be preserved for different periods of time, preserving such records or reports for the longer period of time.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise:  (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a civil penalty in the amount of $12,000,000 to the Securities and Exchange Commission pursuant to Section 21(d) of the Exchange Act [15 U.S.C. § 78u(d)].  Defendant shall make this payment within 30 days after entry of this Final Judgment.

Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.   Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

>   Enterprise Services Center
>   Accounts Receivable Branch
>   6500 South MacArthur Boulevard
>   Oklahoma City, OK 73169

 and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Alpine Securities Corporation as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant.  The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

Dated: _____, \_\_\_\_\_

_____
DENISE COTE
UNITED STATES DISTRICT JUDGE