UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

1:17-cv-04179-DLC

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of October, two thousand and nineteen.

Before:        Michael H. Park,
               *Circuit Judge.*
_____

United States Securities and Exchange Commission,

  Plaintiff - Appellee,

v.

Alpine Securities Corporation,

  Defendant - Appellant.
_____

**ORDER**

Docket No. 19-3272

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 18 2019
```

  Appellant Alpine Securities Corporation moves for a stay of the district court's judgment pending the outcome of this appeal.

  IT IS HEREBY ORDERED that a temporary stay of the judgment is granted pending expedited determination of Appellant's motion for a stay pending appeal by a three-judge motions panel.

           For the Court:
           Catherine O'Hagan Wolfe,
           Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/18/2019