UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          : 17cv4179(DLC)

SECURITIES & EXCHANGE COMMISSION,  :

                                          : ORDER

                Plaintiff, :

                                          :

           -v-                    :

ALPINE SECURITIES CORPORATION,    :

                Defendant. :

-----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/19

DENISE COTE, District Judge:

On November 21, 2019, the Court of Appeals granted the application of Alpine Securities Corp. ("Alpine") for a stay of the judgment pending appeal and remanded this case pursuant to <u>United States v. Jacobson</u>, 15 F.3d 19 (2d Cir. 1994), for consideration of appropriate conditions to the stay. It is hereby

ORDERED that, by **Friday, November 22** at **12:00 p.m.**, Alpine shall provide this Court with two (2) courtesy copies of all papers submitted to the Court of Appeals in connection with its application for a stay of the judgment.

IT IS FURTHER ORDERED that, by **Saturday, November 23** at **12:00 p.m.**, Alpine shall file a memorandum and any supporting papers describing appropriate conditions to the stay to ensure that its assets will not be dissipated during the pendency of the appeal while allowing it to remain in operation. Alpine

shall provide this Court with two (2) courtesy copies of these papers by **Monday, November 25** at **9:00 a.m.**

IT IS FURTHER ORDERED that the Securities and Exchange Commission ("SEC") shall file any responsive memorandum and any supporting papers by **Monday, November 25** at **12:00 p.m.** The SEC shall provide this Court with two (2) courtesy copies of these papers by **Monday, November 25** at **3:00 p.m.**

IT IS FURTHER ORDERED that a conference is scheduled for **Tuesday, November 26** at **11:00 a.m.** in Courtroom 18B of the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated: New York, New York
November 21, 2019

*/s/ Denise Cote*
DENISE COTE
United States District Judge