```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :    17cv4179(DLC)
SECURITIES & EXCHANGE COMMISSION,    :
                                     :       ORDER
                      Plaintiff,     :
                                     :
          -v-                        :
                                     :
ALPINE SECURITIES CORPORATION,       :
                                     :
                      Defendant.     :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

In connection with the schedule set forth in the Order of November 21, 2019, it is hereby

ORDERED that, on or before **Sunday, November 24, 2019,** the parties shall confer to determine the extent to which they agree on any conditions to the stay necessary to ensure that the assets of Alpine Securities Corp. will not be dissipated during the pendency of the appeal while allowing it to remain in operation.

SO ORDERED:

Dated:    New York, New York
          November 22, 2019

                              _____
                                    DENISE COTE
                              United States District Judge