UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
SECURITIES & EXCHANGE COMMISSION,  :  17cv4179(DLC)
                                   :
                      Plaintiff,   :  ORDER
                                   :
              -v-                  :
                                   :
ALPINE SECURITIES CORPORATION,     :
                                   :
                      Defendant.   :
-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/19

DENISE COTE, District Judge:

The Securities and Exchange Commission ("SEC") having submitted a proposed order in response to the Court of Appeal's instruction to identify conditions to the stay necessary to ensure that the assets of Alpine Securities Corp. ("Alpine") will not be dissipated during the pendency of the appeal while allowing it to remain in operation, it is hereby

ORDERED that the parties shall meet and confer and (a) submit by **6:00 p.m.** today a proposed order jointly approved by both parties, or (b) if there is no agreement on a joint order, Alpine shall submit by **6:00 p.m.** today its own proposed order.

SO ORDERED:

Dated:  New York, New York
        November 25, 2019

                             _____
                             DENISE COTE
                             United States District Judge